E-FILED
Monday, 20 September, 2004  09:44:58 AM
 Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **THOMAS BERCHIOLLY**<br>Plaintiff | ) ) ) | **WRIT OF HABEAS CORPUS**<br>**AD TESTIFICANDUM** |
| vs | ) ) | |
| **JOHN ASHCROFT, et al**<br>Defendant | ) ) ) | **CASE NO. 04-1318** |

**TO:  THE WARDEN of** Federal Correctional Institution at Pekin, IL .

     **WE COMMAND** that you produce the body of **THOMAS BERCHIOLLY**, Register No.         , who is in your custody at FCI, Pekin, IL before the United States District Court on **October 29, 2004 at 10:30 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

     **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  9/20/04

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:   C. Lambie
     Deputy Clerk