FILED
NOV 1 2 2004
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Clerk of the Court or to whom it may concern

I am currently an inmate at FCI Pekin P.O. Box 5000 Pekin Illinois 61555. I filed a civil law suit in Peoria, Illinois District Court. The suit was against medical staff here at FCI Pekin. I was supposed to of had a merit review hearing on 10-29-04 at 10:30 AM by phone but it was canceled. I received a notice of cancellation but I wasn't notified as to when it would be rescheduled.

I am now leaving this institution. I am being transferred to the Low Federal Prison in Wauseca, Minn. I need any further correspondence pertaining to my law suit sent there. And as I am in transit and don't know how long it will take me to arrive at Wauseca Federal Prison. I am asking for a 30 day extention before you set the new date for my merit review hearing.

I don't have the case number because it was packed away with the rest of my stuff to be sent to Wauseca Minn Federal Prison or I would supply you with it. I filed the suit in Sept of 2004. My name is Thomas Allen Berchiolly-98369-024.

Thank you for your help in this matter

Sincerely,
Thomas A Berchiolly