E-FILED
Monday, 15 November, 2004  11:05:56 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA, ILLINOIS

| | |
|---|---|
| THOMAS BERCHIOLLY, 98369-024 )<br>    Plaintiff ) <br>  ) <br>  vs. ) Case No. 04-1318 <br>  ) <br> JOHN ASHCROFT, et al ) <br>    Defendant ) | |

### DEFICIENCY ORDER

The plaintiff, Thomas Berchiolly, an inmate at FCI Pekin, has submitted a civil rights complaint under 42 U.S.C. § 1983 and seeks leave to proceed in forma pauperis. Under the court's local rules, the plaintiff must provide the court with a copy of the complaint for each defendant, U.S. Marshals service forms (USM-285) and summons forms. *See* CDIL-LR 16.3(A).

The plaintiff must fill out a marshal's form and summons for each defendant (five remaining) being sued. Failure of the plaintiff to complete and return the forms within twenty-one (21) days will result in summary dismissal of the complaint, without prejudice.

IT IS THEREFORE ORDERED that failure to comply with the court's deficiency order within twenty-one (21) days will result in summary dismissal of this case, without prejudice. The clerk is directed to provide the plaintiff with blank forms.

Enter this 15th day of November, 2004.

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE