E-FILED
Tuesday, 30 November, 2004  09:21:38 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
ROOM 309
FEDERAL BUILDING
100 N.E. MONROE
PEORIA, ILLINOIS 61602

OFFICIAL BUSINESS

Federal Correctional Institution
University Drive S.W.
[Rochester] MN 56093

Thomas Berchiolly 98369-024
PEKIN
PO Box 5000
Pekin, IL 61555

"SPECIAL [MAIL]
Open only i[n]
presence of the [inmate]"

FILED
NOV 26 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Monday, 15 November, 2004  11:05:56 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA, ILLINOIS

| | |
|---|---|
| THOMAS BERCHIOLLY, 98369-024<br>Plaintiff | )<br>)<br>) |
| vs. | ) Case No. 04-1318<br>) |
| JOHN ASHCROFT, et al<br>Defendant | )<br>)<br>) |

### DEFICIENCY ORDER

The plaintiff, Thomas Berchiolly, an inmate at FCI Pekin, has submitted a civil rights complaint under 42 U.S.C. § 1983 and seeks leave to proceed in forma pauperis. Under the court's local rules, the plaintiff must provide the court with a copy of the complaint for each defendant, U.S. Marshals service forms (USM-285) and summons forms. See CDIL-LR 16.3(A).

The plaintiff must fill out a marshal's form and summons for each defendant (five remaining) being sued. Failure of the plaintiff to complete and return the forms within twenty-one (21) days will result in summary dismissal of the complaint, without prejudice.

IT IS THEREFORE ORDERED that failure to comply with the court's deficiency order within twenty-one (21) days will result in summary dismissal of this case, without prejudice. The clerk is directed to provide the plaintiff with blank forms.

Enter this 15th day of November, 2004.

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE

**Multi-Action Order**
1:04-cv-01318-HAB-JAG Berchiolly v. Ashcroft et al

### U.S. District Court

### Central District of Illinois

Notice of Electronic Filing

The following transaction was received from HK, ilcd entered on 11/15/2004 at 11:08 AM CST and filed on 11/15/2004
**Case Name:**        Berchiolly v. Ashcroft et al
**Case Number:**      1:04-cv-1318
**Filer:**
**Document Number:** 5

**Docket Text:**
DEFICIENCY ORDER. Pla must fill out a Marshal 285 form & summonses for each defendant (5 remaining) being sued. Failure to complete & submit the required forms w/i 21 days or by 12/6/2004 will result in summary dismissal of the case, without prejudice. Entered by Judge John A. Gorman on 11/15/04. (HK, ilcd)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=11/15/2004] [FileNumber=56307-0]
[27441c792d94b927b939aaf8d35110e8d43ee8c57fd911485fcba99aba27e831c725
0a1809d9aeab6d76298212e187b75035ced9ff1a392fd72d288159a654d6]]

**1:04-cv-1318 Notice will be electronically mailed to:**

**1:04-cv-1318 Notice will be delivered by other means to:**

Thomas Berchiolly
98369-024
PEKIN
Federal Correctional Institution
PO Box 5000
Pekin, IL 61555