E-FILED
Monday, 06 December, 2004  12:23:10 PM
Clerk, U.S. District Court, ILCD

Honorable John A. Gorman, or to whom this may concern,

Your honor, I am still in the middle of transit. I am at MCC Chicago. I have been stuck here for almost a month now. All of my legal work pertaining to Case No. 04-1318 was boxed up and sent ahead to Waseca, MN around the 10th of Nov-04. I don't have access to any of it or the means to file any summons from here at this facility.

I just now received this notice on 12-02-04. As I stated above there is no way possible for me to comply while I am in transit. The trouble is I don't know how much longer I will be detained here. I have active Skin Cancer and should of already reached Waseca MN so that I could begin the badly needed treatment. They have know about the cancer since the day I arrived here on 11-10-04. There have been 3 buses go to Waseca MN. I was scheduled to be on two of them but I was bumped off for some unknown reason. I am not receiving propper medical treatment in a timely manner here either.

Because of these reasons I am asking for at least a thirty (30) day extention on this matter pertaining to Case Number 1:04-cv-1318. Thank you for your help and understanding in this very important matter.

98369024  Thomas Allen Brimberry

12-02-04

FILED
DEC - 6 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT