E-FILED
Thursday, 16 December, 2004  01:00:52 PM
Clerk, U.S. District Court, ILCD

FILED
DEC 16 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Honorable Judge Harold A. Baker,

Your honor I wish to notify the courts of a change of address. I just arrived FCI WASECA
P O BOX 1731
WASECA, MN. 56093

Please send all correspondence pertaining to civil suit Case Number 1:04-cv-1318 to this new address.

Because I was in transit for the last month I had no way of knowing where or when I would arrive at my designation. So in light of that I am asking the courts to take all of these uncontrolable circumstances in to consideration.

Thank you for your help in this important matter.

Sincerely,
Thomas A Birchwolly 98369-024
FCI WASECA A-113
P.O. BOX 1731
WASECA, MN 56093