E-FILED
Tuesday, 04 January, 2005  11:28:07 AM
Clerk, U.S. District Court, ILCD

Thomas   Berchiolly 98369-024
WASECA
PO Box 1500
Waseca, MN 56093



You still need the attached forms for

FILED
JAN 0 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS