**E-FILED**
Friday, 14 January, 2005  12:53:18 PM
Clerk, U.S. District Court, ILCD

**FILED**

**JAN 1 4** 2005

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Honorable Harold A. Baker
United States District Judge

Your Honor, I am writing this letter requesting you to appoint me counsel.

The reasons for this request are:

1.  I am indigent;

2.  I have made many efforts to retain counsel, but I was unsuccessful in my attempts.  Proof of my attempts are included with this request.

3.  I am a layman and I am incapable of preparing any type of intelligible suit myself, especially given all of the stringent rules, regulations, time lines that must be strictly adhered to.

In accordance with (<u>Case 953 F.2d 1070 7th Cir. 1992</u>).

Sincerely,

*Thomas A. Berchiolly*

Thomas A. Berchiolly
98369-024, Unit A
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

I have also contacted several attorney by telephone and was turned down by them all. Gregory Kulis/attorney

② David Montalone/attorney
Rockford Illinois
(815 962 0044)
308 W State St.

These are a couple that I can recall that you can verify.

Suite 2140
30 N La Salle St
Chicago Il 60602
(312 580 1830)

Also, I have written several others that didn't ~~bother~~ to reply.

*I wrote all of these requesting representation.*

------------------------------------------------------------
--------------

Sullivan Pete & Associates PC    (309) 674-4878
124 Adams, Peoria, IL 61602

Map    Driving Directions    Search Nearby    Save Address

------------------------------------------------------------
--------------

Sutkowksi & Rhoads    (309) 680-8000
124 SW Adams St, Peoria, IL 61602

Map    Driving Directions    Search Nearby    Save Address

------------------------------------------------------------
--------------

Technical Advisory Svc-Attys    (309) 686-1009
428 E Pennsylvania Ave, Peoria, IL 61603

Map    Driving Directions    Search Nearby    Save Address

------------------------------------------------------------
--------------

Thiemann Bruce    (309) 673-0030
627 Commerce Bank Bldg, Peoria, IL 61602

Save Address

------------------------------------------------------------
--------------

Thoams Group    (309) 637-8888
416 Main St Ste 1112, Peoria, IL 61602

Map    Driving Directions    Search Nearby    Save Address

------------------------------------------------------------
--------------

Toner Hugh    (309) 672-5879
1216 SW Adams St, Peoria, IL 61602

Map    Driving Directions    Search Nearby    Save Address

Page 21

---------------------------------------------------------------------
---------------

Triggs Dennis R  (309) 671-9600
Commerce Bank Bldg, Peoria, IL 61602

Save Address

---------------------------------------------------------------------
---------------

Vanfleet Joseph B Law Office LLC  (309) 672-2200
207 Main St, Peoria, IL 61602

Map   Driving Directions   Search Nearby   Save Address

---------------------------------------------------------------------
---------------

Venezky Julian B  (309) 673-5832
301 SW Adams St, Peoria, IL 61602

Map   Driving Directions   Search Nearby   Save Address

---------------------------------------------------------------------
---------------

Westphal R J  (309) 693-8217
6117 N Jayar Dr, Peoria, IL 61614

Map   Driving Directions   Search Nearby   Save Address

---------------------------------------------------------------------
---------------

William J Thomas  (309) 676-5872
411 Hamilton Blvd, Peoria, IL 61602

Map   Driving Directions   Search Nearby   Save Address

---------------------------------------------------------------------
---------------

Winget Walter W  (309) 674-2310
807 Commerce Bank Bldg, Peoria, IL 61602

Save Address

# LEGAL ASSISTANCE TO MINNESOTA PRISONERS (LAMP)

William Mitchell College of Law
875 Summit Avenue, Room 254
St. Paul, MN 55105
Telephone (651) 290-6413
FAX (651) 290-6407

Bradford Colbert, Director

**Student Attorneys**

Rachel Bedor
Cortney Coates
Tricia Connolly
Amanda Cox
Virginia Cronin
Jeffrey Fernandez
Michael Gregerson

**Student Attorneys**

Beth Harrison
Leina Holte
Kelly McCormack
Sunny Mockabee
Jennifer Nelson
Julie Rusk
Elizabeth Winden

January 5, 2005

Thomas Berchiolly
# 98369-024
F.C.I. Waseca Unit A-113
PO Box 1731
Waseca, MN 56093

Dear Mr. Berchiolly:

We received your letter. As you are probably aware, the LAMP program has been severely cut back. LAMP will now only be offered through the William Mitchell College of Law and will focus on the Stillwater and Shakopee prisons.

Since you are not incarcerated at either of those prisons, we will not be able to represent you. I am truly sorry, but because of our limited resources we have had to make some difficult decisions.

Thank you for your cooperation. I wish you the best of luck.

Sincerely,

Bradford Colbert
Attorney at Law

BC/ew



# JACKSON
# THOMAS
# LLP

January 3, 2005

Mr. Thomas Berchiolly
#98369-024
F.C.l. Waseca Unit A-113
Waseca , MN 56093

### *Re: Request for legal counsel*

Dear Mr. Berchiolly:

We are returning the documents you sent to us regarding your need for counsel to represent you in a civil rights action. We regret that we are unable to provide legal services for you.

