


E-FILED
Wednesday, 09 March, 2005  12:09:47 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

March 9, 2005

           Re:   Thomas Berchiolly, #98369-024
           Case No.   04-1318

Trust Fund Department
FCI Pekin
P O Box 5000
Pekin, IL  61555-5000


The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from the above named inmate.   In order for the Court to determine whether s/he is entitled to proceed in forma pauperis, the Court must review his/her trust fund ledgers for the six months immediately proceeding receipt of his/her complaint.   Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of the above named inmate's trust fund ledgers for the period **from 3/15/04 through 9/15/04**, within fourteen days of the date of this letter.   Please mail the trust fund ledgers to:

      United States District Court
      Central District Of Illinois
      309 Federal Building
      100 N.E. Monroe
      Peoria, IL 61602


Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

                      Sincerely,

                      John M. Waters

                      Clerk, U.S. District Court

1:04-cv-01318-HAB-JAG    # 12    Page 2 of 2