E-FILED
Wednesday, 16 March, 2005 05:11:21 AM
Wednesday, 09 March, 2005 12:09:07 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT

JOHN M. WATERS
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

FILED
MAR 1 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

March 9, 2005

Re: Thomas Berchiolly, #98369-024
Case No. 04-1318

Trust Fund Department
FCI Pekin
P O Box 5000
Pekin, IL 61555-5000

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from the above named inmate. In order for the Court to determine whether s/he is entitled to proceed in forma pauperis, the Court must review his/her trust fund ledgers for the six months immediately proceeding receipt of his/her complaint. Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of the above named inmate's trust fund ledgers for the period **from 3/15/04 through 9/15/04**, within fourteen days of the date of this letter. Please mail the trust fund ledgers to:

United States District Court
Central District Of Illinois
309 Federal Building
100 N.E. Monroe
Peoria, IL 61602

Please refer to the above referenced case number when submitting the trust fund ledgers. Thank you.

Sincerely,

John M. Waters

Clerk, U.S. District Court

*Karen, This Inmate transferred to Waseca Minnesota on 12-7-04.*