E-FILED
Monday, 16 May, 2005 02:00:22 PM
Clerk, U.S. District Court, ILCD

FILED
MAY 16 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

04-1318

Mr. M Waters,

Sir, I have already sent your office this information once. It was sent to the Central District of Illinois Court about a year ago. The same address (100 NE Monroe Street, Peoria Illinois 61602). The status of this case #04cv1318 should be much further along then what it is. I was told a couple months ago that my request to be appointed counsel was being placed on the docket sheet. What is the actual status on this case?

Along with this letter is the information that you requested.

Thank you for your help in this matter.

Sincerely,
98369-024   Thomas A Berchiolly

Case: 1:04CV1318

Case: 1:04 CV1318

Date: 05/12/2005  
Time: 11:44:47 am

Federal Bureau of Prisons  
TRUFACS  
**View Inmate Transactions**  
Limited Official Use

Facility: WAS

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/16/2004 04:43:56 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($4.00) | ITS0416 | | | $186.51 |
| 04/13/2004 07:10:22 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($2.00) | ITS0413 | | | $190.51 |
| 04/12/2004 05:47:33 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK8222 | Sales | ($37.00) | 44 | | | $192.51 |
| 04/07/2004 02:36:20 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK2867 | Local Collections | $50.00 | 17626 | 69349 | | $229.51 |
| 04/05/2004 06:34:08 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK8222 | Sales | ($51.55) | 76 | | | $179.51 |
| 04/05/2004 04:35:38 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK2867 | Gift | ($15.00) | 1279 | | 1279 | $231.06 |
| 04/04/2004 06:02:56 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($3.00) | ITS0404 | | | $246.06 |
| 04/02/2004 02:55:08 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK2867 | Local Collections | $100.00 | 17298 | 69344 | | $249.06 |
| 04/02/2004 12:47:56 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK2867 | Payroll - IPP | $5.40 | JV0082 | | | $149.06 |
| 03/23/2004 06:05:22 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK4059 | Sales | ($21.80) | 46 | | | $143.66 |
| 03/23/2004 03:02:57 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK4019 | Local Collections | $25.00 | 16503 | 108612 | | $165.46 |
| 03/19/2004 04:48:09 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($2.00) | ITS0319 | | | $140.46 |
| 03/18/2004 08:35:17 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($2.00) | ITS0318 | | | $142.46 |
| 03/16/2004 06:27:48 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK5717 | Sales | ($39.15) | 52 | | | $144.46 |

**Total Number Transactions: 88**

WorkstationID: WAS98CMB21    UserID: WAS6507    Page 5 of 5

Date: 05/12/2005
Time: 11:44:47 am

Federal Bureau of Prisons
TRUFACS
View Inmate Transactions
Limited Official Use

Facility: WAS

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/26/2004 06:24:38 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($1.00) | ITS0526 | | | $95.77 |
| 05/24/2004 05:51:23 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK5717 | Sales | ($16.49) | 43 | | | $96.77 |
| 05/24/2004 04:50:19 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($1.00) | ITS0524 | | | $113.26 |
| 05/17/2004 05:37:18 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK9505 | Sales | ($23.20) | 47 | | | $114.26 |
| 05/17/2004 10:28:52 AM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK2867 | Gift | ($15.00) | | | 1591 | $137.46 |
| 05/17/2004 10:28:48 AM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK2867 | Gift | ($85.00) | | | 1571 | $152.46 |
| 05/15/2004 03:10:07 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($2.00) | ITS0515 | | | $237.46 |
| 05/10/2004 06:36:35 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK8222 | Sales | ($1.20) | 70 | | | $239.46 |
| 05/10/2004 06:34:05 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK8222 | Sales | ($32.25) | 68 | | | $240.66 |
| 05/06/2004 04:46:20 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($1.00) | ITS0506 | | | $272.91 |
| 05/06/2004 02:36:41 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK2867 | Local Collections | $50.00 | 19917 | 108676 | | $273.91 |
| 05/04/2004 09:09:55 AM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK4019 | Payroll - IPP | $13.20 | JV0088 | | | $223.91 |
| 05/03/2004 05:47:50 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK4059 | Sales | ($22.65) | 39 | | | $210.71 |
| 05/03/2004 04:30:41 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($2.00) | ITS0503 | | | $233.36 |
| 04/26/2004 06:05:13 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK4059 | Sales | ($26.80) | 46 | | | $235.36 |
| 04/21/2004 06:05:32 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($3.00) | ITS0421 | | | $262.16 |
| 04/21/2004 02:23:36 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK2867 | Local Collections | $100.00 | 18621 | 108661 | | $265.16 |
| 04/19/2004 05:58:13 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK4059 | Sales | ($20.35) | 40 | | | $165.16 |
| 04/19/2004 11:34:37 AM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK7022 | Sales | ($1.00) | 7 | | | $185.51 |

Date: 05/12/2005  
Time: 11:44:47 am

Federal Bureau of Prisons  
TRUFACS  
**View Inmate Transactions**  
Limited Official Use

