FILED
JUL 8 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Friday, 08 July, 2005 01:35:08 PM
Clerk, U.S. District Court, ILCD

7-05-05
Case No. 04-1318

Mr John M Waters / Clerk, US District Court

Sir, as you required in your letter to me dated Friday, May 20th, 2005 I prepaid the initial partial filling fee in the amount of $32.20. I also agree that you may automatically deduct 20% of the balance on my account once a month until the $250.00 fee is paid in full.

Now, would you please let me know the status on my case #04-1318? Have I been appointed an attorney? Has my case been placed on the docket sheet? If so what is the date? What else is required of me to help facilitate these proceedings?

Sincerely,
Thomas A Berchiolly 98369-024

copy 1 of 4
cc: