# UNITED STATES DISTRICT COURT

Central District of Illinois

Thomas Berchiolly

v.

Eddie Somolio

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:04-CV-1318

TO: (Name and address of Defendant)

Eddie Somolio, Clinical Director - FCI Pekin
2600 South 2nd Street
Pekin, IL 61554

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas Berchiolly
98369-024
WASECA
Unit A-113
PO Box 1731
Waseca, MN 56093

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
**CLERK**

7-12-05
**DATE**

/s/ K. Burns
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Central District of ILLinois

Thomas Berchiolly
v.
Angel Ortiz, Physician, FCI

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:04-CV-1318

TO: (Name and address of Defendant)

Angel Ortiz, Physician, Federal Bureau of Prisons
320 1st Street N.W.
Washington D.C. 20534

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas Berchiolly
98369-024
WASECA
Unit A-113
PO Box 1731
Waseca, MN 56093

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

7-12-04
DATE

s/K. Burns
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

Thomas Berchiolly

v.

Mr. Gould, Pharmacist, FCI Pekin

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:04-CV-1318

TO: (Name and address of Defendant)

Mr. Gould, Pharmacist, FCI Pekin
2600 South Second Street
Pekin, IL 61554

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas Berchiolly
98369-024
Waseca
Unit A-113
PO Box 1731
Waseca MN 56093

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

/s/ John M. Waters                           7-12-04

**CLERK**                                      **DATE**

/s/ K. Burns
(By) DEPUTY CLERK

## UNITED STATES DISTRICT COURT

_Central_ District of _Illinois_

Thomas Berchiolly

v.

Mr. Jackson Physicians Assistant FCI Pekin

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:04-CV-1318

TO: (Name and address of Defendant)

Mr. Jackson, Physicians Assistant, FCI Pekin
2600 South 2nd Street
Pekin, IL. 61554

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas Berchiolly
98369-024
Waseca
Unit A-113
PO Box 1731
Waseca MN 56093

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

/s/ John M. Waters
CLERK

7-12-05
DATE

/s/ K. Burns
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Thomas A Berchiolly

v.

Harris Hansen

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:04-CV-1318

TO: (Name and address of Defendant)

Harris Hansen, Physicans Assistant at, FCI Pekin, Illinois.
PO BOX 5000 - 61555 In his individual and offical
capacities.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas Berchiolly
98369-024
Waseca
unit A- 113
PO Box 1731
Waseca MN 56093

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

/s/ John M. Waters                                    7-12-05

CLERK                                                  DATE

/s/ K. Burns

(By) DEPUTY CLERK