E-FILED
Wednesday, 13 July, 2005 11:19:01 AM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Thomas Berchiolly 98369-024** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 04-1318** |
| **John Ashroft, et al.** | ) | |
| Defendant | ) | |

**TO:  THE WARDEN of** FCI Waseca at Waseca, MN.

  **WE COMMAND** that you produce the body of **Thomas Berchiolly**, Register No. **98369-024**, who is in your custody at **1:30 p.m.** before the United States District Court on **Friday, November 4, 2005** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.  At the termination of said hearing you may return him to his current regular assignment.

  **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  7/13/05

/s/ John M. Waters
JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: __/s/ K. Burns_____
  Deputy Clerk