**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN** E-FILED
See Instructions for "Tuesday, 26 July 2005 03:41:01 PM
on the reverse of this form.    Clerk, U.S. District Court, ILCD

| PLAINTIFF Thomas Berchiolly | COURT CASE NUMBER 1:04-CV-1318 |
|---|---|
| DEFENDANT Eddie Jomolio | TYPE OF PROCESS complaint and summons |

| SERVE ➡ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Eddie Jomolio, Clinical Director - FCI Pekin |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 2600 South 2nd Street Pekin IL 61554 |

**FILED**
JUL 2 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Thomas Berchiolly Reg. No. 98369-024
FCI Pekin - P. O. Box 5000 1731
Pekin IL 61555-5000 Unit A - 113
Waseca MN
56093

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                    Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. P | Signature of Authorized USMS Deputy or Clerk Crystal Gregory | Date 7/13/5 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 7/20/05 | Time 9:00 pm |
| 45 | Signature of U.S. Marshal or Deputy |

| Service Fee 45.00 | Total Mileage Charges (including endeavors) 13.50 | Forwarding Fee | Total Charges 58.50 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: