IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| THOMAS BERCHIOLLY, | ) |
| Plaintiff, | ) |
| vs. | ) No. 04-1318 |
| EDDIE SOMOLIO[1], et al., | ) |
| Defendants. | ) |

**REQUEST FOR EXTENSION OF TIME TO FILE AN ANSWER**

Now come the defendants, by and through their attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Gerard A. Brost, Assistant United States Attorney, and for their Request for Extension of Time to File an Answer to the plaintiff's complaint, state as follows:

On July 12, 2005, the plaintiff's complaint was filed and summonses were issued for the defendants. (R.19,20) Defendants Samalio, Hansen, Gould, and Jackson have been served. (R.22,23,24,25) Neither Defendant Ortiz nor the local United States Attorney's Office have been served. The defendants' answer is due on September 20, 2005.

The defendants that were served have forwarded their requests for representation in this matter to the Department of Justice in Washington, DC, but

---

[1] The correct spelling is Samalio.

the requests have not yet been approved. Until the defendants' representation requests have been approved, counsel for the defendants cannot file any substantive pleadings on their behalf. Additionally, until Defendant Ortiz has been served, he will not know to request representation from the Department of Justice in this matter.

    WHEREFORE, the defendants respectfully request until October 21, 2005, to file their Answer.

    Respectfully submitted,

    UNITED STATES OF AMERICA

    JAN PAUL MILLER
    UNITED STATES ATTORNEY

    /s Gerard A. Brost
    Gerard A. Brost
    Assistant United States Attorney
    211 Fulton, Suite 400
    Peoria, Illinois 61602
    Telephone: 309/671-7050

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2005, I electronically filed the foregoing Request for Extension of Time to File an Answer with the Clerk of the Court using the CM/ECF system, and I hereby certify that a copy of the Request has been made on the petitioner by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

    Thomas Berchiolly
    Reg. No. 98369-024
    FCI Waseca
    Unit A-113
    P.O. Box 1731
    Waseca, MN 56093

                                          s/ Stephanie Pennington
                                          Paralegal Specialist