E-FILED
Thursday, 06 October, 2005  08:20:42 AM
Clerk, U.S. District Court, ILCD

October 3, 2005

04-1318

**FILED**

OCT 0 5 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Federal Building
Room 309
100 N E Monroe Street
Peoria, IL 61602

RE: Address Change
    Tom Berchiolly # 98369-024

Please use this letter as a formal request for address change for my brother – Tom Berchiolly. I phoned your office today asking for Holly. I was told that Holly was out of the office this week, but I should mail this information into your office.

New Address is as follows:

Tom Berchiolly
# 98369-024 D1
Federal Prison Camp
P.O. Box 1000
Leavenworth, Kansas 66048

Thank you so much with your help of this matter. Any questions, please feel free to call.

Sincerely,

*Jackie Fasula*

Jackie Fasula
3212 N. Church St.
Rockford, IL 61103

815-877-1431 home