E-FILED
Friday, 21 April, 2006  09:40:09 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| THOMAS BERCHIOLLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 04-1318 |
| ) | |
| EDDIE SOMOLIO[1], et al., ) | |
| ) | |
| Defendants. ) | |

### REQUEST FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION

Now come the defendants, by and through their attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Gerard A. Brost, Assistant United States Attorney, and for their Request for Extension of Time to File a Dispositive Motion, state as follows:

1. Pursuant to this Court's scheduling order, discovery closed in this case on April 3, 2006, and dispositive motions are due to be filed on or before April 24, 2006. (docket entry 10-19-05)

2. In addition to the dispositive motion in this case, counsel for the defendants has three additional dispositive motions due at the end of April: *Boyer v. Farlin*, 04-1042, due April 28, 2006; *Davis v. Samalio, et al.*, 04-1389, due April 30, 2006; and *Ralph v. Jump*, 04-1443, due April 28, 2006.

3. Due to the serious illness of one of the attorneys for the Bureau of Prisons, counsel for the defendants is waiting on information and documents necessary to prepare a dispositive motion in this case.

4. Counsel for the defendants is also preparing for a criminal trial in *United States v. Lawrence*, 06-10019, set for trial on May 15, 2006.

---

[1] The correct spelling is Samalio.

5. For these same reasons, counsel for the defendants is also requesting an extension of time to file a dispositive motion in *Davis v. Samalio*, 04-1389.

6. This request for extension of time is not intended for purposes of delay, but to allow counsel for the defendants to receive and review the information from the BOP, and prepare a dispositive motion in this case.

7. The plaintiff will not be prejudiced by this delay.

WHEREFORE, the defendants respectfully requests an extension of time until May 30, 2006, to file a dispositive motion in this case.

Respectfully submitted,

UNITED STATES OF AMERICA

RODGER A. HEATON
UNITED STATES ATTORNEY


/s/ Gerard A. Brost
Gerard A. Brost
Assistant United States Attorney
211 Fulton, Suite 400
Peoria, Illinois 61602
Telephone: 309/671-7050

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 21, 2006, I electronically filed the foregoing Request for Extension of Time to File a Dispositive Motion with the Clerk of the Court using the CM/ECF system, and I hereby certify that a copy of the Request has been made on the petitioner by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

    Thomas Berchiolly
    Reg. No. 98369-024
    FPC Leavenworth
    P.O. Box 1000
    Leavenworth, KS 66048

                                                /s/ Stephanie Pennington
                                                  Paralegal Specialist