E-FILED
Thursday, 25 May, 2006  03:28:11 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| THOMAS BERCHIOLLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 04-1318 |
| ) | |
| EDDIE SOMOLIO[1], et al., ) | |
| ) | |
| Defendants. ) | |

**SECOND REQUEST FOR EXTENSION OF TIME
TO FILE A DISPOSITIVE MOTION**

Now come the defendants, by and through their attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Gerard A. Brost, Assistant United States Attorney, and for their Second Request for Extension of Time to File a Dispositive Motion, state as follows:

1. On April 21, 2006, the defendants filed a request for extension of time because, at the time, counsel for the defendants had three additional dispositive motions that were due to be filed at the end of April, and was preparing for a criminal trial scheduled to begin in May. (R.31)

2. Additionally, one of the attorneys for the Bureau of Prisons ("BOP") had been diagnosed with a serious illness, and counsel for the defendants was waiting on additional information and documentation from the BOP. Since the defendants' first request for extension of time, the BOP attorney passed away, leaving only two attorneys in the Consolidated Legal Center in St. Louis. This case was assigned to one of those attorneys.

3. The attorney for the BOP has been working to obtain a number of

---

[1] The correct spelling is Samalio.

declarations of witnesses whose testimony is vital to the defendants' dispositive motion. One of those witnesses, Harris Hansen, is also a defendant in this case. Although the attorney for the BOP and Mr. Hansen were working on the declaration, Mr. Hansen had a vacation scheduled out of the country and left prior to completion of the declaration. He is expected to return to work on or about June 7, 2006.

4. Because the testimony of Mr. Hansen is vital to the defendants' dispositive motion, a short extension of time is needed to gather the information and incorporate it into the motion.

5. This request for extension of time is not intended for purposes of delay, but to allow counsel for the defendants to receive and review additional information from the BOP, and prepare a dispositive motion in this case.

6. The plaintiff will not be prejudiced by this delay.

WHEREFORE, the defendants respectfully requests an extension of time until June 12, 2006, to file a dispositive motion in this case.

    Respectfully submitted,

    UNITED STATES OF AMERICA

    RODGER A. HEATON
    UNITED STATES ATTORNEY

    /s/ Gerard A. Brost
    Gerard A. Brost
    Assistant United States Attorney
    211 Fulton, Suite 400
    Peoria, Illinois 61602
    Telephone: 309/671-7050

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 25, 2006, I electronically filed the foregoing Request for Extension of Time to File a Dispositive Motion with the Clerk of the Court using the CM/ECF system, and I hereby certify that a copy of the Request has been made on the petitioner by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

    Thomas Berchiolly  
    Reg. No. 98369-024  
    FPC Leavenworth  
    P.O. Box 1000  
    Leavenworth, KS 66048

                                          /s/ Stephanie Pennington  
                                            Paralegal Specialist