IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| THOMAS BERCHIOLLY, | ) |
| Plaintiff, | ) |
| vs. | ) No. 04-1318 |
| EDDIE SOMOLIO[1], et al., | ) |
| Defendants. | ) |

## MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT

Now come the defendants, by and through their attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Gerard A. Brost, Assistant United States Attorney, and hereby move this Court to dismiss the complaint and/or grant summary judgment in favor of the defendants. In support of this Motion the defendants rely on their Memorandum in Support of Motion to Dismiss and/or for Summary Judgment which accompanies this motion and is incorporated herein.

WHEREFORE, defendants pray that this Court dismiss the complaint, or in the alternative, enter judgment against the plaintiff and in favor of the defendants. The defendants also request this Court to grant such further relief as

---

[1]The correct spelling is Samalio.

may be appropriate, including their costs.

                                              Respectfully submitted,

                                              RODGER A. HEATON
                                              UNITED STATES ATTORNEY

                                              /s/Gerard A. Brost
                                              Gerard A. Brost
                                              Assistant United States Attorney
                                              211 Fulton Street, Suite 400
                                              Peoria, Illinois   61602
                                              Telephone:  (309) 671-7050

## CERTIFICATE OF SERVICE

    I hereby certify that on June 12, 2006, I electronically filed the foregoing Motion to Dismiss and/or for Summary Judgment with the Clerk of the Court using the CM/ECF system, and I hereby certify that a copy of the Motion has been made on the plaintiff by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

    Thomas Berchiolly  
    Reg. No. 98369-024  
    FPC Leavenworth  
    P.O. Box 1000  
    Leavenworth, KS 66048

                                            /s/ Stephanie Pennington  
                                             Paralegal Specialist