**E-FILED**
Monday, 12 June, 2006  03:31:03 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA

THOMAS BERCHIOLLY,     )
                   )
     Plaintiff,     )
                   )
vs.                 )     No. 04-1318
                   )
EDDIE SOMOLIO[1], et al.,     )
                   )
     Defendants.     )

## APPENDIX OF DEFENDANTS

ROGER A. HEATON
UNITED STATES ATTORNEY

Gerard A. Brost
Assistant United States Attorney

Office of the United States Attorney
211 Fulton Street, Suite 400
Peoria, Illinois 61602
Telephone:  309/671-7050

---

[1]The correct spelling is Samalio.

## APPENDIX

**Description**                                                                                                                    **Page**

Judgment in a Criminal Case, N.D. Ill. Case No. 93-CR-20048,
     9-1-94, 4 pages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Public Information Inmate Data, 10-17-05, 4 pages . . . . . . . . . . . . . . . . . . . . . . . 5

Medical Records of Thomas Berchiolly from 10-25-02 to 10-29-04
     (including various Inmate Request to Staff Member dealing
     with medical issues), 75 pages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Administrative Remedy Generalized Retrieval, 10-18-05, 5 pages . . . . . . . . . . . 84

Requests for Administrative Remedies and Responses, various dates,
     37 pages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 89

Declaration of Captain William Gould, 5-18-06, 2 pages . . . . . . . . . . . . . . . . . . 126

Declaration of Ferdinand Samalio, 5-25-06, 4 pages . . . . . . . . . . . . . . . . . . . . . . 128

Declaration of Angel Ortiz, M.D., 5-25-06, 4 pages . . . . . . . . . . . . . . . . . . . . . . . 132

Declaration of Robert Jackson, 5-22-06, 2 pages . . . . . . . . . . . . . . . . . . . . . . . . . 136

Declaration of Otto Hansen, 6-8-06, 3 pages . . . . . . . . . . . . . . . . . . . . . . . . . . . . 138

98369-024
MAN

# United States District Court

## NORTHERN     District of    ILLINOIS

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| THOMAS ALLEN BERCHIOLLY | Case Number:   93 CR 20048-1 |
| (Name of Defendant) | Kevin Milner |
| | Defendant's Attorney |

### THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☒ was found guilty on count(s) One and Two _____ after a
plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC § 846 | Conspiracy to Distribute Cocaine | 12/31/90 | One |
| 21 USC § 846 | Possess With Intent to Distribute Cocaine | 01/29/90 | Two |

**DOCKETED**
SEP - 6 1994

A TRUE COPY-ATTEST
H. STUART CUNNINGHAM, CLERK

By _Sandra Lohnes_
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
9/6/94

The defendant is sentenced as provided in pages 2 through ___5___ of this judgment. The sentence is
imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
and is discharged as to such count(s).

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

☒ It is ordered that the defendant shall pay a special assessment of $ 100.00 , for count(s)
One and Two _____, which shall be due ☒ immediately ☐ as follows:

IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within
30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special
assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:   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

Defendant's Date of Birth:   11/03/50

Defendant's Mailing Address:

Metropolitan Correctional Center
71 West Van Buren Street
Chicago, IL  60605

Defendant's Residence Address:
Same

Tuesday, August 30, 1994
Date of Imposition of Sentence

_Philip G. Reinhard_
Signature of Judicial Officer

Philip G. Reinhard, Judge
Name & Title of Judicial Officer

_August 30, 1994_
Date

U.S. DISTRICT COURT
CLERK
94 SEP -1 PM 4: 36
FILED-WD

1

1.5

AO 245 S (Rev. 4/90) Sheet 2 - Imprisonment

Defendant:    THOMAS ALLEN BERCHIOLLY                    Judgment—Page __2__ of __5__
Case Number: 93 CR 20028-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of  One Hundred Eighty-Eight (188) Months on Counts One and Two to run concurrently .

☒ The court makes the following recommendations to the Bureau of Prisons:

The court recommends defendant be incarcerated at the Manchester, Kentucky institution to be with his friend and codefendant, Ignazio Milone, provided there are no safety/ danger problems as related to testifying coconspirators, Edward Mauerman and Donnie Lee Davis. Defendant should be enrolled in a comprehensive drug and alcohol abuse treatment program and should also have the opportunity to earn his G.E.D.

☒ The defendant is remanded to the custody of the United States marshal.
☐ The defendant shall surrender to the United States marshal for this district.
    ☐ at _____ a.m.
    ☐ at _____ p.m. on _____.
    ☐ as notified by the United States marshal.
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.
    ☐ before 2 p.m. on _____.
    ☐ as notified by the United States marshal.
    ☐ as notified by the probation office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on __10-5-94__ to __FCI  MANCHESTER__ at

__MANCHESTER__ , __KY__ , with a certified copy of this judgment.

ATL  BUS
_____
United States Marshal

By __LT.  Al  Graham__
_____
Deputy Marshal

2

Defendant:     THOMAS ALLEN BERCHIOLLY          Judgment—Page __3__ of __5__
Case Number:   93 CR 20048-1

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __Five (5)__

__Years__

   While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

☒ The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

☐ The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

☒ The defendant shall not possess a firearm or destructive device.

