E-FILED
Monday, 12 June, 2006 03:31:39 PM
Clerk, U.S. District Court, ILCD

SF_600 (Back)

DATE 9/9/03

TIME 11:00

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

MULTIPLE CHRONIC CARE CLINIC : chronic care visit and evaluation

O

Heart = [illegible]
Lungs = clear to auscultation
Head = [illegible]
Abd = soft, no masses, [illegible]
Extrem = no edema, pulses [illegible]. full [illegible]
[illegible]
Neuro = No neurological finding

A

Hx of hyperlipidemia
Lipid WNL.

P

1) Labs: CBC________ BOP Panel________ other lipid profile on 1/10/04
2) X-ray:________
3) dietary instructions given and understood ↓ Na, ↓ fat food
4) smoking instructions given and understood Avoid smoking
5) exercise instructions given and understood as tolerate
6) other instructions given and understood
7) disease process instructions given and understood
8) Medications: 1: D/C Lovastatin
2:
3:
4:
9) follow-up in clinic on [illegible]

Verbal understanding returned by patient with above instructions and medications.

Last LDL 7/8/03 = 119. I/m does not have any risk factor for CHD. No smoking, no [illegible]. He needs LDL > 160 and 2 or more risk factor in order to be treated [illegible].
CC [illegible]

[Signature] O. DALMASI, M.D. MEDICAL [illegible]

Chart [illegible]

Pt. verifies understanding

STANDARD FORM 600 BACK (REV. 5-94)

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 9/10/03 845 | Admin Note. Reevaluated pt restrictions and are as follows: |
| | (1) Work restrictions |
| | no prolonged standing |
| | no prolonged walking |
| | no weight lifts over 30 lbs. |
| | no squatting |
| | (2) Recreation restriction applied |
| | A. [illegible] M.D. |
| 9/11/03 1335 | URC MEETS Surg consult |
| | APPROVES/DENIES/DEFERS |
| | LEVEL 2 PRIORITY 1 |
| | A. [illegible] M.D. |
| 9/22/03 1525 | Admin Note: |
| | Talked to him about his other lesion at [illegible] area which will be biopsied during surg consult on 9/30/03. Also counseled on LDL and knee problem. A. [illegible] M.D. |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: | FCI Pekin | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle initial) | Deichsel Thomas | | SEX M |
| RELATIONSHIP TO SPONSOR | | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 98369-024 | | DATE OF BIRTH 11/3/50 |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 9/23/03 1515 | Admin note: I/M needs medical report for L knee pain. plan: Ibu 800mg po TID x2 week. Chart Reviewed By / Pt. Verifies Understanding — [signature] O. DALMASI, M.D. MEDICAL OFFICER |
| 9-30-03 1330 | Admin note: Seen by Dr. Reid who recommends excision of (R) temple nodule. S. S / Scott Shimmons — [signature] O. DALMASI, M.D. MEDICAL OFFICER |
| 10-7-03 1100 | Admin. note: Inmate reviewed chart today. Released 12 copies to inmate. D. Connett, MRT D. CONNETT, M.R.T. |
| 10-16-03 1230 | admin note: labs drawn: CBC — D Meyers RT(R) — Dinkelmann RN / Dinkel — DMeyers RT(R) |

NSN 7540-00-634-4176

600-108

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 10-21-03 | S- c/o woke up @ 3am c room spinning |
| 0848 | (+) chills, dry mouth. (+) BM x 2 |
| | O- 96.8 48 12 134/82 |
| | A+O x 3 NAD Gait unsteady |
| | (L) TM bulging ø redness, nasal |
| | mucosa swollen throat wl ø LAD |
| | Lungs clear, Heart S1 S2 RRR ø m |
| | EKG- sinus brady cardia |
| | A- Labyrinthitis, chronic (R) knee pain |
| | P- ↑ fluids |
| | Actifed i po TID #15 |
| | Motrin 800mg i po TID x 14d - following Dr Dalmasio |
| | Antivert 25mg i po TID x 5d |
| | RTC 10/24 |
| | H Hansen PA-C |
| | H. HANSEN PA-C |
| | Chart Reviewed By ____ Rx Filled By ____ Rph ____ Verbal ____ Written Counseling ____ Pt. Verifies Understanding ____ |
| | [signature] |
| 10/22/03 | [illegible] |
| 930 | [illegible] |
| | [illegible] |
| | [illegible] |
| | [illegible] |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT:

PATIENT'S NAME (Last, First, Middle initial): Berchiolly, Thomas

SEX: M

RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE

SPONSOR'S NAME | ORGANIZATION

DEPART./SERVICE | SSN/IDENTIFICATION NO.: 98369-024 | DATE OF BIRTH: 1-3-56

29

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84) Prescribed by GSA and ICMR FIRMR (41 CFR) 201-45.505