Very truly yours,

Stephen J. Thomas

SJT/kmk

PLEASE REPLY TO:

☐ 456 Fulton Street, Suite 218, Peoria, IL 61602   tel. 309.637.1010   fax 309.637.1106

☑ 416 Main Street, Suite 717, Peoria, IL 61602      tel. 309.637.8888   fax 309.637.8838

☐ 3535 E. Coast Highway #222 Corona Del Mar, CA 92625   tel. 949.610.0043

Affiliated Offices: Taipei, Taiwan, Shanghai, PRC

Firm e-mail: jtllp@corporatefirm.com

*A Certified Minority Business*

 62

**SUTKOWSKI&RHOADS**LTD                                        Dean B. Rhoads, Esq.

December 27, 2004

Thomas Berchiolly
#98369-024
F.C.I Waseca Unit A-113
P.O. Box 1731
Waseca, Minnesota 56093

Dear Mr. Berchiolly:

### Declination of Representation

You have asked our firm to determine whether it would agree to represent you with respect to potential claims against the Federal Prison relating to medical treatment. This will confirm that our firm has decided that it will not represent you in connection with any potential claims against the Federal Prison relating to your medical treatment. It is our understanding that we do not currently represent you in any other matter.

No attorney-client relationship has been created between our firm and you in connection with this matter, and nothing in this letter or in our other communications constitutes legal advice to you. Our declination of the case should not be taken by you as any expression as to the merits of the case.

### Potential Participant Claims

We express no opinion as to whether you have any viable claims against the Federal Prison. However, if you do have any valid claims against the Federal Prison, you should promptly pursue any such claims to be sure they are asserted within any applicable statute of limitation. If you would like to explore pursuing such claims, we suggest you consult with other counsel.

### Documents

Enclosed herewith are all documents that you provided to us to review in evaluating this matter. We have retained no copies of the documents.

124 Southwest Adams Street, Suite 560
Peoria, Illinois 61602-1357
P 309.680.8000 F 309.680.8004 D 309.680.8084
dean@sutkowski.rhoads.com

**SUTKOWSKI** & **RHOADS** LTD                                        Dean B. Rhoads, Esq.

There is no charge for our examining the possibility of representing you. Except for specific information relating to this matter, we do not believe that we have obtained any information either from or about you that must be considered confidential.

Sincerely,

Dean B. Rhoads, Esq.

G:\16\01839.010\Berchiolly ltr.doc
Enclosures:
        All Documents

124 Southwest Adams Street, Suite 560
Peoria, Illinois 61602-1357
P 309.680.8000 F 309.680.8004 C 309.680.8084
dean@sutkowskirhoads.com



*Pete Sullivan*
*Laura L. Gray*
*Fernando L. Engelsma*
*David C. Bruss*
*Robert Fuenty*

Attorneys at Law

**PLEASE RESPOND TO:**

*124 S.W. Adams Street, Suite 415*
*Peoria, IL 61602*

*Fax:    (309) 674-4881*

Phone: (309) 674-4878

|                        |                        |                          |
|------------------------|------------------------|--------------------------|
| **ROCKFORD**           | **PEORIA**             | **BLOOMINGTON**          |
| (815)965-4878          | (309)674-4878          | (309)454-4878            |

December 30, 2004

Mr. Thomas Berchiolly
#98369-024
F.C.I. Waseca Unit A-113
PO Box 1731
Waseca, MN 56093

    RE:    Potential Medical Mal Practice Claim

Dear Mr. Berchiolly:

    We have had the opportunity to review the information you provided to our office. It is our opinion that we would not be able to provide you with an adequate settlement for your injuries, therefore, we will be unable to accept representation of you for this matter. Please be advised there is a two year statute of limitations from the time of the alleged malpractice. It is imperative that your claim be filed with the court prior to the two year statute of limitations or your claim will forever be barred.

    Thank you for considering this law firm.

Very Truly Yours,

LAURA L. GRAY

LLG/clb

Thomas Berchiolly
# 98369-024
F.C.I. Waseca Unit A-113
P.O. BOX 1731
Waseca, MN 56093

December 11, 2004

Attorney: *Thoams Group*

Dear Counsel:

Dear Counsel, I'm writting you requesting your representa-
tion in a civil suit on a contingency basis.  It is a medical
issue.  I am a federal prisoner and was refused a biopsy and lied
to by prison staff about my condition.  In sum, I was told I do
not have cancer by prison medical staff while they knew I did.

I believe this violated my Eighth Amendment right.  I have
a copious amount of documentation and pictures to prove my claim.
The documents are from Physician Assistant reports, Doctor(s)
evaluations and recommendations.  I assert that I have skin cancer
and for over a year of constant pleas to be treated (verbally and
in writting) my request for treatment was ignored.  When I was
seen by prison officials, they ruled out cancer without even doing
the most basic test.

I was scheduled for a biopsy several times over the year
it took to finally diagnose me, but was never given one.  In fact,
I was constantly told I did not have cancer only to find out
later that I did and the prison staff knew it. I argue that during
this period of neglect and intentional avoidance of treatment.
The cancer was growing and growing.  I have suffered irreprable
damage both physically and mentally.  Notably, I contacted U.S.
Senator Richard Dublin about this.  The Senator looked into my
claims and ten days later I received surgery.  It was cancer and
it could have cost me my life.  A tumor the size of a ping-pong
ball was removed from my head, between my eye and temple.

At the time of the said events I was housed at federal correctional institution Pekin in Pekin Illinois. I have filed the suit and the litigation is underway. However, I am a lay person without any real law background. I need counsel, bad. The Defendenats in the suit are Attorney General John Ashcroft; United States of America; and several mediacal staff at federal correctional institution Pekin.

Please, in any event, whether you decide you need more information or is simply not interested in this case. Would you please give me timely notification in writting as to your position i.e. my request that you represent me.

I thank you in advance for your timely response.

*Thomas Berchially*

Tom Berchially
#98369-024
F.C.I. WASECA
Waseca,MN 56093

Note: All administrative remedies have been exhausted, suit filed, and upon request I will send copy of evidence supporting my claims.