Facility: WAS

**Criteria:** Search Criteria Results

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/14/2004 05:55:06 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($3.00) | ITS0914 | | | $278.94 |
| 09/10/2004 06:22:05 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK1789 | Sales | ($21.50) | 62 | | | $281.94 |
| 09/09/2004 07:00:54 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($2.00) | ITS0909 | | | $303.44 |
| 09/08/2004 05:50:54 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($3.00) | ITS0908 | | | $305.44 |
| 09/06/2004 06:37:52 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($2.00) | ITS0906 | | | $308.44 |
| 09/05/2004 05:45:55 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($2.00) | ITS0905 | | | $310.44 |
| 09/02/2004 09:59:53 AM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK2867 | Payroll - IPP | $6.80 | JV0135 | | | $312.44 |
| 09/02/2004 08:13:13 AM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMSERVI | Lockbox - CD | $50.00 | 70115104 | | | $305.64 |
| 09/01/2004 04:54:35 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($2.00) | ITS0901 | | | $255.64 |
| 08/26/2004 05:51:28 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK9505 | Sales | ($18.95) | 49 | | | $257.64 |
| 08/19/2004 05:21:28 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK1789 | Sales | ($33.80) | 29 | | | $276.59 |
| 08/13/2004 05:43:33 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($2.00) | ITS0813 | | | $310.39 |
| 08/13/2004 08:43:06 AM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMSERVI | Lockbox - CD | $250.00 | 70113704 | | | $312.39 |
| 08/12/2004 06:06:03 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK1789 | Sales | ($15.10) | 34 | | | $62.39 |
| 08/10/2004 05:13:29 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMSERVI | Lockbox - CD | $75.00 | 70113404 | | | $77.49 |
| 08/09/2004 12:16:12 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK8222 | Sales | $0.00 | 30 | | | $2.49 |
| 08/06/2004 11:53:08 AM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK9505 | Sales | ($3.00) | 73 | | | $2.49 |

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Limited Official Use

Date: 05/12/2005  
Time: 11:44:47 am  
Facility: WAS

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/05/2004 05:34:15 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK1789 | Sales | ($19.90) | 30 | | | $5.49 |
| 08/04/2004 07:01:19 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($2.00) | ITS0804 | | | $25.39 |
| 08/03/2004 06:09:23 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($2.00) | ITS0803 | | | $27.39 |
| 08/03/2004 09:52:22 AM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK4019 | Payroll - IPP | $4.80 | JV0128 | | | $29.39 |
| 08/01/2004 08:35:06 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($1.00) | ITS0801 | | | $24.59 |
| 08/01/2004 08:25:57 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($2.00) | ITS0801 | | | $25.59 |
| 07/29/2004 05:39:58 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK1789 | Sales | ($22.75) | 25 | | | $27.59 |
| 07/29/2004 07:48:49 AM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMSERVI | Lockbox - CD | $50.00 | 70112604 | | | $50.34 |
| 07/22/2004 05:41:24 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK9505 | Sales | ($21.25) | 47 | | | $0.34 |
| 07/19/2004 08:54:07 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($2.00) | ITS0719 | | | $21.59 |
| 07/15/2004 06:22:42 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK7022 | Sales | ($34.10) | 66 | | | $23.59 |
| 07/09/2004 07:10:23 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($2.00) | ITS0709 | | | $57.69 |
| 07/09/2004 02:26:45 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK2867 | Gift | ($15.00) | | | 1886 | $59.69 |
| 07/08/2004 07:08:19 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK1789 | Sales | ($53.85) | 98 | | | $74.69 |
| 07/07/2004 05:40:32 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($1.00) | ITS0707 | | | $128.54 |
| 07/07/2004 05:32:16 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($2.00) | ITS0707 | | | $129.54 |
| 07/04/2004 10:35:10 AM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($2.00) | ITS0704 | | | $131.54 |
| 07/02/2004 09:39:23 AM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK2867 | Payroll - IPP | $6.00 | JV0115 | | | $133.54 |
| 07/01/2004 08:33:57 AM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMSERVI | Lockbox - CD | $50.00 | 70110702 | | | $127.54 |

Date: 05/12/2005  
Time: 11:44:47 am

Federal Bureau of Prisons  
TRUFACS  
**View Inmate Transactions**  
Limited Official Use

Facility: WAS

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/27/2004 06:32:17 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($1.00) | ITS0627 | | | $77.54 |
| 06/21/2004 07:21:45 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK1789 | Sales | ($4.70) | 102 | | | $78.54 |
| 06/21/2004 07:16:07 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK1789 | Sales | ($44.35) | 98 | | | $83.24 |
| 06/21/2004 05:13:52 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($1.00) | ITS0621 | | | $127.59 |
| 06/20/2004 01:36:58 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($1.00) | ITS0620 | | | $128.59 |
| 06/18/2004 02:55:09 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK2867 | Gift | ($15.00) | | | 1781 | $129.59 |
| 06/15/2004 06:32:46 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($1.00) | ITS0615 | | | $144.59 |
| 06/14/2004 05:43:54 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK1789 | Sales | ($36.70) | 42 | | | $145.59 |
| 06/09/2004 09:58:31 AM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK2867 | Gift | ($15.00) | | | 1671 | $182.29 |
| 06/08/2004 11:55:21 AM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMSERVI | Lockbox - CD | $75.00 | 70109002 | | | $197.29 |
| 06/07/2004 06:07:55 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK1789 | Sales | ($24.33) | 51 | | | $122.29 |
| 06/05/2004 06:39:36 AM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($2.00) | ITS0605 | | | $146.62 |
| 06/04/2004 08:24:51 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($2.00) | ITS0604 | | | $148.62 |
| 06/03/2004 08:15:04 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($1.00) | ITS0603 | | | $150.62 |
| 06/02/2004 11:11:58 AM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMSERVI | Lockbox - CD | $25.00 | 70108602 | | | $151.62 |
| 06/02/2004 10:46:14 AM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK2867 | Payroll - IPP | $4.80 | JV0104 | | | $126.62 |
| 06/01/2004 05:57:05 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | PEK8222 | Sales | ($20.95) | 48 | | | $121.82 |
| 05/31/2004 05:57:06 PM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMServic | ITS Withdrawal | ($3.00) | ITS0531 | | | $142.77 |
| 05/29/2004 08:28:18 AM | 98369024 | BERCHIOLLY, THOMAS ALLEN | PEK | AMSERVI | Lockbox - CD | $50.00 | 70108502 | | | $145.77 |