The defendant shall receive drug and alcohol after care treatment at the discretion of the Probation Officer.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime.  In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer within 72 hours of any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

3

AO 265 S (Rev. 4-90) Sheet 8 – Denial of Federal Benefits

Defendant:    THOMAS ALLEN BERCHIOLLY                      Judgment—Page 4 of 5
Case Number:  93 CR 20048-1

## DENIAL OF FEDERAL BENEFITS
### (For Offenses Committed On or After November 18, 1988)

**FOR DRUG TRAFFICKERS PURSUANT TO 21 U.S.C. § 853a(a)** 862

IT IS ORDERED that the defendant shall be:

[X] ineligible for all federal benefits for a period of __Five (5) Years__ ending __August 30, 1999__.

[ ] ineligible for the following federal benefits for a period of _____ ending _____:

(specify benefits)_____

_____

_____

**OR**

[ ] Having determined that this is the defendant's third or subsequent conviction for distribution of controlled substances, IT IS ORDERED that the defendant shall be permanently ineligible for all federal benefits.

**FOR DRUG POSSESSORS PURSUANT TO 21 U.S.C. § 853a(b)**

IT IS ORDERED that the defendant shall:

[ ] be ineligible for all federal benefits for a period of _____ ending _____.

[ ] be ineligible for the following federal benefits for a period of _____ ending _____.

(specify benefits)_____

_____

_____

[ ] successfully complete a drug testing and treatment program.

[ ] perform community service, as specified in the probation or supervised release portion of this judgment.

[ ] Having determined that this is the defendant's second or subsequent conviction for possession of a controlled substance, IT IS FURTHER ORDERED that the defendant shall complete any drug treatment program and community service specified in this judgment as a requirement for the reinstatement of eligibility for federal benefits.

**Pursuant to 21 U.S.C. § 853a(d), this denial of federal benefits does not include any retirement, welfare, Social Security, health, disability, veterans benefit, public housing, or other similar benefit, or any other benefit for which payments or services are required for eligibility.**

4

*THE CLERK OF COURT IS RESPONSIBLE FOR SENDING A COPY OF THIS PAGE AND THE FIRST PAGE OF THIS JUDGMENT TO: U.S. DEPARTMENT OF JUSTICE, OFFICE OF JUSTICE PROGRAMS, WASHINGTON, D.C. 20531.*

```
  CSTD6         *         PUBLIC INFORMATION        *      10-17-2005
 PAGE 001       *           INMATE DATA             *      15:52:33
                          AS OF 10-17-2005

REGNO..: 98369-024 NAME: BERCHIOLLY, THOMAS ALLEN

                  RESP OF: LVN / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 913-682-8700   FAX: 913-578-1010
                                        RACE/SEX...: WHITE / MALE
FBI NUMBER.: 763VA0                     DOB/AGE....: 11-03-1950 / 54
PROJ REL MT: GOOD CONDUCT TIME RELEASE  PAR ELIG DT: N/A
PROJ REL DT: 12-17-2007                 PAR HEAR DT:
------------------------------ ADMIT/RELEASE HISTORY ------------------------------
FCL   ASSIGNMENT DESCRIPTION             START DATE/TIME STOP  DATE/TIME
LVN   A-DES      DESIGNATED, AT ASSIGNED FACIL 09-28-2005 0653 CURRENT
6-D   RELEASE    RELEASED FROM IN-TRANSIT FACL 09-28-2005 0753 09-28-2005 0753
6-D   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-27-2005 2134 09-28-2005 0753
WAS   FURL TRANS FURL W/UNESCORTED TRF TO A CCC 09-27-2005 2034 09-27-2005 2034
WAS   A-DES      DESIGNATED, AT ASSIGNED FACIL 12-07-2004 1040 09-27-2005 2034
B07   RELEASE    RELEASED FROM IN-TRANSIT FACL 12-07-2004 1140 12-07-2004 1140
B07   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-07-2004 0640 12-07-2004 1140
OXF   HLD REMOVE HOLDOVER REMOVED             12-07-2004 0540 12-07-2004 0540
OXF   A-HLD      HOLDOVER, TEMPORARILY HOUSED 12-06-2004 1300 12-07-2004 0540
B07   RELEASE    RELEASED FROM IN-TRANSIT FACL 12-06-2004 1400 12-06-2004 1400
B07   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-06-2004 1109 12-06-2004 1400
CCC   HLD REMOVE HOLDOVER REMOVED             12-06-2004 1009 12-06-2004 1009
CCC   A-BOP HLD  HOLDOVER FOR INST TO INST TRF 11-10-2004 1514 12-06-2004 1009
5-N   RELEASE    RELEASED FROM IN-TRANSIT FACL 11-10-2004 1614 11-10-2004 1614
5-N   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-10-2004 0750 11-10-2004 1614
PEK   TRANSFER   TRANSFER                     11-10-2004 0650 11-10-2004 0650
PEK   A-DES      DESIGNATED, AT ASSIGNED FACIL 04-05-2004 0810 11-10-2004 0650
PEK   ESCORT TRP ESC TRIP OTHER THAN LOCAL HOSP 05-04-2004 0543 05-04-2004 0825
PEK   A-DES      DESIGNATED, AT ASSIGNED FACIL 12-01-2003 1132 05-04-2004 0543
PEK   LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 12-01-2003 0959 12-01-2003 1132
PEK   A-DES      DESIGNATED, AT ASSIGNED FACIL 11-18-2003 0947 12-01-2003 0959
PEK   LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 11-18-2003 0615 11-18-2003 0947
PEK   A-DES      DESIGNATED, AT ASSIGNED FACIL 03-28-2003 1236 11-18-2003 0615
PEK   LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 03-28-2003 0859 03-28-2003 1236
PEK   A-DES      DESIGNATED, AT ASSIGNED FACIL 03-12-2000 2315 03-28-2003 0859
PEK   LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 03-12-2000 2129 03-12-2000 2315
PEK   A-DES      DESIGNATED, AT ASSIGNED FACIL 08-24-1995 1507 03-12-2000 2129
A02   RELEASE    RELEASED FROM IN-TRANSIT FACL 08-24-1995 1607 08-24-1995 1607
A02   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-24-1995 0900 08-24-1995 1607
OKL   HLD REMOVE HOLDOVER REMOVED             08-24-1995 0800 08-24-1995 0800
OKL   A-HLD      HOLDOVER, TEMPORARILY HOUSED 08-17-1995 1400 08-24-1995 0800
A01   RELEASE    RELEASED FROM IN-TRANSIT FACL 08-17-1995 1500 08-17-1995 1500
A01   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-17-1995 0954 08-17-1995 1500
ATL   HLD REMOVE HOLDOVER REMOVED             08-17-1995 0954 08-17-1995 0954
ATL   A-HLD      HOLDOVER, TEMPORARILY HOUSED 08-10-1995 2022 08-17-1995 0954
B02   RELEASE    RELEASED FROM IN-TRANSIT FACL 08-10-1995 2022 08-10-1995 2022


G0002        MORE PAGES TO FOLLOW . . .
```