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)*

(2) Tylenol 325 ii po BID x 5 days
(3) Antifungal cream apply BID as ordered.
(4) Stop Motrin

A. [signature]

Chart Reviewed By [signature]
____ Rx Filled By [signature] Rph
____ Verbal ____ Written Counseling
Pt. Verifies Understanding ________

1-10-03 0945 admin note: labs drawn: lipid D Meyers RT(R) A. Wade RN / A. WADE R.N. D. MEYERS, RT (R)

[illegible]

NSN 7540-00-634-4176

600-108

HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

DATE 11/18/03 | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

TIME 1000

**OUTSIDE MEDICAL TRIP RETURN ASSESSMENT**

S) LIST ANY I/M COMPLAINTS: None. Path report pending

O) PREFORM PHYSICAL ASSESSMENT RELEVANT TO THE PURPOSE OF THE TRIP:

(R) temple surgical incision c sutures in place ⊖ drainage ... over wound

A) LIST ALL MEDICAL/SURGICAL PROCEDURES PREFORMED: Excision & biopsy (R) temple nodule

P) LIST ALL OUTSIDE PHYSICIAN ORDERS/FOLLOW-UPS REQUIRED. PROVIDE AND DOCUMENT PATIENT EDUCATION ON THESE ORDERS: 1) return this form and all discharge materials to the clinical director.

1. Rest today; resume usual activities tomorrow
2. Resume usual diet
3. Keep dressing clean & dry: Change dressing daily; Sutures out 8-10 d
4. May shower beginning tomorrow
5. Tylenol 325 mg ii po TID prn x 3 days

V.O. Dr. Dalmasi

Read back & verified. I/M verbalizes his understanding

Dr. ... / ...

Chart Reviewed By ___

___ Rx Filled By ___ Rph

___ Verbal ___ Written Counseling

Pt. Verifies Understanding ___

O. DALMASI, M.D.
MEDICAL OFFICER

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: FCI/FPC PEKIN, 2600 S. 2nd St., Pekin, Ill. 61554 309-346-8588

| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
|---|---|---|
| BERCHIOLLY, THOMAS | | M |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 98369-024 | DATE OF BIRTH 11/3/50 |

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

(This form may be replicated via WP)

SF 600 (Back)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 11-18-03 1400 | S- c/o vertigo - room spinning nausea Ø vomiting 1st episode lasted ~ 1½° subsequent episodes ↓ in length & severity (Onset while sleeping) Request med refill |
| | O- 97.6 54 127/81 A&O NAD TMs clear Ø bulging |
| | A- BPV chronic (R) knee pain |
| | P- Actifed i po TID #15 Motrin 800mg i po TID x 1 Mo following Dr. Dalmasi Antivert 25mg i po TID x 5d RTC prn |
| | H. Hansen PA-C H. HANSEN PA-C |
| | Chart Reviewed By ___ Rx Filled By ___ Rph Verbal ___ Written Counseling Pt. Verifies Understanding ___ |
| | O. DALMASI, M.D. MEDICAL OFFICER |
| 11/25/03 1415 | Admin note: I talked to Dr Reid few minutes ago regarding pathology report on I/M Bardwell Clinical status " Invasive squamous cell Carcinoma, the lines of excision are negative for carcinoma". Dr Reid says no f/u is necessary at this time. He will be watched and monitor here. LDL =194. will be f/u c P.A |
| | O. DALMASI, M.D. MEDICAL OFFICER |
| 11-26-03 1300 | Adm note: #6 sutures removed s problems Wound well healed. (+) counseling re squamous cell CA (error 11/26) (1) Tylenol 325mg ii po TID x 5d |
| | H. Hansen PA-C H. HANSEN PA-C |
| | Chart Reviewed By ___ Rx Filled By ___ Rph Verbal ___ Written Counseling Pt. Verifies Understanding ___ |

STANDARD FORM 600 BACK (REV. 5-94)

NSN 7540-00-634-4176 600-108

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 12-1-03 1130 | Admin. Note: Released 2 copies to Inmate. S. Oesterle, MR S. Oesterle, MR |
| 12/1/03 18:05 | S: I/M sitting in waiting Room, States "could I get some tylenol, The area that they Removed the cancer on my face is starting to open up, and is painfull. onset yesterday. Sutures Removed on 11/26/03 wound well healed at time. |
| | O: I/M A/ox3, skin PW/D, resp easy, lungs clear, NAD. incision area (R) temple area, 3 small ulcerations c̄ Ø drainage noted, (+) Redness, warm to the touch. VS BP 131/82, P62, T97.8. Rates pain 5/10 on 0-10 scale. Reports some itching in Area. |
| | A) Alteration in Skin integrity. |
| | P) VO per Dr Dalmasi |
| | 1) Keflex 500mg 1 PO QID X 10days |
| | 2) Tylenol given which was prescribed on 11/26/03 |
| | 3) Antibiotic oint AAA BID-TID. |
| | 4) watch for signs of infection, Redness, pain drainage, Fever Local or systemic. |
| | 5) Re VO if marked improvement in 2days or worsening symptoms. |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: FCF Pekin