WorkstationID: WAS98CMB21  UserID: WAS6507  Page 3 of 5

Date: 05/11/2005
Time: 10:49:59 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: WAS

**Start Date:** 03/15/2004
**End Date:** 09/15/2005
**Inmate Reg #:** 98369024
**Account Status:** All
**Institution:** All

CASE # 04-1318

Date: 05/11/2005
Time: 10:49:59 am

**Federal Bureau of Prisons**
**TRUFACS**
**Inmate Statement**
Limited Official Use

Facility: WAS

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 98369024 | Living Quarters: | A09-116L |
| Inmate Name: | BERCHIOLLY, THOMAS ALLEN | Arrived From: | OXF |
| Current Site Name: | Waseca FCI | Transferred To: | |
| Housing Unit: | A/D GP | Account Creation Date: | 9/28/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| PEK | 03/16/2004 06:27:48 PM | 52 | | | Sales | ($39.15) | | $144.46 |
| PEK | 03/18/2004 08:35:17 PM | ITS0318 | | | ITS Withdrawal | ($2.00) | | $142.46 |
| PEK | 03/19/2004 04:48:09 PM | ITS0319 | | | ITS Withdrawal | ($2.00) | | $140.46 |
| PEK | 03/23/2004 03:02:57 PM | 16503 | | 108612 | Local Collections | $25.00 | | $165.46 |
| PEK | 03/23/2004 06:05:22 PM | 46 | | | Sales | ($21.80) | | $143.66 |
| PEK | 04/02/2004 12:47:56 PM | JV0082 | | | Payroll - IPP | $5.40 | | $149.06 |
| PEK | 04/02/2004 02:55:08 PM | 17298 | | 69344 | Local Collections | $100.00 | | $249.06 |
| PEK | 04/04/2004 06:02:56 PM | ITS0404 | | | ITS Withdrawal | ($3.00) | | $246.06 |
| PEK | 04/05/2004 04:35:38 PM | 1279 | | | Sales | ($15.00) | | $231.06 |
| PEK | 04/05/2004 06:34:08 PM | 76 | | 1279 | Gift | ($51.55) | | $179.51 |
| PEK | 04/07/2004 02:36:20 PM | 17626 | | | Sales | $50.00 | | $229.51 |
| PEK | 04/12/2004 05:47:33 PM | 44 | | 69349 | Sales | ($37.00) | | $192.51 |
| PEK | 04/13/2004 07:10:22 PM | ITS0413 | | | ITS Withdrawal | ($2.00) | | $190.51 |
| PEK | 04/16/2004 04:43:56 PM | ITS0416 | | | ITS Withdrawal | ($4.00) | | $186.51 |
| PEK | 04/19/2004 11:34:37 AM | 7 | | | Sales | ($1.00) | | $185.51 |
| PEK | 04/19/2004 05:58:13 PM | 40 | | | Sales | ($20.35) | | $165.16 |
| PEK | 04/21/2004 02:23:36 PM | 18621 | | 108661 | Local Collections | $100.00 | | $265.16 |
| PEK | 04/21/2004 06:05:32 PM | ITS0421 | | | ITS Withdrawal | ($3.00) | | $262.16 |
| PEK | 04/26/2004 06:05:13 PM | 46 | | | Sales | ($26.80) | | $235.36 |
| PEK | 05/03/2004 04:30:41 PM | ITS0503 | | | ITS Withdrawal | ($2.00) | | $233.36 |
| PEK | 05/03/2004 05:47:50 PM | 39 | | | Sales | ($22.65) | | $210.71 |
| PEK | 05/04/2004 09:09:55 AM | JV0088 | | | Payroll - IPP | $13.20 | | $223.91 |
| PEK | 05/06/2004 02:36:41 PM | 19917 | | 108676 | Local Collections | $50.00 | | $273.91 |
| PEK | 05/06/2004 04:46:20 PM | ITS0506 | | | ITS Withdrawal | ($1.00) | | $272.91 |
| PEK | 05/10/2004 06:34:05 PM | 68 | | | Sales | ($32.25) | | $240.66 |
| PEK | 05/10/2004 06:36:35 PM | 70 | | | Sales | ($1.20) | | $239.46 |
| PEK | 05/15/2004 03:10:07 PM | ITS0515 | | | ITS Withdrawal | ($2.00) | | $237.46 |
| PEK | 05/17/2004 10:28:48 AM | | | 1571 | Gift | ($85.00) | | $152.46 |
| PEK | 05/17/2004 10:28:52 AM | | | 1591 | Gift | ($15.00) | | $137.46 |
| PEK | 05/17/2004 05:37:18 PM | 47 | | | Sales | ($23.20) | | $114.26 |

Page 2

Date: 05/11/2005
Time: 10:50:01 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: WAS