5

```
CSTD6          *        PUBLIC INFORMATION      *     10-17-2005
PAGE 002        *          INMATE DATA          *     15:52:33
                        AS OF 10-17-2005
```

REGNO..: 98369-024 NAME: BERCHIOLLY, THOMAS ALLEN

```
                RESP OF: LVN / DESIGNATED, AT ASSIGNED FACIL
                PHONE..: 913-682-8700    FAX: 913-578-1010
B02   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-10-1995 1040 08-10-1995 2022
MAN   TRANSFER   TRANSFER                       08-10-1995 1040 08-10-1995 1040
MAN   A-DES      DESIGNATED, AT ASSIGNED FACIL  12-18-1994 1446 08-10-1995 1040
MAN   LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  12-18-1994 1349 12-18-1994 1446
MAN   A-DES      DESIGNATED, AT ASSIGNED FACIL  10-05-1994 1300 12-18-1994 1349
B03   RELEASE    RELEASED FROM IN-TRANSIT FACL  10-05-1994 1300 10-05-1994 1300
B03   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-05-1994 0611 10-05-1994 1300
ATL   HLD REMOVE HOLDOVER REMOVED               10-05-1994 0611 10-05-1994 0611
ATL   A-HLD      HOLDOVER, TEMPORARILY HOUSED   10-03-1994 1321 10-05-1994 0611
A01   RELEASE    RELEASED FROM IN-TRANSIT FACL  10-03-1994 1321 10-03-1994 1321
A01   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-03-1994 0645 10-03-1994 1321
ERE   HLD REMOVE HOLDOVER REMOVED               10-03-1994 0545 10-03-1994 0545
ERE   A-HLD      HOLDOVER, TEMPORARILY HOUSED   09-27-1994 1735 10-03-1994 0545
A02   RELEASE    RELEASED FROM IN-TRANSIT FACL  09-27-1994 1835 09-27-1994 1835
A02   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 09-27-1994 1231 09-27-1994 1835
CCC   HLD REMOVE HOLDOVER REMOVED               09-27-1994 1131 09-27-1994 1131
CCC   A-HLD      HOLDOVER, TEMPORARILY HOUSED   09-07-1994 1512 09-27-1994 1131
CCC   PRE REMOVE PRE SENT DETAINEE REMOVED      08-09-1994 1157 09-07-1994 1512
CCC   A-PRE      PRE-SENTENCE ADMISSION         07-01-1994 1504 08-09-1994 1157
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

6

```
  CSTD6          *          PUBLIC INFORMATION         *      10-17-2005
 PAGE 003         *             INMATE DATA            *      15:52:33
                                AS OF 10-17-2005

REGNO..: 98369-024 NAME: BERCHIOLLY, THOMAS ALLEN

                  RESP OF: LVN / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 913-682-8700    FAX: 913-578-1010
PRE-RELEASE PREPARATION DATE: 06-17-2007

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  12-17-2007 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: ILLINOIS, NORTHERN DISTRICT
DOCKET NUMBER...................: 93 CR 20048-1
JUDGE...........................: REINHARD
DATE SENTENCED/PROBATION IMPOSED: 08-30-1994
DATE COMMITTED..................: 10-05-1994
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                   FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:  $100.00         $00.00         $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  391
OFF/CHG: 21:846; CONSP TO DISTRIBUTE COCAINE. 21:846; POSSESSION
         WITH INTENT TO DISTRIBUTE COCAINE.

 SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   188 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 CLASS OF OFFENSE...............: CLASS A FELONY
 DATE OF OFFENSE................: 01-29-1990




 G0002        MORE PAGES TO FOLLOW . . .
```

7

```
   CSTD6            *          PUBLIC INFORMATION        *      10-17-2005
PAGE 004 OF 004 *            INMATE DATA               *      15:52:33
                             AS OF 10-17-2005

REGNO..: 98369-024 NAME: BERCHIOLLY, THOMAS ALLEN

                 RESP OF: LVN / DESIGNATED, AT ASSIGNED FACIL
                 PHONE..: 913-682-8700    FAX: 913-578-1010
------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-18-2005 AT WAS AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 08-30-1994
TOTAL TERM IN EFFECT............:   188 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    15 YEARS      8 MONTHS
EARLIEST DATE OF OFFENSE........: 01-29-1990

JAIL CREDIT.....................:     FROM DATE    THRU DATE
                                      10-13-1992   10-13-1992
                                      10-28-1993   10-28-1993
                                      04-27-1994   08-29-1994

TOTAL PRIOR CREDIT TIME.........: 127
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 737
TOTAL GCT EARNED................: 594
STATUTORY RELEASE DATE PROJECTED: 12-17-2007
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 12-23-2009


PROJECTED SATISFACTION DATE.....: 12-17-2007
PROJECTED SATISFACTION METHOD...: GCT REL
```

```
S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

8

SF_600 (Face)

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | 600-108 |
|---|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 10-25-02 0700 | S. _[illegible]_ on t. _[illegible]_, _[illegible]_ |
| | O. not _[illegible]_ |
| | A. Allergic rhinitis, Hyperlipidemia |
| | C. Diphenhydramine 25_[illegible]_ TBs #21 2x daily |
| | lovastatin 40 _[illegible]_ hs x 30 days |
| | scheduled for chronic care f/u |

Chart Reviewed By _[illegible]_
Rx Filled By _____ Rph _____
Verbal _____ Written Counseling _____
Pt. Verbal Understanding _____

**Robert A. Jackson PA-C**
**Physician Assistant - Certified**

| 10-28-02 | admit notes labs drawn: chem | |
| | Dr. Aguas RTC _[illegible]_ |

| 11-6-02 1440 | S. lesion at edge of scalp |
| | O. slightly raised _[illegible]_ |
| | A. R/O basal cell ca |
| | P. scheduled for excisional biopsy |

**Robert A. Jackson PA-C**
**Physician Assistant - Certified**

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: | **FCI/FPC PEKIN** , 2600 S. 2nd St. , Pekin , Ill. 61554  309-346-8588 | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial)  _Berciolli Thomas_ | | SEX  M |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO.  98764-024 | DATE OF BIRTH  11-3-50 |

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

9

This form may be replicated via WP)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|---------------------------------------------------------------------------|
| 11-19-02<br>1050 | S - c/o (R) knee pain, 5 days ago - twisted on a step - heard a pop & felt knee give way using ice - pain increasing |

PAIN ASSESSMENT

0 1 2 3 4 5 6 7 (8) 9 10

O - (R) knee - sl swelling ∅ deformity
Antalgic gait (+) tibial plateau tenderness Flexion to
ABG 03 0AB    90° Strength 5/5 Dtr's 2+
Lochman neg, McMurray pos
A - (R) knee injury R/O meniscus
P -    X-ray (R) knee
Motrin 800mg ⚊ po tid × 5 days
RICE    Ace wraps

H. HANSEN PA-C

A. ORTIZ M.D.

| 11-19-02<br>1130 | Adm note: Refill chronic med |
|------|---------------------------------|
| | (1) Benadryl 25mg ⚊ po tid #21 refill ×2 |

H. HANSEN PA-C

A. ORTIZ, M.D.

| 11/19/02<br>1400 | Admin Note: Flu shot Consent Form Signed |
|------|---------------------------------------------|

G. MEYERS, R.N.

| 11/25/02<br>1250 | Adm note: Refill chronic meds |
|------|---------------------------------|
| | (1) lovastatin 40mg ⚊ po QHS #30 |
| | (2) Motrin 400mg ⚊ po tid × 5 days |

...OR... M.D.

H. HANSEN PA-C

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

12-5-02
1320

S - °/o cont (R) knee pain & swelling p̄ hyperextension
injury. Requesting knee sleeve - ace wrap not
effective. Ibuprofen not effective.

PAIN ASSESSMENT
0 1 2 3 4 5 6 7 (8) 9 10

O - A + O x3   N + D

(R) Knee - no swelling   med tibial plateau
tenderness  (+) McMurray

A - (R) knee injury   ? meniscus

P - ~~Naproxen~~
~~Naproxen~~ 275 mg  II po BID x 5 days
⟵ 12/5  Knee sleeve   39 ½ cm
RICE
Consider MRI

A. ORTIZ, MD    Hansen PA-C

RECORDS MAINTAINED AT:   FCI PEKIN

PATIENT'S IDENTIFICATION (Use this space for Mechanical print)

PATIENT'S NAME (Last, First, Middle initial)
Bevchiolly, Thomas
SEX

RELATIONSHIP TO SPONSOR    STATUS    RANK/GRADE

SPONSOR'S NAME    ORGANIZATION

DEPART./SERVICE    SSN/IDENTIFICATION NO.
98369-024
DATE OF BIRTH

11

SF_600 (Face)

NSN 7540-00-634-4176

600-108

| HEALTH RECORD | | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|---|

DATE _12-10-02_    SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

TIME _08 24_    Endo/Lipid CLINIC : chronic care visit , follow-up and evaluation