PATIENT'S NAME (Last, First, Middle Initial): Berchiolly, Thomas
SEX: M
RELATIONSHIP TO SPONSOR:
STATUS:
RANK/GRADE:
SPONSOR'S NAME:
ORGANIZATION:
DEPART./SERVICE:
SSN/IDENTIFICATION NO.: 98369-024
DATE OF BIRTH: 11-3-50

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)*

12/1/03 1805 (cont). 6) VO explained understanding Rationale by I/M who verbalized understanding. [illegible] 12/01/03
Gary Mayers PA / G Mayers
[illegible signature]

O. DALMASI, M.D. MEDICAL OFFICER

Chart Reviewed By
Rx Filled By Rph
Verbal Written Counseling
Pt. Verifies Understanding

12/2/03 1100 Derm note. Thx here for f/u after being evaluated yesterday. R temporal area shows mild redness around, no discharge, healing good, one stitch removed. He was informed to keep taking antibiotics prescribed yesterday. He was also informed the pathology report from R temporal area specimen.
His CDL ↑ to 194. He will be placed on CCC. He only has one risk factor for CAD (Age > 50).
Plan: Simvastatin 20mg po daily x 90 days.
Start on CCC in 90 days.
[illegible signature]

Chart Reviewed By
Rx Filled By Rph
Verbal Written Counseling
Pt. Verifies Understanding

O. DALMASI, M.D. MEDICAL OFFICER

NSN 7540-00-634-4176 600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
| 12-12-03 1010 | Adm note: med refill Motrin 800mg i po [illegible] tid – following Dr Dalmasi. H. Hansen PAC. Chart Reviewed By ___ Rx Filled By ___ Rph ___ Verbal ___ Written Counseling ___ Pt. Verifies Understanding |
| 12/15/03 0145 | Admin note: [illegible] complaints of dizziness and spinning sensation during last two weeks. [illegible] stood up and closed his eyes, he lost the balance. He was informed that could be vertigo. He also complains of [illegible] knee pain and request medic. for. plan = Meclizine 25 mg po TID x 7 days. Tylenol 325 mg ii tabs po TID x 2 weeks. O. Dalmasi, M.D. Chart Reviewed By ___ Rx Filled By ___ Rph ___ Verbal ___ Written Counseling ___ Pt. Verifies Understanding |
| 1-5-04 0800 | admin note: labs drawn: lipid. D. Meyers RT(R). D. MEYERS, RT (R) |

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

RECORDS MAINTAINED AT:

| PATIENT'S NAME (Last, First, Middle initial) | | SEX |
|---|---|---|
| Burchwell, Thomas | | M |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 98369-024 | DATE OF BIRTH 11-3-60 |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

35

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 1/9/04 1030 | Admin note. I/M was told about outside dermatologist report (verbal report). Who says that I/M most likely does not need surgical treatment. Continue current management. O. [illegible] MEDICAL [illegible] |
| 1-12-04 1328 | S- c/o lesion to (R) temple. I/M states similar to previous lesion dx squamous cell CA. States ↑ 3x in size in past 3 months. Tender occ bleeding when washed. c/o rash to thorax, cleared while on Keflex. Requests motrin for (R) knee pain c/o binding |
| | O- 3x5mm sl raised flesh colored lesion to (R) lat maxillary region, irregular smooth borders. Red plaques c occ pustules to shoulders & chest |
| | A- R/O squamous cell CA ? folliculitis chronic (R) knee pain |
| | P- Consult: Dr Reed - excise lesion bx. TCN 250mg i po BID #60. Motrin 400mg i po TID x 5d. RTC prn |
| | Chart Reviewed By ___ Rx Filled By ___ Rph ___ Verbal ___ Written Counseling ___ Pt. Verifies Understanding ___ [signature] [illegible] HANSEN PA-C |