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 98369024 | Living Quarters: | A09-116L |
| Inmate Name: | BERCHIOLLY, THOMAS ALLEN | Arrived From: | OXF |
| Current Site Name: | Waseca FCI | Transferred To: | |
| Housing Unit: | A/D GP | Account Creation Date: | 9/28/2001 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| PEK | 05/24/2004 04:50:19 PM | ITS0524 | | | ITS Withdrawal | ($1.00) | | $113.26 |
| PEK | 05/24/2004 05:51:23 PM | 43 | | | Sales | ($16.49) | | $96.77 |
| PEK | 05/26/2004 06:24:38 PM | ITS0526 | | | ITS Withdrawal | ($1.00) | | $95.77 |
| PEK | 05/29/2004 08:28:18 AM | 70108502 | | | Lockbox - CD | $50.00 | | $145.77 |
| PEK | 05/31/2004 05:57:06 PM | ITS0531 | | | ITS Withdrawal | ($3.00) | | $142.77 |
| PEK | 06/01/2004 05:57:05 PM | 48 | | | Sales | ($20.95) | | $121.82 |
| PEK | 06/02/2004 10:46:14 AM | JV0104 | | | Payroll - IPP | $4.80 | | $126.62 |
| PEK | 06/02/2004 11:11:58 AM | 70108602 | | | Lockbox - CD | $25.00 | | $151.62 |
| PEK | 06/03/2004 08:15:04 PM | ITS0603 | | | ITS Withdrawal | ($1.00) | | $150.62 |
| PEK | 06/04/2004 08:24:51 PM | ITS0604 | | | ITS Withdrawal | ($2.00) | | $148.62 |
| PEK | 06/05/2004 06:39:36 AM | ITS0605 | | | ITS Withdrawal | ($2.00) | | $146.62 |
| PEK | 06/07/2004 06:07:55 PM | 51 | | | Sales | ($24.33) | | $122.29 |
| PEK | 06/08/2004 11:55:21 AM | 70109002 | | | Lockbox - CD | $75.00 | | $197.29 |
| PEK | 06/09/2004 09:58:31 AM | | | 1671 | Gift | ($15.00) | | $182.29 |
| PEK | 06/14/2004 05:43:54 PM | 42 | | | Sales | ($36.70) | | $145.59 |
| PEK | 06/15/2004 06:32:46 PM | ITS0615 | | | ITS Withdrawal | ($1.00) | | $144.59 |
| PEK | 06/18/2004 02:55:09 PM | | | 1781 | Gift | ($15.00) | | $129.59 |
| PEK | 06/20/2004 01:36:58 PM | ITS0620 | | | ITS Withdrawal | ($1.00) | | $128.59 |
| PEK | 06/21/2004 05:13:52 PM | ITS0621 | | | ITS Withdrawal | ($1.00) | | $127.59 |
| PEK | 06/21/2004 07:16:07 PM | 98 | | | Sales | ($44.35) | | $83.24 |
| PEK | 06/21/2004 07:21:45 PM | 102 | | | Sales | ($4.70) | | $78.54 |
| PEK | 06/27/2004 06:32:17 PM | ITS0627 | | | ITS Withdrawal | ($1.00) | | $77.54 |
| PEK | 07/01/2004 08:33:57 AM | 70110702 | | | Lockbox - CD | $50.00 | | $127.54 |
| PEK | 07/02/2004 09:39:23 AM | JV0115 | | | Payroll - IPP | $6.00 | | $133.54 |
| PEK | 07/04/2004 10:35:10 AM | ITS0704 | | | ITS Withdrawal | ($2.00) | | $131.54 |
| PEK | 07/07/2004 05:32:16 PM | ITS0707 | | | ITS Withdrawal | ($2.00) | | $129.54 |
| PEK | 07/07/2004 05:40:32 PM | ITS0707 | | | ITS Withdrawal | ($1.00) | | $128.54 |
| PEK | 07/08/2004 07:08:19 PM | 98 | | | Sales | ($53.85) | | $74.69 |
| PEK | 07/09/2004 02:26:45 PM | | | 1886 | Gift | ($15.00) | | $59.69 |
| PEK | 07/09/2004 07:10:23 PM | ITS0709 | | | ITS Withdrawal | ($2.00) | | $57.69 |