**S** Since your last evaluation have you experienced any of the following problems:

Chest Pain    Y / N

Shortness of breath    Y / N

Ankle swelling    Y / N

Is your activity level satisfactory    Y / N    _knee injury teeth go_

Do you smoke    Y / N

how much ___n/a___

Is your weight stable    _81_ N

What is your current diet: _self select_

What is your current exercise program: _walk_

**O**  Temp _94_  pulse _60_  resp _20_  B/P _124/24_  weight _201 1/2_

pertinent exam:

Cardiac: _regular rate w/o nm/o_

Lungs: _clear_

Abdomen: _s/t_

Extremities (pulses , rubor , Edema): _negative Braudis S/L/L coll/wel legmate_

Lab results: _McMurray's (+) Pain only medial meniscus no click or lock_

**A**  [X] Hyperlipidemia

[ ] Hypertriglycerdemia

[ ] PVD

[ ] ASHD

[ ] CAD

[ ] Other Dx.: _R/U torn Medial meniscus L knee, allergies_

| PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint) | RECORDS MAINTAINED ► AT: | FCI/FPC PEKIN , 2600 S. 2nd St. , Pekin , Ill. 61554 309-346-8588 | |
|---|---|---|---|
| | PATIENT'S NAME (Last , First, Middle Initial) _Berchiolli, TC_ | | SEX _M_ |
| | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| | SPONSOR'S NAME | | ORGANIZATION |
| | DEPART./SERVICE | SSN/IDENTIFICATION NO. _98369-024_ | DATE OF BIRTH _11-3-50_ |

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

112

(This form may be replicated via WP)

| DATE | | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|---|
| TIME | | Endo/Lipid CLINIC : chronic care visit , follow-up and evaluation |
| | P | 1) medications    1: _Lovastatin 40, ip po PKG x30d, 3-refills_ |
| | | 2: _Diphenhydramine 25, ip PTO #21 5 refills_ |
| | | 3: |
| | | 4: |
| | | 2) Labs, ordered per BOP guidelines: _lipid profile_ |
| | | 3) Special Instructions: _Probably does need Knee brace ī Patella-Support_ |
| | | 4) diet and exercise instructions given and understood |
| | | 4) disease process instructions given and understood |
| | | 5) medication instructions given and understood |
| | | 6) EKG (annual, as indicated) |
| | | 7) follow-up in clinic on ___6 mth___ |
| | | Verbal understanding returned by patient with above instructions and medications |

A. ORTIZ, M.D.

Robert A. Jackson PA-C
Physician Assistant - Certified

| 12-10-02 | _The S/S_ |
|---|---|
| 1130 A | _- Motrin 800 T PO TID X 15 days_ |
| | _- Knee brace issued_ |

A. ORTIZ, M.D.

Chart Reviewed By _____
Rx Filled By _____
Verbal ___ Written Counseling _____
Pt. Verifies Understanding _____

| 12-23-02 | _admit note: labs drawn: hepatic fx, lipid pan_ |
|---|---|
| 0600 | _DMeyers RT (R)_ |
| | _DMeyers RT (R)_ |

Scott Schumm, RN

| 1-6-03 | _Subj:_ |
|---|---|
| 1300 | _Rt knee pain slight swelling not_ |
| | _improving c brace and meds_ |
| | _Oj: Rt knee slight swelling, no T of load_ |
| | _fps limited I flexion, painful to palp_ |
| | _Rt knee joint._ |
| | _Ass: Tendonitis vs ligmt tearing_ |
| | _① Rt Knee MRI (Consult filed)_ |
| | _② Motrin 800 T PO TID PC X5d_ |
| | _③ Vicoding ī PO BID X5 day prn pain_ |

A. ORTIZ, M.D.

Chart Reviewed By _____
Rx Filled By _____
Verbal ___ Written Counseling _____
Pt. Verifies Understanding _____

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

| DATE | |
|---|---|
| 1/8/03 1330 | Adm Note; URC Approus for MRI (R) Knee Level 2 priority H _illegible_ |
| 1-15-03 1200 | Adm IC Refill on Meds Motrin 800 T P O D # X 10 days Reviewed By _illegible_ Rx Filled By _illegible_ Verbal Written Counseling PL Verifies Understanding _signature_ Argel Ortiz MD |
| 2/18/03 0930 | Adm IC Rt knee pain after injury in Dec 02 after slipping O/R is neg MRI pending Ⓢ no meniscus tear _illegible_ is a sting only ℗ Ⓐ - go ahead ℅ MRI Ⓟ Sterilshot Reynaud 80+ topical _illegible_ Motrin 600 ₃ ℗℗ OD x 10 days |

A. ORTIZ, M.D.

| PATIENT'S IDENTIFICATION (Use this space for mechanical imprint) | RECORDS MAINTAINED AT: | FCI/FPC PEKIN , 2600 S. 2nd St. , Pekin , Ill. 61554 309-346-8588 |
|---|---|---|
| Chart Reviewed By _illegible_ Rx Filled By _illegible_ Verbal ___ Written Counseling PL Verifies Understanding ___ | PATIENT'S NAME (Last, First, Middle Initial) Berchvolt, Thomas | SEX M |
| | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| | SPONSOR'S NAME | ORGANIZATION |
| | DEPART./SERVICE SSN/IDENTIFICATION NO. 96369-024 | DATE OF BIRTH 11/3/5? |

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

his form may be replicated via WP)

**14**

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

| DATE | |
|------|---|
| 3-4-03 | S— Here for Med refill c/o constipation |
| 1830 | O— A&O x 3    D4D |
| | A— s/p ® knee injury, rhinitis |
| | constipation |
| | P— Clorphen Hcrine Ī po TID   #30 |
| | Diphenhydramine Ī po TID   #21 |
| | Docusate 100mg ĪĪ po QHS  #10 |
| | ↑ fluids |