NSN 7540-00-634-4176 600-108

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 1/27/04 0730 | S: I/M here to S/C c̄ C/o (R) knee pain Chronic, but now ↑ hurts all the time, pain 8/10, sharp, ↑ c̄ walking up steps, Also pain starting to radiate down front of leg, & foot becomes numb at times. |
| | O: I/M A/OX3, skin W/D, Resp easy lungs clear, (R) knee ⊕ ↓ ROM c̄ pain on medial side behind Patella, ⊕ Crepitus c̄ ROM, slight swelling, Ø Redness or Fever. NS. BP 135/80, P56, T98.4 |
| | A) Alteration in (L) knee joint ROM & pain. |
| | P) Vo per Dr Dalmas: |
| | 1) Motrin 800mg 1 PO TID #42 ~~2 refills~~ error Gm 1/27/04 |
| | 2) Avoid Running. |
| | 3) F/u as needed in S/C. |
| | 4) Vo explained understanding Returned by I/M. |
| | Gary Morgan [signature] |
| | Chart Reviewed By [initials] ____ Rph; Rx Filled By ____; Verbal ____ Written Counseling; Pt. Verifies Understanding ____ |
| 2-9-04 1030 | Admin Note — RELEASED COPIES OF B Ortho Consult HEALTH RECORD ... I/M ... SECTION VI / MISCELLANEOUS |
| | S. Kemper MRT, HCS |
| | S. KEMPER, MRT, HCS |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: | FCI Pekin | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle initial) | Bechtolle, Thomas | | SEX: M |
| RELATIONSHIP TO SPONSOR | | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 98369-024 | | DATE OF BIRTH 11/3/50 |

**CHRONOLOGICAL RECORD OF MEDICAL CARE** STANDARD FORM 600 (REV. 5-84) Prescribed by GSA and ICMR FIRMR (41 CFR) 201-45.505

1:04-cv-01318-HAB-JAG # 36-3 Page 13 of 26

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 2-20-04 | S- c/o rash to back ø improvement c Tea |
| USS | c/o Athlete's feet Request refill motrin |
| | O- 97.6 70 12 142/82 |
| | ⊕ red papules & pustules to back |
| | AF noted as above |
| | A- Folliculitis, AF, arthritis |
| | P- Keflex 500mg i po QID x10d |
| | Anti fungal cream 447 BID #1 RF1 |
| | Motrin 400mg i po TID x 5d |
| | H. Hansen PA-C |
| | H. HANSEN PA-C |
| | Chart Reviewed By ____ |
| | ____ Rx Filled By ____ Rph |
| | ____ Verbal ____ Written Counseling |
| | Pt. Verifies Understanding ____ |

*U.S. Government Printing Office: 1996 - 404-783/40023

STANDARD FORM 600 BACK (REV. 5-84)



SF 600 (Face)

NSN 7540-00-634-4176 600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|
| DATE 3-1-04 | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) | |
| TIME 0930 | Endo/Lipid CLINIC ; initial visit : chronic care visit , follow-up and evaluation | |
| S | do you have or have you had any of the following: | |
| | known heart disease | Y / (N) |
| | known Hyperlipdemia | (Y) / N |
| | a family history of heart disease | (Y) / N father |
| | diabetes | (Y) / N grandmother |
| | stroke | Y / (N) |
| | vascular problems | Y / (N) |
| | prior heart attack | Y / (N) |
| | elevated blood pressure | Y / (N) |
| | heart surgery | Y / (N) |
| | cardiac cath. | Y / (N) |
| | angina | Y / (N) |
| | at rest | Y / (N) |
| | with activity | Y / (N) |
| | shortness of breath | Y / (N) |
| | at rest | Y / (N) |
| | with activity | Y / (N) |
| | do you smoke | Y / (N) |
| | how much ________ | |
| | do you exercise regularly | (Y) N 3-4 times/week |
| | Any chronic medical problems: He says hyperlipidemia runs in his family | Y N |
| | LIST: | |
| | past surgeries: L knee 1989, s/p repair R knee [illegible] | |
| | Allergies: none | |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

| RECORDS MAINTAINED AT: | FCI/FPC PEKIN , 2600 S. 2nd St. , Pekin , Ill. 61554 309-346-8588 | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) Berchiolly Thomas | | SEX M |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 98369-024 | DATE OF BIRTH 11-3-50 |

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

(This form may be replicated via WP)