Date: 05/11/2005
Time: 10:50:01 am

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Limited Official Use

Facility: WAS

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 98369024 | Living Quarters: | A09-116L |
| Inmate Name: | BERCHIOLLY, THOMAS ALLEN | Arrived From: | OXF |
| Current Site Name: | Waseca FCI | Transferred To: | |
| Housing Unit: | A/D GP | Account Creation Date: | 9/28/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| PEK | 07/15/2004 06:22:42 PM | 66 | | | Sales | ($34.10) | | $23.59 |
| PEK | 07/19/2004 08:54:07 PM | ITS0719 | | | ITS Withdrawal | ($2.00) | | $21.59 |
| PEK | 07/22/2004 05:41:24 PM | 47 | | | Sales | ($21.25) | | $0.34 |
| PEK | 07/29/2004 07:48:49 AM | 70112604 | | | Lockbox - CD | $50.00 | | $50.34 |
| PEK | 07/29/2004 05:39:58 PM | 25 | | | Sales | ($22.75) | | $27.59 |
| PEK | 08/01/2004 08:25:57 PM | ITS0801 | | | ITS Withdrawal | ($2.00) | | $25.59 |
| PEK | 08/01/2004 08:35:06 PM | ITS0801 | | | ITS Withdrawal | ($1.00) | | $24.59 |
| PEK | 08/03/2004 09:52:22 AM | JV0128 | | | Payroll - IPP | $4.80 | | $29.39 |
| PEK | 08/03/2004 06:09:23 PM | ITS0803 | | | ITS Withdrawal | ($2.00) | | $27.39 |
| PEK | 08/04/2004 07:01:19 PM | ITS0804 | | | ITS Withdrawal | ($2.00) | | $25.39 |
| PEK | 08/05/2004 05:34:15 PM | 30 | | | Sales | ($19.90) | | $5.49 |
| PEK | 08/06/2004 11:53:08 AM | 73 | | | Sales | ($3.00) | | $2.49 |
| PEK | 08/09/2004 12:16:12 PM | 30 | | | Sales | $0.00 | | $2.49 |
| PEK | 08/10/2004 05:13:29 PM | 70113404 | | | Lockbox - CD | $75.00 | | $77.49 |
| PEK | 08/12/2004 06:06:03 PM | 34 | | | Sales | ($15.10) | | $62.39 |
| PEK | 08/13/2004 08:43:06 AM | 70113704 | | | Lockbox - CD | $250.00 | | $312.39 |
| PEK | 08/13/2004 05:43:33 PM | ITS0813 | | | ITS Withdrawal | ($2.00) | | $310.39 |
| PEK | 08/19/2004 05:21:28 PM | 29 | | | Sales | ($33.80) | | $276.59 |
| PEK | 08/26/2004 05:51:28 PM | 49 | | | Sales | ($18.95) | | $257.64 |
| PEK | 09/01/2004 04:54:35 PM | ITS0901 | | | ITS Withdrawal | ($2.00) | | $255.64 |
| PEK | 09/02/2004 08:13:13 AM | 70115104 | | | Lockbox - CD | $50.00 | | $305.64 |
| PEK | 09/02/2004 09:59:53 AM | JV0135 | | | Payroll - IPP | $6.80 | | $312.44 |
| PEK | 09/05/2004 05:45:55 PM | ITS0905 | | | ITS Withdrawal | ($2.00) | | $310.44 |
| PEK | 09/06/2004 06:37:52 PM | ITS0906 | | | ITS Withdrawal | ($2.00) | | $308.44 |
| PEK | 09/08/2004 05:50:54 PM | ITS0908 | | | ITS Withdrawal | ($3.00) | | $305.44 |
| PEK | 09/09/2004 07:00:54 PM | ITS0909 | | | ITS Withdrawal | ($2.00) | | $303.44 |
| PEK | 09/10/2004 06:22:05 PM | 62 | | | Sales | ($21.50) | | $281.94 |
| PEK | 09/14/2004 05:55:06 PM | ITS0914 | | | ITS Withdrawal | ($3.00) | | $278.94 |
| PEK | 09/16/2004 05:23:09 PM | 29 | | | Sales | ($26.90) | | $252.04 |
| PEK | 09/23/2004 06:03:17 PM | 51 | | | Sales | ($25.65) | | $226.39 |

Page 4

Date: 05/11/2005
Time: 10:50:01 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: WAS

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 98369024 | Living Quarters: | A09-116L |
| Inmate Name: | BERCHIOLLY, THOMAS ALLEN | Arrived From: | OXF |
| Current Site Name: | Waseca FCI | Transferred To: | |
| Housing Unit: | A/D GP | Account Creation Date: | 9/28/2001 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| PEK | 09/23/2004 06:49:42 PM | ITS0923 | | | ITS Withdrawal | ($1.00) | | $225.39 |
| PEK | 10/04/2004 09:55:16 AM | JV0009 | | | Payroll - IPP | $6.60 | | $231.99 |
| PEK | 10/05/2004 05:22:13 AM | 7017304 | | | Lockbox - CD | $50.00 | | $281.99 |
| PEK | 10/05/2004 04:34:15 PM | ITS1005 | | | ITS Withdrawal | ($2.00) | | $279.99 |
| PEK | 10/06/2004 06:34:58 PM | 65 | | | Sales | ($8.45) | | $271.54 |
| PEK | 10/06/2004 06:35:43 PM | 66 | | | Sales | ($10.30) | | $261.24 |
| PEK | 10/13/2004 06:43:49 PM | 89 | | | Sales | ($16.90) | | $244.34 |
| PEK | 10/20/2004 05:42:43 PM | 46 | | | Sales | ($15.75) | | $228.59 |
| PEK | 10/23/2004 10:36:13 AM | ITS1023 | | | ITS Withdrawal | ($4.00) | | $224.59 |
| PEK | 10/27/2004 05:24:10 PM | 27 | | | Sales | ($16.10) | | $208.49 |
| PEK | 11/02/2004 11:05:44 AM | JV0015 | | | Payroll - IPP | $5.40 | | $213.89 |
| PEK | 11/03/2004 05:25:30 PM | 28 | | | Sales | ($27.80) | | $186.09 |
| PEK | 11/05/2004 05:13:40 AM | 70119504 | | | Lockbox - CD | $60.00 | | $246.09 |
| | **Total Transactions:** | **103** | | | | | | |
| CCC | 11/11/2004 04:11:28 AM | TX111104 | | | Transfer - In from TRUFACS | $246.09 | | $246.09 |
| | **Total Transactions:** | **1** | | | | | | |
| PEK | 11/11/2004 04:11:28 AM | TX111104 | | | Transfer - Out to TRUFACS | ($246.09) | | $0.00 |
| | **Total Transactions:** | **1** | | | | | | |
| CCC | 11/11/2004 05:03:45 AM | 70119904 | | | Lockbox - CD | $100.00 | | $346.09 |
| CCC | 11/12/2004 05:04:59 PM | ITS1112 | | | ITS Withdrawal | ($6.00) | | $340.09 |
| CCC | 11/14/2004 12:56:26 PM | ITS1114 | | | ITS Withdrawal | ($3.00) | | $337.09 |
| CCC | 11/18/2004 10:07:11 AM | 58 | | | Sales | ($45.25) | | $291.84 |
| CCC | 11/19/2004 09:17:45 PM | ITS1119 | | | ITS Withdrawal | ($3.00) | | $288.84 |
| CCC | 11/24/2004 06:40:10 AM | 14 | | | Sales | ($29.40) | | $259.44 |
| CCC | 11/24/2004 08:56:17 PM | ITS1124 | | | ITS Withdrawal | ($3.00) | | $256.44 |
| CCC | 11/30/2004 06:49:03 PM | ITS1130 | | | ITS Withdrawal | ($3.00) | | $253.44 |
| CCC | 12/01/2004 06:43:51 AM | 13 | | | Sales | ($102.80) | | $150.64 |
| CCC | 12/02/2004 05:02:43 AM | 70121205 | | | Lockbox - CD | $50.00 | | $200.64 |