H. HANSEN PA-C

A. ORTIZ, M.D.

Chart Reviewed By _____
Rx Filled By _____
Verbal _____ Written Counseling _____
Pt. Verifies Understanding _____

SF_600 (Face)

NSN 7540-00-634-4176

600-108

| HEALTH RECORD | | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|---|
| DATE 3-20-09 | | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
| TIME 9811 | | Endo/Lipid CLINIC : chronic care visit , follow-up and evaluation |
| | S | Since your last evaluation have you experienced any of the following problems: |

Chest Pain      Y / N

Shortness of breath      Y / N

Ankle swelling      Y / N

Is your activity level satisfactory      Y / N *related to knee p*

Do you smoke      Y / N

    how much     n/a

Is your weight stable      Y / N *gaining*

What is your current diet: *self select*

What is your current exercise program: *walks*

O    Temp __97__ pulse __60__ resp __20__ B/P __106/70__ weight __206__

pertinent exam:

Cardiac: *regular rate no murmur*

Lungs: *clear*

Abdomen: *soft*

Extremities (pulses , rubor , Edema): *no edema*

Lab results: *LDL 140 ↑ from previous*

A    [X] Hyperlipidemia

    [ ] Hypertriglycerdemia

    [ ] PVD

    [ ] ASHD

    [ ] CAD

    [ ] Other Dx.: *seasonal allergies D/o sore wrist/arm*

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: | FCI/FPC PEKIN , 2600 S. 2nd St. , Pekin , Ill. 61554    309-346-8588 | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) *Reichold , Thomas* | | | SEX *M* |
| RELATIONSHIP TO SPONSOR | | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. *98269-026* | | DATE OF BIRTH *11-3-52* |

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

16

(This form may be replicated via WP)

| DATE 3-20-03 | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| TIME _____ | |
| P | Endo/Lipid CLINIC : chronic care visit , follow-up and evaluation |
| | 1) medications     1: Lovastatin 40 mg _____ po _____ x 90 days |
| | 2: Peripheral Neuron 75 _____ po PO #21 5 refills |
| | 3: Flexeril 400 _____ po PO x 15 days |
| | 4: |
| | 2) Labs, ordered per BOP guidelines: lipid ALT, PSA, CBC _____ |
| | 3) Special Instructions: |
| | 4) diet and exercise instructions given and understood |
| | 4) disease process instructions given and understood |
| | 5) medication instructions given and understood     Chart Reviewed By _____ |
| | Rx Filled By _____ Rph |
| | 6) EKG (annual, as indicated)     ____ Verbal ____ Written Counseling |
| | 7) follow-up in clinic on 3 mth     Rx Verifies Understanding _____ |
| | |
| | Verbal understanding returned by patient with above instructions and medications |
| | Robert A. Jackson PA-C |
| | Physician Assistant - Certified |

| 3-26-03 | S. for internal PE |
| 1/40 | O. see BFSL |
| | A. RT BPH |
| | S. add BP labs _____ |
| | _____ |
| | Robert A. Jackson PA- |

| 3-28-03 | Admin Note: returned for MRI. O knew |
| 1230 | no results c Patroc, returned to unit |
| | Robert A Jackson PAC |

| 4-14-03 | Admin note: labs drawn: lipid Panel, ALT, |
| 0930 | CBC, PSA     C Meyers RT(R) |
| | D. MEYERS, RT (R) |

STANDARD FORM 600 BACK (REV. 5-94)

17

| | |
|---|---|
| **HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE** |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 4/12/03 0830 | *Adm Note: vo per Dr Ortiz, May Rt 20° DJD. Raed frolt and Works* |
| | *① Motrin 800mg I PO TID #15* |
| | Ted Wall, RN |
| | Chart Reviewed By _____ |
| | Rx Filled By _____ |
| | Verbal ____ Written Counseling ____ |
| | Verifies Understanding _____ |
| | **A. ORTIZ M.D.** |
| 4/23/03 945 | *Subj: Rt knee pain* |
| | *Talked to pt @ his Rt knee ur Rt he has a complex tear of posterior horned apex of the medial meniscus. possibly the a for the Ruptured Baker's cyst and Bursitis will need arthoscopy revision* |
| | *① Refer to Dr Lane* |
| | *② Chou Tops NS x 30 h.* |
| | *③ Motrin 800 g PO TID x 15 days* |
| | *④ Black Tor stops reevaluated* |
| | **A. ORTIZ M.D.** |
| | Reviewed By _____ |
| | Rx Filled By _____ |
| | Verbal ____ |
| | Understanding ____ |

| PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)* | RECORDS MAINTAINED AT: ► | |
|---|---|---|
| | PATIENT'S NAME *(Last, First, Middle Initial)* Berdisldy, Thomas | SEX M |
| | RELATIONSHIP TO SPONSOR FG Pelm | STATUS | RANK/GRADE |
| | SPONSOR'S NAME | ORGANIZATION |
| | DEPART./SERVICE | SSN/IDENTIFICATION NO. 046369-024 | DATE OF BIRTH 11/3/50 |