SF 600 (Back)

| DATE 3/1/04 | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| TIME 0930 | Endo/Lipid CLINIC , initial visit : chronic care visit , follow-up and evaluation |
| | Pneumococcal vaccination? Y/N When?______ |
| | Influenza vaccination? Y/N When?______ |
| O | Temp 97.5 pulse 57 resp 18 B/P 111/69 weight 196 |
| | pertinent exam: skin – three small red spots seen on R temple, one R eyebrow, nose bone |
| | Cardiac: RSR S gallop |
| | Neck (cartoids , thyroid) wnl. |
| | Lungs: clear to auscultation |
| | Abdomen: S/D no mass |
| | Extremities (pulses , rubor , Edema): wnl. |
| | Lab results: 1/5/04 Chol 245 LDL=NT |
| A | [ ] Hyperlipdemia (circled) |
| | [ ] Hypertriglycerdemia |
| | [ ] PVD |
| | [ ] ASHD |
| | [ ] CAD |
| | [ ] Other Dx.: S/P squamous cell Ca R temple |
| P | 1) medications 1: Lovastatin 20mg po daily X90 days |
| | 2: |
| | 3: |
| | 4: |
| | 2) Labs: ordered per BOP guidelines: |
| | 3) Special Instructions: ↓ fat food |
| | 4) diet consult initiated done on 5/29/03 |
| | 4) disease process instructions given and understood |
| | 5) medication instructions given and understood yes. |
| | 6) Base line EKG and CXR |
| | 7) follow-up in clinic on 6/1/04 |
| | Verbal understanding returned by patient with above instructions and medications |
| | Consult to see General Surgeon done today for evaluation of new lesion on forehead [signature] |
| | O. DALMASI, M.D. MEDICAL OFFICER |
| | Chart Reviewed By [initials] |
| | Rx Filled By |
| | Verbal |
| | Pt. Verifies Understanding |

STANDARD FORM 600 BACK (REV. 5-94)

LTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 2/04 0845 | Admin note: Ibuprofen meds needed for his knee pain. Ibuprofen 400 mg po TID x10 days |
| | [signature] Dalmasi, M.D. |
| | Chart Reviewed By [initials] Rx Filled By [initials] Rph |
| | Verbal ✓ Written Counseling |
| | Pt. Verifies Understanding |
| 04 00 | Admin Note: Evaluated by Surgeon Recommends ① Excision R temple lesion ② Efudex Cream Apply to nose lesion TID x 2 weeks F/U ~ 6wks after cream completed. See Consult this date VO Dr Dalmasi [signature] PA Wumpler |
| | [signature] Dalmasi, M.D. |
| | Chart Reviewed By [initials] Rx Filled By [initials] Rph |
| | Verbal ✓ Written Counseling |
| | Pt. Verifies Understanding |
| 04 | Admin note: 1 copy of Dr. Reed consult made. I/m placed on call out to receive copy. [signature] D. Connett, MRT |
| | D. CONNETT, M.R.T. |

'S IDENTIFICATION (Use this space for Mechanical

RECORDS MAINTAINED AT: FCI / FPC PEKIN

PATIENT'S NAME (Last, First, Middle initial)

SEX

RELATIONSHIP TO SPONSOR: Venkially Thomas

STATUS

RANK/GRADE

SPONSOR'S NAME

ORGANIZATION

DEPART./SERVICE

SSN/IDENTIFICATION NO. 98369-024

DATE OF BIRTH 1-3-50

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

3/12/04

URC MEETS

APPROVED/DENIED/DEFERS — Excision of R temple lesion

LEVEL 2 PRIORITY 2

O. DALMASI, M.D.
MEDICAL OFFICER

3-12-04
1500

Addendum to note of 3-4-04 1000. Seen by contract Surgeon. Side effects of use Efudex Cream explained to I/M by Surgeon. Area will become very red "similar to a bad sunburn" I/M verbally stated understanding of use and side effects of cream / [illegible] Jumper

3/16/04
0800
98.1, 55, 18
117/73

S- "I need a reeval post Skin Ca treatment" "I need something for pain in my shoulder"

O- See VS. Pt Ambt in no acute distress. Full Rom/strength x4 extremities. No other needs

A- Alt in comfort

P- (1) Motrin 400mg po tid x5days, 2 RF
(2) Appt 3/22/04 1030

Dr Dalmasi / Amy Wade RN

O. DALMASI, M.D.
MEDICAL OFFICER

Chart Reviewed By BP
Rx Filled By ____ Rph
____ Verbal ____ Written Counseling
Pt. Verifies Understanding ____

*U.S. Government Printing Office: 1998 - 404-783/40023

STANDARD FORM 600 BACK (REV. 5-84)