Date: 05/11/2005  
Time: 10:50:01 am

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Limited Official Use

Facility: WAS

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 98369024 | Living Quarters: | A09-116L |
| Inmate Name: | BERCHIOLLY, THOMAS ALLEN | Arrived From: | OXF |
| Current Site Name: | Waseca FCI | Transferred To: | |
| Housing Unit: | A/D GP | Account Creation Date: | 9/28/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| CCC | 12/03/2004 05:03:32 AM | 70121305 | | | Lockbox - CD | $50.00 | | $250.64 |
| CCC | 12/04/2004 05:18:24 AM | 70121405 | | | Lockbox - CD | $200.00 | | $450.64 |
| | **Total Transactions:** | **12** | | | | | | |
| OXF | 12/07/2004 04:07:17 AM | TX120704 | | | Transfer - In from TRUFACS | $450.64 | | $450.64 |
| CCC | 12/07/2004 04:07:17 AM | TX120704 | | | Transfer - Out to TRUFACS | ($450.64) | | $0.00 |
| | **Total Transactions:** | **1** | | | | | | |
| OXF | 12/08/2004 04:04:23 AM | TX120804 | | | Transfer - Out to TRUFACS | ($450.64) | | $0.00 |
| | **Total Transactions:** | **1** | | | | | | |
| WAS | 12/08/2004 04:04:24 AM | TX120804 | | | Transfer - In from TRUFACS | $450.64 | | $450.64 |
| WAS | 12/08/2004 06:11:13 PM | ITS1208 | 58 | | Sales | ($89.60) | | $361.04 |
| WAS | 12/08/2004 07:27:22 PM | ITS1208 | | | ITS Withdrawal | ($2.00) | | $359.04 |
| WAS | 12/08/2004 07:32:30 PM | ITS1208 | | | ITS Withdrawal | ($2.00) | | $357.04 |
| WAS | 12/09/2004 11:33:14 AM | ITS1209 | 27 | | Sales | ($10.00) | | $347.04 |
| WAS | 12/09/2004 08:09:36 PM | ITS1209 | | | ITS Withdrawal | ($2.00) | | $345.04 |
| WAS | 12/12/2004 02:49:35 PM | ITS1212 | | | ITS Withdrawal | ($2.00) | | $343.04 |
| WAS | 12/14/2004 06:59:34 AM | 70122001 | | | Lockbox - CD | $100.00 | | $443.04 |
| WAS | 12/15/2004 05:31:25 PM | | 40 | | Sales | ($46.50) | | $396.54 |
| WAS | 12/16/2004 09:42:29 AM | | | 479 | Gift | ($50.00) | | $346.54 |
| WAS | 12/16/2004 09:43:42 AM | | | 480 | Gift | ($75.00) | | $271.54 |
| WAS | 12/16/2004 04:34:32 PM | ITS1216 | | | ITS Withdrawal | ($2.00) | | $269.54 |
| WAS | 12/17/2004 04:40:52 PM | ITS1217 | | | ITS Withdrawal | ($2.00) | | $267.54 |
| WAS | 12/18/2004 05:40:56 AM | 70122401 | | | Lockbox - CD | $20.00 | | $287.54 |
| WAS | 12/18/2004 06:58:31 AM | ITS1218 | | | ITS Withdrawal | ($2.00) | | $285.54 |
| WAS | 12/20/2004 04:42:23 PM | ITS1220 | | | ITS Withdrawal | ($1.00) | | $284.54 |
| WAS | 12/21/2004 08:44:47 PM | ITS1221 | | | ITS Withdrawal | ($1.00) | | $283.54 |

Date: 05/11/2005
Time: 10:50:01 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: WAS