| | |
|---|---|
| 5/19/03<br>1015 | Admin Note: Seen by contract optometrist – see consult dated 5/16/03. Eye glass prescription received. D. Lebran RN / Dimline |
| 5/27/03<br>1355 | Admin Note:<br>Pt continues c knee pain and swelling will be seen by Dr. Inm on Jun 2'03<br>① motrin 800 mg PO x 15 dys<br>② Ben PC 25 mg PO x 10 d x 2 refls<br><br>Chart Reviewed By ___ Rx Filled By ___ Pt. Verifies Understanding ___ Verbal ___ Written Counseling<br>A. ORTIZ M.D. |
| 5-29-03<br>1650 | Admin note: Seen by contract dietician. See consult Sect 2<br>K. HANSEN PAC |
| 6/2/03<br>1030 | Adm Note: Evaluated Per Dr Lane who advises<br>① Piroxicam 20mg ↑ P.O. qd x 5d<br>② Arthroscopy of ® knee<br><br>VERBAL UNDERSTANDING RETURNED BY PATIENT<br>WITH ABOVE INSTRUCTIONS AND MEDICATIONS.<br>V.O.S READ BACK AND VERIFIED<br>WITH PRESCRIBING PHYSICIAN.     T.WALL, RN<br><br>Chart Reviewed By ___ Rx Filled By ___ Pt. Verifies Understanding ___ Verbal ___ Written Counseling<br>A. ORTIZ M.D. |
| 6-2-03<br>1420 | Verbal order Dr. Ortiz D/C piroxicam patient to continue ibuprofen 800 from 5-27-03<br>Bill Gould RPh |

SF_600 (Face)

NSN 7540-00-634-4176

600-108

| HEALTH RECORD | | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|---|

| DATE | 6-8-01 | | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|---|---|
| TIME | 1254 | | Endo/Lipid CLINIC : chronic care visit , follow-up and evaluation |
| | | S | Since your last evaluation have you experienced any of the following problems: |
| | | | Chest Pain                                    Y / N |
| | | | Shortness of breath                           Y / N |
| | | | Ankle swelling                                Y / N |
| | | | Is your activity level satisfactory       Y / N  exercise @ 6-10-01 |
| | | | Do you smoke                                  Y / N |
| | | | how much _____ NA _____ |
| | | | Is your weight stable                         Y / N  1 lb  and |
| | | | What is your current diet: _____ salt salad _____ |
| | | | What is your current exercise program: _____ walk _____ |
| | | O | Temp 97   pulse 68   resp 18   B/P 100/66   weight 200 |
| | | | pertinent exam: |
| | | | Cardiac: reg rt  no O |
| | | | Lungs: |
| | | | Abdomen: sg/b |
| | | | Extremities (pulses , rubor , Edema):  no ed |
| | | | Lab results:  LDL 126 |
| | | A | [ x ] Hyperlipidemia |
| | | | [ ] Hypertriglycerdemia |
| | | | [ ] PVD |
| | | | [ ] ASHD |
| | | | [ ] CAD |
| | | | [ ] Other Dx.: _____ TOLBI _____ |

| PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint) | RECORDS MAINTAINED AT: | **FCI/FPC PEKIN** , 2600 S. 2nd St. , Pekin , Ill. 61554 309-346-8588 |
|---|---|---|
| | PATIENT'S NAME (Last, First, Middle Initial) *Bechiolk , Thomas* | SEX M |
| | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| | SPONSOR'S NAME | ORGANIZATION |
| | DEPART./SERVICE | SSN/IDENTIFICATION NO. 98369-024 | DATE OF BIRTH 11-3-50 |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

(This form may be replicated via WP)

20

SF 600 (back)

| DATE | 6-10-03 | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|---------|---|
| TIME | *illegible* | Endo/Lipid CLINIC : chronic care visit , follow-up and evaluation |
| | P | 1) medications    1: *Loradate* 40 *ip dul* # 90 *j* |
| | | 2: *Thyprole 800* *ip Tho* # 45 |
| | | 3: |
| | | 4: |

2) Labs, ordered per BOP guidelines:

3) Special Instructions:

Chart Reviewed By *illegible*

Rx Filled By _____
Verbal _____    Written Counseling _____ Rph
Pt. Verifies Understanding

4) diet and exercise instructions given and understood

4) disease process instructions given and understood

5) medication instructions given and understood

6) EKG (annual, as indicated)

7) follow-up in clinic on _____ *illegible*

Verbal understanding returned by patient with above instructions and medications

Robert A. Jackson PA-C
Physician Assistant - Certified

O. DALMASI, MD
Staff Physician

| 6/21/03 | *Adm D.* |
| 1435 | |

URC MEETS

APPROVE/*illegible* *Arthroscopic surgery*

LEVEL _____ PRIORITY _____

*PH Clinically*

A. ORTIZ, M.D.

| 7-8-03 | *Admin note: labs drawn: glycated hgb,* |
| 0900 | *cmp, lipid*  ◯ *Meyers RT(R)* |

Scott Schumm, RN    D. MEYERS, RT (R)

| 7-17-03 | S  *chronic knee pain, Allergic rhinitis, lesion* ◯ *tangle* |
| 1344 | O.  *slightly raised pencil nodule* ◯ *tangle* |
| | A.  *r/o Basal cell Ca    knee  Allergic Rhinitis* |
| | P.  *review c Dr. Ortiz for surgical excist* |
| | *Thyprole 800, ipo Tho # 45* |