NSN 7540-00-634-4176 600-108

**HEALTH RECORD** **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 3-22-2004 | S- F/U 5-FU crm Rx c/o rash to back |
| 1125 | O- (+) crusting lesion to bridge of nose |
| | c sup to (R) eyebrow |
| | Red macules c scattered pustules to |
| | upper back |
| | A- Actinic keratoses folliculitis |
| | P- Cont 5-FU crm x 14 d |
| | F/U 7 days |
| | TCN 250mg i po BID x 30d |
| | H. Hansen PA |
| | H. HANSEN PA-C |
| | Chart Reviewed By ___ Rx Filled By ___ Rph ___ Verbal ___ Written Counseling ___ Pt. Verifies Understanding ___ |
| 3/29/04 1445 | Admin note. This was seen today due to |
| | nose lesion, still crusting lesion to bridge of |
| | nose, mild redness around. |
| | plan = D/C 5-FU cream |
| | F/U with General Surgeon on next visit |
| | Dalmasi |
| | O. DALMASI, M.D. MEDICAL OFFICER |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT:

| PATIENT'S NAME (Last, First, Middle initial) | | SEX |
|---|---|---|
| Berchielly, Thomas | | M |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 98369-024 | DATE OF BIRTH 11-3-50 |

43

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 4-2-04 1155 | Adm note: Counseling re: f/u for offender rx. Scheduled to see general surgeon next visit. Consult written. [signature] H. HANSEN PA-C |
| 4-19-04 0815 | admin note: labs drawn: BMP, CBC [signature] DMeyersRT(R) DMeyersRT(R) |
| 4/27/04 0800 | Admin note: med refill (1) Ibuprofen 800 g po bid x 5 days prn (2) Dr Dalmasi's nurse Ms Jump RN notified of Pt request for "steroid shot" to (R) knee. Dr Dalmasi [signature] A. WADE R.N. [signature] O. DALMASI, M.D. MEDICAL OFFICER |
| | Chart Reviewed By ____ Rx Filled By ____ Rph ____ Verbal ____ Written Counseling Pt. Verifies Understanding ____ |
| 4-28-04 1101 | S c/o chronic bilateral knee pain Level 7/10 O: Here to see MD BP 117/64 P55 R18 [illegible] requesting a steroid shot to improve his knee strength. He was seen by orthopedist few months ago and he did not recommend surgery. Exam: [illegible] mild tender to palpation of internal lateral side. He can bend his knee and walk without difficulty. plan = steroid shot denied [illegible] [illegible] Topamax 25 mg po daily x 2 weeks [signature] |
| | Chart Reviewed By ____ Rx Filled By ____ Rph ____ Verbal ____ Written Counseling Pt. Verifies Understanding ____ |

*U.S. Government Printing Office: 1996 - 404-783/40023

STANDARD FORM 600 BACK (REV. 5-84)

O. DALMASI, M.D. MEDICAL OFFICER

NSN 7540-00-634-4176 600-108

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 5-7-04 1130 | Adm Note: Received report from Inmate Request refill of Motrin. "New medicine didn't work" MD notified L Jump RN L Jump RN |
| | Chart reviewed. [illegible] did not tolerate Topamax, [illegible] requesting go back to motrin. Due to side effects on [illegible], he will be allow to take 10 days supply for 30 days only. PRN. |
| | plan: IBU 800 mg po TID x 10 days only [signature] |
| | Chart Reviewed By [initials] ___ Rx Filled By ___ Rph ___ Verbal ___ Written Counseling Pt. Verifies Understanding ___ |
| | [stamp: ... M.D. ... OFFICER] |
| 5/28/04 0920 | Admin note. W-201. BP=132/77 P=43 T=97. I/M complaints of scalp itching and upper back skin itching. |
| | Skin = few small papules, some with [illegible] on scalp on upper back. No open wound, mild redness. |
| | Ass: folliculitis |
| | plan: Keflex 500 mg po q6h x 7 days |
| | IBU 800 mg TID x 10 days only. Good for [illegible] months of [illegible] [signature] |

Chart Reviewed By [initials] ___ Rx Filled By ___ Rph ___ Verbal ___ Written Counseling Pt. Verifies Understanding ___

[stamp: ... M.D.]

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: FCI Pekin

PATIENT'S NAME (Last, First, Middle initial): Berchiolly Thomas

SEX: M

RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE

SPONSOR'S NAME | ORGANIZATION

DEPART./SERVICE | SSN/IDENTIFICATION NO.: 98369-024 | DATE OF BIRTH: 11-3-50

**CHRONOLOGICAL RECORD OF MEDICAL CARE** **STANDARD FORM 600 (REV. 5-84)** Prescribed by GSA and ICMR FIRMR (41 CFR) 201-45.505

1:04-cv-01318-HAB-JAG # 36-3 Page 21 of 26

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
| --- | --- |
| 6/10/04 1340 | Adm note: med refill<br>① Lovastatin 20mg ↑ po Daily #30<br>H. Hansen PAC |
| | Chart Reviewed By ________ H. Hansen PAC<br>________ Rx Filled By ________ Rph<br>________ Verbal ________ Written Counseling<br>Pt. Verifies Understanding ________ |

SF 600 (Face)