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 98369024 | Living Quarters: | A09-116L |
| Inmate Name: | BERCHIOLLY, THOMAS ALLEN | Arrived From: | OXF |
| Current Site Name: | Waseca FCI | Transferred To: | |
| Housing Unit: | A/D GP | Account Creation Date: | 9/28/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| WAS | 12/22/2004 05:14:17 PM | 86 | | | Sales | ($23.80) | | $259.74 |
| WAS | 12/24/2004 05:03:54 PM | ITS1224 | | | ITS Withdrawal | ($5.00) | | $254.74 |
| WAS | 12/30/2004 06:02:22 PM | ITS1230 | | | ITS Withdrawal | ($1.00) | | $253.74 |
| WAS | 12/31/2004 05:04:03 PM | ITS1231 | | | ITS Withdrawal | ($1.00) | | $252.74 |
| WAS | 01/04/2005 06:42:33 AM | 70123501 | | | Lockbox - CD | $50.00 | | $302.74 |
| WAS | 01/04/2005 09:52:52 PM | ITS0104 | | | ITS Withdrawal | ($1.00) | | $301.74 |
| WAS | 01/05/2005 09:07:24 PM | ITS0105 | | | ITS Withdrawal | ($2.00) | | $299.74 |
| WAS | 01/06/2005 05:00:04 PM | ITS0106 | | | ITS Withdrawal | ($1.00) | | $298.74 |
| WAS | 01/06/2005 05:22:43 PM | 83 | | | Sales | ($63.15) | | $235.59 |
| WAS | 01/07/2005 08:17:58 AM | 5JV025 | | | Payroll - IPP | $9.24 | | $244.83 |
| WAS | 01/09/2005 10:54:55 AM | ITS0109 | | | ITS Withdrawal | ($2.00) | | $242.83 |
| WAS | 01/10/2005 04:54:01 PM | ITS0110 | | | ITS Withdrawal | ($1.00) | | $241.83 |
| WAS | 01/13/2005 05:20:28 PM | 83 | | | Sales | ($33.25) | | $208.58 |
| WAS | 01/13/2005 06:55:16 PM | ITS0113 | | | ITS Withdrawal | ($1.00) | | $207.58 |
| WAS | 01/17/2005 11:55:11 AM | ITS0117 | | | ITS Withdrawal | ($1.00) | | $206.58 |
| WAS | 01/20/2005 11:58:39 AM | 49 | | | Sales | ($8.00) | | $198.58 |
| WAS | 01/20/2005 05:44:48 PM | 82 | | | Sales | ($36.60) | | $161.98 |
| WAS | 01/21/2005 05:16:39 PM | ITS0121 | | | ITS Withdrawal | ($1.00) | | $160.98 |
| WAS | 01/25/2005 05:24:47 PM | ITS0125 | | | ITS Withdrawal | ($2.00) | | $158.98 |
| WAS | 01/27/2005 04:44:41 PM | 46 | | | Sales | ($19.40) | | $139.58 |
| WAS | 01/27/2005 07:37:46 PM | ITS0127 | | | ITS Withdrawal | ($2.00) | | $137.58 |
| WAS | 01/29/2005 01:50:56 PM | ITS0129 | | | ITS Withdrawal | ($1.00) | | $136.58 |
| WAS | 01/31/2005 04:45:14 PM | ITS0131 | | | ITS Withdrawal | ($2.00) | | $134.58 |
| WAS | 02/01/2005 05:01:34 PM | ITS0201 | | | ITS Withdrawal | ($2.00) | | $132.58 |
| WAS | 02/03/2005 04:42:44 PM | 40 | | | Sales | ($20.95) | | $111.63 |
| WAS | 02/04/2005 05:32:31 AM | 70125701 | | | Lockbox - CD | $50.00 | | $161.63 |
| WAS | 02/05/2005 08:43:41 AM | ITS0205 | | | ITS Withdrawal | ($1.00) | | $160.63 |
| WAS | 02/05/2005 04:57:44 PM | ITS0205 | | | ITS Withdrawal | ($1.00) | | $159.63 |
| WAS | 02/06/2005 04:47:23 PM | ITS0206 | | | ITS Withdrawal | ($2.00) | | $157.63 |
| WAS | 02/07/2005 09:33:44 AM | 5JV036 | | | Payroll - IPP | $11.88 | | $169.51 |

Date: 05/11/2005
Time: 10:50:01 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: WAS

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 98369024 | Living Quarters: | A09-116L |
| Inmate Name: | BERCHIOLLY, THOMAS ALLEN | Arrived From: | OXF |
| Current Site Name: | Waseca FCI | Transferred To: | |
| Housing Unit: | A/D GP | Account Creation Date: | 9/28/2001 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| WAS | 02/10/2005 06:28:28 PM | 113 | | | Sales | ($28.15) | | $141.36 |
| WAS | 02/12/2005 05:39:04 AM | 70126301 | | | Lockbox - CD | $100.00 | | $241.36 |
| WAS | 02/12/2005 06:00:35 PM | ITS0212 | | | ITS Withdrawal | ($2.00) | | $239.36 |
| WAS | 02/17/2005 05:29:11 PM | 82 | | | Sales | ($59.50) | | $179.86 |
| WAS | 02/17/2005 09:00:29 PM | ITS0217 | | | ITS Withdrawal | ($2.00) | | $177.86 |
| WAS | 02/20/2005 11:52:39 AM | ITS0220 | | | ITS Withdrawal | ($2.00) | | $175.86 |
| WAS | 02/21/2005 10:38:31 AM | ITS0221 | | | ITS Withdrawal | ($2.00) | | $173.86 |
| WAS | 02/22/2005 07:15:07 PM | 100 | | | Sales | ($17.90) | | $155.96 |
| WAS | 02/22/2005 07:16:20 PM | 101 | | | Sales | ($1.70) | | $154.26 |
| WAS | 02/25/2005 04:48:13 PM | ITS0225 | | | ITS Withdrawal | ($2.00) | | $152.26 |
| WAS | 02/28/2005 05:22:57 PM | ITS0228 | | | ITS Withdrawal | ($1.00) | | $151.26 |
| WAS | 03/03/2005 05:22:14 AM | 70127501 | | | Lockbox - CD | $50.00 | | $201.26 |
| WAS | 03/03/2005 05:30:57 PM | 118 | | | Sales | ($43.30) | | $157.96 |
| WAS | 03/05/2005 05:22:56 AM | 70127701 | | | Lockbox - CD | $50.00 | | $207.96 |
| WAS | 03/06/2005 10:49:56 AM | ITS0306 | | | ITS Withdrawal | ($2.00) | | $205.96 |
| WAS | 03/07/2005 08:52:40 AM | 5JV042 | | | Payroll - IPP | $22.80 | | $228.76 |
| WAS | 03/09/2005 05:47:39 PM | ITS0309 | | | ITS Withdrawal | ($2.00) | | $226.76 |
| WAS | 03/10/2005 05:01:13 PM | 90 | | | Sales | ($26.85) | | $199.91 |
| WAS | 03/12/2005 01:21:49 PM | ITS0312 | | | ITS Withdrawal | ($2.00) | | $197.91 |
| WAS | 03/13/2005 05:15:31 AM | 70128202 | | | Lockbox - CD | $50.00 | | $247.91 |
| WAS | 03/17/2005 06:01:18 PM | 121 | | | Sales | ($22.60) | | $225.31 |
| WAS | 03/17/2005 06:02:17 PM | 122 | | | Sales | ($0.85) | | $224.46 |
| WAS | 03/22/2005 04:41:45 PM | ITS0322 | | | ITS Withdrawal | ($1.00) | | $223.46 |
| WAS | 03/24/2005 04:39:28 PM | ITS0324 | | | ITS Withdrawal | ($2.00) | | $221.46 |
| WAS | 03/24/2005 04:52:59 PM | 69 | | | Sales | ($23.55) | | $197.91 |
| WAS | 03/24/2005 04:54:14 PM | 70 | | | Sales | ($2.20) | | $195.71 |
| WAS | 03/30/2005 05:13:53 PM | ITS0330 | | | ITS Withdrawal | ($2.00) | | $193.71 |
| WAS | 04/01/2005 05:14:10 PM | ITS0401 | | | ITS Withdrawal | ($2.00) | | $191.71 |
| WAS | 04/04/2005 05:29:06 PM | 20 | | | Sales | ($58.15) | | $133.56 |
| WAS | 04/05/2005 06:34:47 AM | 70129801 | | | Lockbox - CD | $50.00 | | $183.56 |