A. ORTIZ, M.D.  *Diphenhydramine 25 g po Tho #30 #30*

Chart Reviewed By _____
Rx Filled By _____
Verbal _____
Pt. Verifies Understanding _____

Robert A. Jackson PA-C
Physician Assistant - Certified
RPN

STANDARD FORM 600 BACK (REV. 5-94)

## CHRONOLOGICAL RECORD OF MEDICAL CARE

| | |
|---|---|
| HEALTH RECORD | |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 7/18/03 1335 | Admin Note: Talked to pt rt knee pain is persistent, difficulty in walking. He says this started back in Nov-Dec 2002 while carrying boxes at work slipped and noticed a pop and then in persistent pain. MRI shows tear of medial meniscus in 2 places posterior horn and apex. Clinically he has Full ROM, no swelling noted but more sensitive or painful pts and effusion and a probable Bakers Cyst per my read. Will discuss case again in w/k for further management. Pt also complaints of skin rash w multiple lives |

A. ORTIZ, M.D.

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT:  FCI Petersburg

PATIENT'S NAME (Last, First, Middle Initial)  Bio, Gidli, Ismael

RELATIONSHIP TO SPONSOR     STATUS     SEX  M     RANK/GRADE

SPONSOR'S NAME     ORGANIZATION

DEPART./SERVICE  SSN/IDENTIFICATION NO. 98369-024     DATE OF BIRTH 11-3-50

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

7/21/03
1520

URC MEETS

APPROVES/DENIES/DEFERS _____

LEVEL 2  PRIORITY 2

A. OAL., M.D.

---

7/29/03
1145

Admin Note: Seen for c̄ rash c̄ hives. V.O. Dr. Dal.

① Benadryl 25mg ī po BID #20

Read back & verified. IM verbalizes his understanding.

Siebel

**D. DINTELMAN R.N.**

Chart Reviewed By _____
Rx Filled By _____ Rph
Verbal / Written Counseling
Pt. Verifies Understanding _____

O. DALMASI, M.D.
MEDICAL OFFICER

---

8/15/03
1420

Admin Nt.
Refill on Med.
Motrin 800 po Til x 5 days

Chart Reviewed By _____
Rx Filled By _____ Rph
Verbal / Written Counseling
Pt. Verifies Understanding _____

---

9-29-03
0930

copied 6-X-ray, 4-consultation, 10-200 notes
+ 32-Sections

Bill Gould RPh
Bill Gould

---

9-2-03
1330

Admin Note - no show for scheduled
sick call

Robert A. Jackson PA-C
Physician Assistant - Certified

---

## CHRONOLOGICAL RECORD OF MEDICAL CARE

| HEALTH RECORD | |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 9/2/03 1400 | *[illegible handwritten medical notes]* |

Chart Reviewed By _____

Rx Filled By _____  Rph
Verbal _____ Written Counseling
Pt Verifies Understanding _____

A. _____ M.D.

**PATIENT'S IDENTIFICATION** *(Use this space for Mechanical Imprint)*

RECORDS MAINTAINED AT: ▶

PATIENT'S NAME *(Last, First, Middle initial)* _____  SEX: M

RELATIONSHIP TO SPONSOR _____  STATUS _____  RANK/GRADE _____

SPONSOR'S NAME _____

ORGANIZATION _____

DEPART./SERVICE _____  SSN/IDENTIFICATION NO. 98 365-04  DATE OF BIRTH 11/3/10

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

NSN 7540-00-634-4176

600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE 9/9/03 | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| TIME 11:00 | MULTIPLE CHRONIC CARE CLINIC visit follow-up and evaluation ; |

DIABETIC , CARDIAC , ENDO/LIPID , HYPERTENSION ,INF DIS , NEURO ,PULMONARY , ORTH/RHEM , GASTRO , GENERAL

S  Have you experienced any of the following symptoms since your last evaluation:

1) symptoms of hypoglycemia (sweating , shaking , hunger)        Y / (N)

2) symptoms of hyperglycemia (thirst , nocturia , weight loss)    Y / (N)

3) infections                                                     Y / (N)

4) foot pain tingling , numbness , sores                          Y / (N)

5) eye problems or visual changes                                 Y / (N)

6) chest pain , SOB                                               Y / (N)

7) changes in blood pressure , high or low                        Y / (N)

8) dizziness on standing                                          Y / (N)

9) swelling in hands or feet                                      Y / (N)

10) pain in legs with walking or exercise                         Y / (N)

11) headaches                                                     Y / (N)

Do you smoke    Y /(N)        how much_____    quit when_____

Do you check your feet daily    Y (N)

Acute / Chronic Pain: 1 2 3 4 5 6 7 8 9 10    Quality: None

Location:                          Duration:

Current medications: Simvastatin 40mg

Are you compliant with your medications (Y) N

What is your current diet: self select

What is your current exercise program: Walking

O  Temperature 98.7  Pulse 81  Respirations 20  Blood pressure 129/74  weight 195

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: ► FCI/FPC PEKIN , 2600 S. 2nd St. , Pekin , Ill. 61554
309-346-8588

PATIENT'S NAME (Last, First, Middle Initial)
BERCHIOLLY , THOMAS    SEX M

RELATIONSHIP TO SPONSOR    STATUS    RANK/GRADE

SPONSOR'S NAME    ORGANIZATION

DEPART./SERVICE    SSN/IDENTIFICATION NO. 98369-024    DATE OF BIRTH 11/3/50

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

(This form may be replicated via WP)

25