NSN 7540-00-634-4176 600-108

HEALTH RECORD — CHRONOLOGICAL RECORD OF MEDICAL CARE

DATE 6-23-04 — SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

TIME 1355 — MULTIPLE CHRONIC CARE CLINIC visit follow-up and evaluation :

DIABETIC , CARDIAC , ENDO/LIPID , HYPERTENSION , INF DIS , NEURO , PULMONARY , ORTH/RHEM , GASTRO , GENERAL , MNTL HLTH , OB/GYN

S Have you experienced any of the following symptoms since your last evaluation:

| Symptom | Y / N |
|---|---|
| 1) symptoms of hypoglycemia (sweating , shaking , hunger) | Y / (N) |
| 2) symptoms of hyperglycemia (thirst , nocturia , weight loss) | Y / (N) |
| 3) infections | Y / (N) |
| 4) foot pain tingling , numbness , sores | Y / (N) |
| 5) eye problems or visual changes | Y / (N) |
| 6) chest pain , SOB | Y / (N) |
| 7) changes in blood pressure , high or low | Y / (N) |
| 8) dizziness on standing | Y / (N) |
| 9) swelling in hands or feet | Y / (N) |
| 10) pain in legs with walking or exercise | Y / (N) |
| 11) headaches | Y / (N) |

Do you smoke Y / (N) how much______ quit when______

Do you check your feet daily Y / N

Acute/Chronic Pain: 1 2 3 4 5 6 7 (8 9) 10 Quality: ache c overexertion

Location: (R) knee Duration:

Current medications:

Are you compliant with your medications Y / N

Subjective C/O: (R) knee - torn medial meniscus

What is your current diet: Self-select What is your current exercise program: walking

O Temperature 97 Pulse 58 Respirations 12 Blood pressure 125/68 weight 199

6' — Ishibara 14/14

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: FCI/FPC PEKIN , 2600 S. 2nd St. , Pekin , Ill. 61554 309-346-8588

PATIENT'S NAME (Last, First, Middle Initial): Berchiolly Thomas — SEX: M

RELATIONSHIP TO SPONSOR — STATUS — RANK/GRADE

SPONSOR'S NAME — ORGANIZATION

DEPART./SERVICE — SSN/IDENTIFICATION NO: 48369-024 — DATE OF BIRTH: 11-3-50

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

This form may be replicated via WP)

| DATE / TIME | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
| --- | --- |
| | MULTIPLE CHRONIC CARE CLINIC : chronic care visit and evaluation |
| O | 1) HEENT: 2 nasal polyps (L) nare |
| VA 20/10 (B) | 2) C/L: clear |
| | 3) Heart: S1 S2 RRR ø m |
| | 4) Neuro: A+O x 3 gait nl 2+ DTR'S equal (B) |
| | 5) Neck: Supple |
| | 6) Abdomen: Soft NT |
| | 7) Extremities: 2+ pulses ø edema |
| | 8) Skin: (+) ulcerations to scalp ø lesions to face. ø tattoos |
| | Refused testicular/rectal exam - refusal signed. 1/5 chol 245 LDL 155 |
| A | Hyperlipidemia. Dermatitis. (R) knee meniscal tear |
| P | 1) Labs: CBC____ BOP Panel____ other Lipids PSA |
| | 2) X-ray:____ |
| | 3) dietary instructions given and understood |
| | 4) smoking instructions given and understood |
| | 5) exercise instructions given and understood |
| | 6) other instructions given and understood |
| | 7) disease process instructions given and understood |
| | 8) Medications: 1: Lovastatin 20 mg T po QHS x 90 d |
| | 2: Selenium sulfide Shampoo AAA 3x/wk #1 |
| | 3: ~~Ibuprofen 800 mg T po TID #10~~ - following Dr Dalmasi |
| | 4: ~~Ex~~ |
| | 9) follow-up in clinic on 3 mos |
| | Interval physical done in conjunction c̄ CC |
| | [signature] M.D. |
| | Chart Reviewed By [initials] Rx Filled By____ Rph Verbal____ Written Counseling |
| | Verbal understanding returned by patient with above instructions and medications. |
| | [signature] H. HANSEN PA-C |
| 6/28/04 1605 | Adm note: Meds per Dr Dalmasi Motrin 800 mg T po TID #30 not to be refilled for 30 days. [signature] PA-C H. HANSEN PA-C |

STANDARD FORM 600 BACK (REV. 5-94)