Date: 05/11/2005
Time: 10:50:01 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: WAS

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 98369024 | Living Quarters: | A09-116L |
| Inmate Name: | BERCHIOLLY, THOMAS ALLEN | Arrived From: | OXF |
| Current Site Name: | Waseca FCI | Transferred To: | |
| Housing Unit: | A/D GP | Account Creation Date: | 9/28/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| WAS | 04/05/2005 06:27:12 PM | ITS0405 | | | ITS Withdrawal | ($2.00) | | $181.56 |
| WAS | 04/06/2005 06:50:53 PM | ITS0406 | | | ITS Withdrawal | ($3.00) | | $178.56 |
| WAS | 04/07/2005 06:06:50 PM | ITS0407 | | | ITS Withdrawal | ($2.00) | | $176.56 |
| WAS | 04/08/2005 09:13:39 AM | 5JV052 | | | Payroll - IPP | $30.00 | | $206.56 |
| WAS | 04/11/2005 06:23:39 PM | 64 | | | Sales | ($25.55) | | $181.01 |
| WAS | 04/12/2005 06:48:37 PM | ITS0412 | | | ITS Withdrawal | ($2.00) | | $179.01 |
| WAS | 04/13/2005 05:24:06 AM | 70130401 | | | Lockbox - CD | $50.00 | | $229.01 |
| WAS | 04/14/2005 06:13:54 PM | ITS0414 | | | ITS Withdrawal | ($2.00) | | $227.01 |
| WAS | 04/18/2005 04:51:32 PM | 19 | | | Sales | ($31.10) | | $195.91 |
| WAS | 04/19/2005 06:48:47 PM | ITS0419 | | | ITS Withdrawal | ($2.00) | | $193.91 |
| WAS | 04/21/2005 04:51:39 PM | ITS0421 | | | ITS Withdrawal | ($2.00) | | $191.91 |
| WAS | 04/21/2005 06:15:10 PM | ITS0421 | | | ITS Withdrawal | ($2.00) | | $189.91 |
| WAS | 04/24/2005 10:50:28 AM | ITS0424 | | | ITS Withdrawal | ($2.00) | | $187.91 |
| WAS | 04/25/2005 05:20:23 PM | 30 | | | Sales | ($24.75) | | $163.16 |
| WAS | 04/27/2005 05:18:23 AM | 70131401 | | | Lockbox - CD | $100.00 | | $263.16 |
| WAS | 04/30/2005 10:39:37 AM | ITS0430 | | | ITS Withdrawal | ($2.00) | | $261.16 |
| WAS | 05/02/2005 05:43:25 PM | 40 | | | Sales | ($40.80) | | $220.36 |
| WAS | 05/03/2005 08:29:01 AM | | | 1214 | Gift | ($100.00) | | $120.36 |
| WAS | 05/04/2005 06:06:01 PM | ITS0504 | | | ITS Withdrawal | ($2.00) | | $118.36 |
| WAS | 05/05/2005 05:23:21 AM | 70132001 | | | Lockbox - CD | $50.00 | | $168.36 |
| WAS | 05/05/2005 07:01:17 PM | ITS0505 | | | ITS Withdrawal | ($2.00) | | $166.36 |
| WAS | 05/06/2005 07:54:48 AM | 5JV058 | | | Payroll - IPP | $25.00 | | $191.36 |
| WAS | 05/09/2005 05:40:49 PM | 33 | | | Sales | ($26.15) | | $165.21 |
| | **Total Transactions:** | **100** | | | **Totals:** | **($18.40)** | **$0.00** | |

Date: 05/11/2005
Time: 10:50:01 am

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Limited Official Use

Facility: WAS

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 98369024 | Living Quarters: | A09-116L |
| Inmate Name: | BERCHIOLLY, THOMAS ALLEN | Arrived From: | OXF |
| Current Site Name: | Waseca FCI | Transferred To: | |
| Housing Unit: | A/D GP | Account Creation Date: | 9/28/2001 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| WAS | $165.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $165.21 |
| **Totals:** | **$165.21** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$165.21** |