Chart Reviewed By [initials] Rx Filled By____ Written Counseling

NSN 7540-00-634-4176 600-108

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 6/29/04 | S: (L) shoulder pain "11/10 |
| 0814 | O: (L) shoulder pain since 1997. No trauma. |
| | A: Alt in comfort |
| | P: 1) ~~motrin 400mg i po TID x 5d~~ error MB |
| | 2) moist heat TID |
| | 3) 7/26/04 1330 |
| | VO Dr Dalmasi / MBryantRN / MBryant RN |
| | [signature] G. DALMASI, M.D. MEDICAL OFFICER |
| 7-15-04 | S- c/o chronic (L) shoulder pain |
| 1245 | pain level 11/10 c/o bumps to scalp, pruritic Wants Kenalog shot for shoulder pain |
| | O- 97' 58 180/59 |
| | Scattered papules, few pustules to scalp |
| | (L) shoulder Ø deformity ↑ pain @ ~45° elevation (+) Neers test |
| | A- Chronic (L) shoulder pain Prurigo nodularis |
| | P- Lidex sol AAA BID #1 |
| | ~~Motrin 800mg i po TID #15~~ error |
| | Consider IM Kenalog |
| | Ice moist heat |
| | [signature] ... PA-C |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: FCI-PKM

PATIENT'S NAME (Last, First, Middle initial): Berchiolly, Thomas

SEX: M

RELATIONSHIP TO SPONSOR:

STATUS:

RANK/GRADE:

SPONSOR'S NAME:

ORGANIZATION:

DEPART./SERVICE:

SSN/IDENTIFICATION NO.: 98369-024

DATE OF BIRTH: 11-49-50

NSN 7540-00-634-4176 600-108

HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 7/20/04 0723 IL 1 | S: "My shoulder has gotten worse" O: (L) shoulder pain. ↓ ROM "Pain is sharper 8/10" Also c/o bumps on head. A: Alt in comfort P: 1) PA appt 7/26/04 1230 VO Dr Dalmasi / MBryant RN / MBryant RN |
| 7-26-04 1410 | S- c/o chronic (L) shoulder pain c/o bumps to scalp [illegible] painful pruritic O- A+O x 3 NAD (L) shoulder - ∅ swelling ∅ deformity (+) crepitus (+) apples [illegible] [illegible] scalp- few small [illegible] [illegible] ∅ lesions seen by 2 clinicians A- c/o OA (L) shoulder - ∅ scalp lesions P- Motrin 800mg T po TID/prn #10 ∅ to be refilled in 30d X-ray (L) shoulder H. Hansen PA-C |

Chart Reviewed By [signature]

Rx Filled By ____ Rph

Verbal ____ Written Counseling

Pt. Verifies Understanding

PATIENT'S IDENTIFICATION (Use this Space for Mechanical Imprint)

RECORDS MAINTAINED AT: FCI/FPC PEKIN, 2600 S. 2nd St., Pekin, Ill. 61554 309-346-8588

PATIENT'S NAME (Last, First, Middle Initial): Berchiolly, Thomas — SEX: M

RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE

SPONSOR'S NAME | ORGANIZATION

DEPART./SERVICE | SSN/IDENTIFICATION NO. 98369-024 | DATE OF BIRTH 11-3-50

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84) Prescribed by GSA and ICMR FIRMR (41 CFR) 201-45.505

(This form may be replicated via WP)

SF 600 (Back)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 8-3-04 1030 | Admin note: x-ray taken: Lt. shoulder D Meyers RT(R) Dinkelman/Dinkelman RN D. MEYERS, RT (R) |
| 8-9-04 1308 | Admin Note: Spoke to inmate at mainline. States seen 4 times for pustules in scalp & no one has actually looked at scalp & nothing being done. wants antibiotics Error 8/9 ~~Reviewed record~~ Told inmate to come over at 1230 & I would review chart & speak with Doc. After review of chart - I/M was seen on 2 occassions in July with visual checks, no medical indication for antibiotics. Informed it was not an emergency & to go to sickcall if he feels their is changes in his condition. T Gregory HSS TGREGORY HSS |
| 8/10/04 0700 | S: I/M here to S/C c̄ c/o sores on scalp. has been going on for months. Starts out as red raised area then gets a yellow pustule breaks and goes away and then another one shows up. |
| | O: I/M A/O X 3, SKW/D, P/W/D, Resp easy, lungs clear, gait normal, (+) small ulceration in scalp. (+) red raised bumps. VS BP 120/68 P64, Resp 18, T98.0 |
| | A) Alteration in Comfort |
| | P) VO per Dr Dalmas. |
| | 1) Keflex 500mg 1 PO QID X 7days |
| | 2) Keep area clean & dry |
| | 3) VO explained understanding Returned by I/M. |
| | Chart Reviewed By [signature] Gary Meyers for G Meyers |
| | Rx Filled By ________ Rph |
| | Verbal ____ Written Counseling |
| | Pt. Verifies Understanding ________ [signature] |