HEALTH RECORD

**CHRONOLOGICAL RECORD OF MEDICAL CARE**

DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* ut ICD

---

**DATE:** 8-24-0?

**Triage Report**

Inmate Name: Berchiolly Thomas    Reg No.: 98369-024

S) Reason for visit, Duration of symptoms/ Motivo de su visita, Duracion de sus sintomas: c/o athletes feet + (R) knee pain (L) shoulder

**TIME:** 0700

Pain Assessment: ☐ none ☐ acute ☐ chronic < 0 1 2 3 4 5 6 (7) 8 9 > nature: (1) shoulder (R) knee pain

O) Symptoms, (if any) / Sintomas: RF Motrin + Antifungal

Vital signs: BP Refused se    RESP ___ TEMP ___ WT ___ allergies, if known: ___

A) Nursing impression: Alt in comfort

P) Verbal Order per Dr. Derluisi , read back and verified. Sick Call ☐ NO ☐ YES: Date: ___ Time: ___

ICI

1) Other instructions: Antifungal cream ApA BID #1 (2) Motrin 800mg ↑ po TID prn #15

2) Patient instruction handout given: ☑ NO ☐ YES: 3) Verbal understanding of instructions and medication returned by patient: ☐ NO ☐ YES

Clinician Signature: Dintelman RN / Dintel    FCI / FPC Pekin, 2600 S. 2nd St., Pekin, Illinois 61554 - 309-346-8588

Chart Reviewed By ___
Rx Filled By ___    Rph ___
☐ Verbal    ☐ Written Counseling
Pt. Verifies Understanding ___

---

**DATE:** 9-14-0?

**Triage Report**

Inmate Name: Berchiolly Thomas    Reg No.: 98369-024

S) Reason for visit, Duration of symptoms / Motivo de su visita, Duracion de sus sintomas: c/o (L) flank pain x 6 days, chills, ↑ frequency urination

**TIME:** 0700

Pain Assessment: ☐ none ☑ acute ☐ chronic < 0 1 2 3 4 5 6 7 (8) 9 > nature: (L) flank

O) Symptoms, (if any) / Sintomas: Denies problems voiding, no blood or discolored urine, ☐ N/V

Vital signs: BP 113/52 PULSE 58 RESP ___ TEMP 97.7 WT ___ allergies, if known: NKDA

A) Nursing impression: Alt in comfort

P) Verbal Order per Dr. Delmisi , read back and verified. Sick Call ☐ NO ☐ YES: Date: ___ Time: ___

ICI
xUA

1) Other instructions: (1) UUA now - done (2) Indocin 50mg po BID x 5 days (3) KUB ordered 309-601

2) Patient instruction handout given: ☐ NO ☑ YES: 3) Verbal understanding of instructions and medication returned by patient: ☐ NO ☑ YES

Clinician Signature: Dintelman RN / Dintel    FCI / FPC Pekin, 2600 S. 2nd St., Pekin, Illinois 61554 - 309-346-8588

Chart Reviewed By ___
Rx Filled By ___    Rph ___
☐ Verbal    ☐ Written Counseling
Pt. Verifies Understanding ___

---

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

RECORDS MAINTAINED AT: ▶    **FCI PEKIN**

PATIENT'S NAME *(Last, First, Middle Initial)*    SEX M

Berchiolly Thomas

RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE

SPONSOR'S NAME | | ORGANIZATION

DEPART./SERVICE | SSN/IDENTIFICATION NO. 98369-024 | DATE

NSN 7540-00-634-4176

600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |

DATE 9-15-01

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

TIME 1315

**MULTIPLE CHRONIC CARE CLINIC** visit follow-up and evaluation ;

DIABETIC , CARDIAC , (ENDO/LIPID) , HYPERTENSION ,INF DIS , NEURO , PULMONARY , ORTH/RHEM , GASTRO , GENERAL , MNTL HLTH , OB/GYN

S | Have you experienced any of the following symptoms since your last evaluation:

1) symptoms of hypoglycemia (sweating , shaking , hunger) — Y / N

2) symptoms of hyperglycemia (thirst , nocturia , weight loss) — Y / N

3) infections — Y / N

4) foot pain tingling , numbness , sores — Y / N

5) eye problems or visual changes — Y / N

6) chest pain , SOB — Y / N

7) changes in blood pressure , high or low — Y / N

8) dizziness on standing — Y / N

9) swelling in hands or feet — Y / N

10) pain in legs with walking or exercise — Y / N

11) headaches — Y / N

Do you smoke Y (N) how much_____ quit when_____

Do you check your feet daily Y / N

Acute/Chronic Pain: 1 2 3 4 5 6 (7) 8 9 10 Quality: Chronic

Location: (L) Shoulder Duration:

Current medications:

Are you compliant with your medications (Y) N

Subjective C/O: Raised Bumps to Scalp. % rectal bump

What is your current diet: 95    What is your current exercise program: Daily

0 | Temperature 97.3 Pulse 73 Respirations 12 Blood pressure 132/88 weight 190

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: ► (FCI) FPC PEKIN , 2600 S. 2nd St. , Pekin , Ill. 61554
309-346-8588

PATIENT'S NAME (Last, First, Middle Initial) Belcuallen Thomas   SEX M

RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE

SPONSOR'S NAME | ORGANIZATION

DEPART./SERVICE | SSN/IDENTIFICATION NO. 98368-024 | DATE OF BIRTH 11-3-50

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

(This form may be replicated via WP)

53

SF_600 (Back)

| DATE | | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|------|------|------|
| TIME | | MULTIPLE CHRONIC CARE CLINIC : chronic care visit and evaluation |
| | 0 | 1) HEENT: *nl* |
| | | 2) C/L: *clear* |
| | | 3) Heart: $S_1 S_2$ RRR |
| | | 4) Neuro: A&O x 3 |
| | | 5) Neck: Supple |
| | | 6) Abdomen: Soft NT |
| | | 7) Extremities: 2+ pulses ∅ edema |
| | | 8) Skin: intact ∅ lesions |
| | | 9) Lab Reports: 7/27 Chol 268 |
| | | HDL 97 |
| | | LDL ,160 |
| | A | Hyperlipidemia |
| | | ∅ Dermatitis |
| | P | 1) Labs: CBC____✓ BOP Panel____ other____ lipids |
| | | 2) X-ray: |
| | | 3) dietary instructions given and understood |
| | | 4) smoking instructions given and understood |
| | | 5) exercise instructions given and understood   as tol |
| | | 6) other instructions given and understood |
| | | 7) disease process instructions given and understood |
| | | 8) Medications: 1: ↑ lovastatin 40 mg ↑ po QHS |
| | | 2: Selenium Sulfide shampoo AAA 3x/wk #1 RF 2 |
| | | 3: Lidex Sol 0.05% AAA BID #1 RF 1 |
| | | 4: |
| | | 5: |
| | | 6: |
| | | 7: Chart Reviewed By____ Rx Filled By____ Rph |
| | | 8: ____Verbal ____Written Counseling |
| | | 9: Pt. Verifies Understanding ____ |
| | | 10: |
| | | 11: |
| | | 12: |
| | | 9) follow-up in clinic on____ 3 mo |
| | | Verbal understanding returned by patient with above instructions and medications. |

____ASI, M.D.
MEDICAL OFFICER          HANSEN PA-C     PA-C

**HEALTH RECORD**     **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |
|------|-------------------------------------------------------------------------|

**DATE:** 9-28-04

**Triage Report**

Inmate Name: Bercholly Thomas    Reg No.: 98369-024

S) Reason for visit, Duration of symptoms / Motivo de su visita, Duracion de sus sintomas: c/o bumps on scalp. f/u skin CA, pain meds for knee + shoulder

Pain Assessment: ☐ none ☐ acute ☑ chronic < 0 1 2 3 4 5 ⑥7 8 9 > nature:

**TIME:** 0700

O) Symptoms, (if any) / Sintomas: c/o knee + shoulder pain - chronic. Gout Slow + steady. In no acute distress

Vital signs: BP____ PULSE____ RESP____ TEMP____ WT____ allergies, if known: ____

A) Nursing impression: All in comfort

**IVI**

P) Verbal Order per Dr.____, read back and verified. Sick Call ☐ NO ☑ YES: Date: 9-30-04 Time: 1300

1) Other instructions: f/u PA

2) Patient instruction handout given: ☑NO ☐ YES; 3) Verbal understanding of instructions and medication returned by patient: ☐ NO ☑YES

Clinician Signature: Dirkmann RN Hirsch    FCI / FPC Pekin, 2600 S. 2nd St., Pekin, Illinois 61554 - 309-346-8588

---

**-30-04**
**1450**

S- c/o mult skin lesions to face + penis
Concerned about squamous cell CA
H/O kidney stones Ø flank pain 6/10
inguinal discomfort c/o bumps to
Scalp

O-   97.8   61   12   149/84
Ø significant lesions noted to face
hyperpigmented flat macule to shaft of
penis   Ø CVA tenderness

UA   Sp 1.010   ph 7   Prot +   Leuks +

A- UTi   Genital warts   skin lesions

P-   Bactrim DS ↑ po BID × 10d
Indocin 25 mg ↑↑ po BID   #20

Discuss skin
issues c Mr
Jackson

H. Hansele PA-C

RECORDS MAINTAINED AT:   FCI Pekin

PATIENT'S NAME (Last, First, Middle initial)
Bercholly Thomas

RELATIONSHIP TO SPONSOR   STATUS

SPONSOR'S NAME   ORGANIZATION

DEPART./SERVICE   SSN/IDENTIFICATION NO. 98369-024

SEX: M   RANK/GRADE

DATE OF BIRTH 11-3-50

**CHRONOLOGICAL RECORD OF MEDICAL CARE**    **STANDARD FORM 600** (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

Admin note. Pt still c/o prostatic sx's, hematuria, freq
pain 5/10/04 groin area

① Sulfamth/Trimeth 800g/160g ‡ po bid x 5days) to get to
② Appt 10/14/04 1230                                            appt
③ Push fluid

Dr Dalman / Dr Wadeda / Amy Wadeda

Chart Reviewed By _____          rph
         Rx Filled By _____
Verbal _____  Written Counseling
Pt. Verifies Understanding _____

S- F/U skin lesions   Seen yesterday by MA
Sidson c Dr Somalis.  States improvement
in urinary Sx on Bactrim returned when
course completed

O-   97⁷  71      v2      154/89

      ⊕  Ⓔ  cva  tenderness
Rectal: ∅ external lesions   prostate
         nl   Hemoccult neg
      UA  Sp 1.005   prot ↑   Bld ↑   leuks ↑

A- prostatitis  nephrolithiasis   R/O lupus

P-    Bactrim DS  ĭ  po  BID  x 30d
      KUB
      Labs  ANA  ESR  RF
      RTC  prn

Chart Reviewed By _____
         Rx Filled By _____          rph
Verbal _____  Written Counseling
Pt. Verifies Understanding _____

H. HANSEN PA-C

SF 600 (Face)

NSN 7540-00-634-4176

600-108

| HEALTH RECORD | | CHRONOLOGICAL RECORD OF MEDICAL CARE | |
|---|---|---|---|
| DATE | | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) | |

**DATE:** 10-19-04

**Triage Report**

Inmate Name: _Berchiolly, Thomas_    Reg No.: _98369-028_

S) Reason for visit, Duration of symptoms / Motivo de su visita, Duracion de sus sintomas: _96 pain in (L) shoulder + (R) knee_

**TIME:** 0700

Pain Assessment: ☐ none ☐ acute ☐ chronic < 0 1 2 3 4 5 6 ⑦ ⑧ ⑨ > nature: _Tin shoulder 8½ (R) knee_

O) Symptoms, (if any) / Sintomas: _Fell from L (L) shoulder. neuro intact. Grail stds, no leny noted. In no acute dishrs_

Vital signs: BP _121/74_   PULSE _97_   RESP ___   TEMP _97_   WT ___   allergies, if known: _NKDA_

A) Nursing impression: _Alt in Comfort_

P) Verbal Order per Dr. _____  read back and verified  Sick Call ☐ NO ☑ YES: Date: _10-21-04_  Time: _1230_

1) Other instructions: ☑ Motrin · F/U PA  RICE ___

2) Patient instruction handout given: ☑ NO ☐ YES, 3) Verbal understanding of instructions and medication returned by patient: ☐ NO ☑ YES

Clinician Signature: _Deutelman RN / Deutel_    (FCI) FPC Pekin, 2600 S. 2nd St., Pekin, Illinois 61554 · 309-346-8588

---

| 10-21-04 1530 | Admin note: Yard recall. Appt rescheduled |
| | H. HANSEN PA-C |

---

| 10-25-04 1370 | Admin Note: Labs drawn per contract lab : CMP, lipids, ASA, RF factor, sed rate. Deutelman RN Deutel |

---

| 10-27-04 1330 | Admin note: 32 copies were released to inmate. |
| | D. CONNETT, M.R.T. Connett, MRT |

---

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: ► **(FCI) FPC PEKIN** , 2600 S. 2nd St. , Pekin , Ill. 61554  309-346-8588

PATIENT'S NAME (Last, First, Middle Initial): _Berchiolly, Thomas_    SEX: _M_

RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE

SPONSOR'S NAME | ORGANIZATION

DEPART./SERVICE | SSN/IDENTIFICATION NO. _98369-028_ | DATE OF BIRTH _11-3-50_

CHRONOLOGICAL RECORD OR MEDICAL CARE

STANDARD FORM 600 (Rev. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

(This form may be replicated via WP)

57

SF 600 (Back)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 10-25-04 1435 | S  c/o chronic (L) shoulder pain    F/U urinary sx States ↓ burning c urination |
| | O-  A+O x 3    NAD |
| | (L) shoulder - ⊕ tender @ A-C joint ∅ deformity |
| | X-ray shows mild separation |
| | UA - Sp 1.015    ph 5    prot tr    bld tr    leuks + |
| | A-  (L) A-C separation,   UTI,   nephrolithiasis |
| | P-       DC Baclum |
| | Doxycycline 100mg  T po  BID  X 10d |
| | Urine CK → RTC 10/27 |
| | Motrin 800mg  T po  TID  #15 |
| | Consult ALRI |

H. HANSEN PA-C

Chart Reviewed By _____
Rx Filled By _____    Rph _____
Verbal _____ Written Counseling _____
Pt. Verifies Understanding _____

STANDARD FORM 600 BACK (REV. 5-94)

600-108

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

| | |
|---|---|
| 10/29/04 | S. follow - up BP 8 |
| 1030 | O - 98.6 62. 18 100/63 |

He is here today complaints of skin
lesions. He wants to know if face lesions
are not cancer. He also refers new lesion
on his penis few weeks ago

Skin: erythematous plaque 1x1 cm on his
forehead, painless to touch, + discharge.

Genitalia = small papule flat with
minimal hyperkeratosis on the penis.

ASS = R/O skin Ca
R/O Condyloma

Plan = Efudex cream apply BID x 3 weeks
schedule for cryosurgery
F/U in 4 weeks for skin lesion evaluation

O. DALMASI, M.D.
MEDICAL OFFICER

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

| RECORDS MAINTAINED AT: | ▶ FCI Pekin | | |
|---|---|---|---|
| PATIENT'S NAME *(Last, First, Middle Initial)* | Berchtolly Thomas | | SEX M |
| RELATIONSHIP TO SPONSOR | | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 98369-024 | | DATE OF BIRTH 11-3-50 |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

BP-S148.055  **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: 10-22-02 |
|---|---|
| FROM: Tom Berchiolly | REGISTER NO.: 98369-024 |
| WORK ASSIGNMENT: Orderly | UNIT: IL-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Per my conversation with Mr Samalio I need AN Appointment
to see PA Jackson so that he may examine A growth
on my Forehead. Mr. Samalio seems to think it may be
(skin cancer!) Please schedule me for A Appointment as
soon as possible.

Please reply in writing

(Do not write below this line)

DISPOSITION:  Appt given for 11-4-02   10:30a

60

Signature Staff Member                    Date  11-1-02

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| PA Jackson | 7-7-03 |
| FROM: | REGISTER NO.: |
| Tom Berchiolly | 98369-024 |
| WORK ASSIGNMENT: | UNIT: |
| Orderly | IL-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I have two concerns. One is the growth on the
R/ side of my face. It has doubled in size in the last
month and it hurts. It also bleeds sometimes. It's
important that you take a look at it A.S.A.P.! (Please)
Also, I have some concern about the cholestrol
medication I am taking. I talked to Dr. Ortiz
and he said, there is something other than a
statin that I can take to lower my cholestrol
given all the concerns about the statins raising
toxic levels in the liver & kidneys. Please schedule me
for an appointment A.S.A.P! Thank You

SC:
opy 1 of 3 (Please reply in writing)
              = (Do not write below this line)

DISPOSITION:

Seen 7-12-03 for skin less

Seen by Dr. Ortiz 7-18-03

| Signature Staff Member | Date | 61 |
|---|---|---|
| | 8-18-03 | |

Record Copy - File; Copy - Inmate

SF_513

**FCI/FPC Pekin**
2600 s. 2nd st.
Pekin, II. 61554  309-346-8588

513-110

Appointment has been scheduled.
See MRT for the date.

NSN 7540-00-634-4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

TO: Dr. Reid

FROM: (Requesting physician or activity)
Dr. Ortiz

DATE OR REQUEST
9-30-03

**REASON FOR REQUEST** (Complaints and findings, to include lab and x-ray findings. Be specific.)

Excision of (R) Temple nodule.

PROVISIONAL DIAGNOSIS: _After the while_

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | | |
|---|---|---|---|---|
| Amuomin | | | ☐ ROUTINE | ☐ TODAY |
| | | ☐ BESIDE  ☐ ON CALL | ☐ 72 HOURS | ☐ EMERGENCY |

## CONSULTATION REPORT

RECORD REVIEWED  ☐ YES  ☐ NO          PATIENT EXAMINED  ☐ YES  ☐ NO

(Continue on reverse side)

SIGNATURE AND TITLE                                    DATE

PATIENT'S IDENTIFICATION

Name: Berchidly Thomas

Reg. No.: 98369-024

DOB: 11-3-50

(This form may be replicated via WP)

CONSULTATION SHEET
Medical Record

**FCI PEKIN**

62

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

**FCI/FPC Pekin**
2600 s. 2nd st.
Pekin, Il. 61554   309-346-8588

513-110

*Appointment has been scheduled.*
*See MRT for the date.*

NSN 7540-00-634-4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

TO: Dr Reid    FROM: (Requesting physician or activity) Dr Ortiz    DATE OR REQUEST 10/27/03

REASON FOR REQUEST (Complaints and findings , to include lab and x-ray findings. Be specific.)

Excision & Biopsy of nodule (R) temple

PROVISIONAL DIAGNOSIS:

| DOCTOR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | | |
|---|---|---|---|---|
| Dr Ortiz | | ☐ BESIDE  ☐ ON CALL | ☐ ROUTINE  ☐ 72 HOURS | ☐ TODAY  ☐ EMERGENCY |

## CONSULTATION REPORT

RECORD REVIEWED  ☐ YES  ☐ NO          PATIENT EXAMINED  ☐ YES  ☐ NO

(Continue on reverse side)

SIGNATURE AND TITLE                                      DATE

PATIENT'S IDENTIFICATION

Name: Berchiolly, Thomas

Reg. No.: 98369-024

DOB:

(This form may be replicated via WP)

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

**FCI/FPC Pekin**
2600 S. 2nd St.
Pekin, Il. 61554  309-346-8588

513-110

NSN 7540-00-634-4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

### REQUEST

TO: *Dr. Reid*

FROM: (Requesting physician or activity)

DATE OR REQUEST

**REASON FOR REQUEST** (Complaints and findings, to include lab and x-ray findings. Be specific.)

*Please evolt the mel of an
S/W lead No Bone Cell Carcinoma
for BP*

PROVISIONAL DIAGNOSIS: *Aprl Cell Cancer*

DOCTOR'S SIGNATURE        APPROVED        PLACE OF CONSULTATION

| | | | ROUTINE | | TODAY |
|---|---|---|---|---|---|
| | | BESIDE | ON CALL | 72 HOURS | EMERGENCY |

### CONSULTATION REPORT

RECORD REVIEWED [✓] YES [ ] NO          PATIENT EXAMINED [✓] YES [ ] NO

**URC MEETS**

**APPROVES/DENIES/DEFERS** _____

LEVEL **2** PRIORITY **1**

A._____ M.D.
9/11/03

*Agref Oction noreed skn  lesn @ Teyple.
Hark'ng R/O
b = cos s/c
imp sgs.
suggest excision*

_____ M.D.
_____ OFFICER
10-3-03

(Continue on reverse side)

SIGNATURE AND TITLE                              DATE
9/8/03

PATIENT'S IDENTIFICATION

Name: *Berchielli T*

Reg. No.: *09839C9-024*

DOB: *11/3/50*

CONSULTATION SHEET
Medical Record

(This form may be replicated via WP)

STANDARD FORM 513 (REV. 8-80)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

# Utilization Review
## ACTION REQUEST

The following are guidelines which help the committee evaluate the level of care required and assesses options, with the goal of eliminating over-and underutilization of services and inefficient scheduling. These guidelines assist medical personnel in determining the level and extent of care, particularly in surgical intervention.

NAME: _Berchill T_    REG. NO: _98369-024_

GENDER: _M_ F    AGE/DOB: _11/3/50_

PRIMARY DIAGNOSIS: _Basal Cell Carcinoma_

PROCEDURE REQUESTED: _Bx._

### NARRATIVE SUMMARY: (CONCISE)
(EXPLAIN IN DETAIL INCLUDING, PT'S AGE, WT. ,ESTIMATED DURATION OF TREATMENT, LATEST PERTINENT LAB, DIAGNOSTIC PROCEDURES NEEDED,TEST AND RESULTS COMPLETED, CURRENT MEDICATIONS, SYMPTOMS AND DURATION, PROPOSED TREATMENT GOALS, ETC.)

_Note Dx: skin lesion suggestive of_
_Basal cell carcinoma in cosmetic area_
_upon_

| Level 1 | Medically mandatory - immediate, urgent or emergency care required to maintain or treat a life threatening illness or injury. |
|---|---|
| Level 2 | Presently medically necessary - routine care/treatment that cannot be reasonably delayed without the risk of further complication, serious complication, significant pain or discomfort, provided to maintain a chronic non-life threatening condition. |
| Level 3 | Medically acceptable - but not medically necessary is treatment that is not exclusively for the convenience of the patient (routine hernia repair, noncancerous skin lesions, etc). |
| Level 4 | Exclusively for the convenience of the inmate - may include, but not limited to, tattoo removal, minor nasal reconstruction, other cosmetic surgery, elective circumcision. |

Priority 1 within 14 days    Priority 2 within 30 days    Priority 3 within 60 days    Priority 4 within 90 days
Note: An approved consultation designated as a level 3, priority 3 or 4, extends the time frame to the following:
Level 3    Priority 3    within 120 days
Level 3    Priority 4    within 180 days

(APPROVED)    Level 1 (2) 3  4    Priority (1) 2  3  4    DENIED    DEFERRED

PLAN of TREATMENT : _Exp. Bx._

_DR. ANGEL ORTIZ , CLINICAL DIRECTOR_    _9/11/03_
UTILIZATION REVIEW DATE

65

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Medical Staff/Mr. Samalio | 10-29-03 |
| FROM: Tom Berchiolly | REGISTER NO.: 98369-024 |
| WORK ASSIGNMENT: Orderly | UNIT: IL-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I believe I have been treated in a cruel and unusual way
regarding the growth on my face and the torn tendon
in my knee because of deliberate indifference
perpetrated against me by the medical staff here at
FCI Pekin: ie Mr. Samalio, Dr. Ortiz, Mrs. Gregory
My eight amendment is being violated. You have known
about these problems for a year and you have known how
painful and stressful it has been for me yet you
choose to prolong my pain and suffering unnecessarly!

Please reply in writing

Copy 1 of 4 cc:

                    (Do not write below this line)

10/31/03 DISPOSITION:  There is no deliberate indifference against you by the Health
Services Department. There is no deliberate intention to prolong
your alleged pain and suffering. Surgical intervention for the growth on your
face will be conducted by an outside surgeon. Due to security
reasons, we are unable to divulge the date & time. In the interim,
if you have any medical problems please sign up for sick call.

| Signature Staff Member | Date | |
|---|---|---|
| F.S. SAMALIO HEALTH SYSTEMS ADMINISTRATOR | 10/31/03 | 66 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86

*98369 DO*

# REPORT OF OPERATION

DATE:        11/18/2003

SURGEON:     W. Scott Reid, D.O.

PREPROCEDURE DIAGNOSIS:
Suspicious skin lesion, right temple.

POSTPROCEDURE DIAGNOSIS:
Suspicious skin lesion, right temple.

PROCEDURE:
Excision of suspicious skin lesion, right temple (lesion 1 cm in diameter, margins approximately 0.2 cm, cephalad and caudad, 0.5 cm medial and lateral. Total incision length 2.5 cm).

ANESTHESIA: Sedation with local.

EBL: Minimal.

PATHOLOGY: As above.

COMPLICATIONS: None apparent. The patient tolerated the procedure well.

INDICATIONS FOR PROCEDURE:
This is a 53 –year-old gentleman previously seen on consultation at the request of the referring physician with a suspicious skin lesion and cancer fears from the patient. The option of excision was offered to him and he presented today for that procedure. Benefits and risks have been reviewed. These included but were not limited to bleeding, infection, anesthetic and cardiac style complications. He understands he will have a scar. It was explained to him further wider re-excision might be needed depending on path reports.

DETAILS OF PROCEDURE:
The patient was brought to the operating suite. He was placed supine. He was administered IV sedation by the Anesthesia Department. He was then prepped and draped in the usual sterile fashion. Local was injected as needed. A bielliptical incision was made around the lesion. It was excised in toto, handed off the table, labeled, and sent to pathology. Measurements are as noted above. After ensuring hemostasis, the wound was closed primarily with interrupted 4-0 Prolene sutures. Antibiotic ointment and dressings were applied. He was then sent to the recovery room in stable condition after tolerating the procedure well.

cc:     Angel Ortiz, M.D.
        W. Scott Reid, D.O.

*O. DALEY*
*12-3-03*

SIGNATURE:_____    DATE:_____    DOD: 11/18/2003 DOT: 11/19/2003  007
        W. Scott Reid, D.O.

**REPORT OF OPERATION**          ACCOUNT #: 5007220          MRN: 330609
PEKIN HOSPITAL                   **BERCHIOLLY, THOMAS**      DOB: 11/03/1950
600 SOUTH 13TH STREET            AGE: 53                     DOB: 11/03/1950
PEKIN, IL 61554                  ROOM #: AMB                 SERVICE: AMB
Page 1 of 2

Copy for Angel Ortiz, M.D.
**67**

# PEKIN HOSPITAL
## PHYSICIAN'S ORDERS

IMPRINT

0005007220 UNKNOWN_ROOM UNKNOWN_BED
AMBULATORY SURGERY
**"BERCHIOLLY, THOMAS   52Y**
REID, WALTER
11/03/1950
Male

MR# 000036009

**PHYSICIAN'S ORDERS**

DATE 4/18/03   TIME 815   (AM) PM

— Vitals, etc per protocol
— ca remove dressing 4/19
     flm clean c soap/water 8-dg.
— keep wound clean + dry
— Sutures out 7-10 d
— Tylenol i-ii 1.0. 8 4-6°
     pr pain

· NKDA

**PHYSICIAN'S SIGNATURE:**

589~3260

**TELEPHONE ORDER / VERBAL ORDER**
SIGNATURE

DATE | TIME

---

**PHYSICIAN'S ORDERS**

IMPRINT

DATE | TIME | AM | PM

**PHYSICIAN'S SIGNATURE:**

**TELEPHONE ORDER / VERBAL ORDER**
SIGNATURE

DATE | TIME

---

**PHYSICIAN'S ORDERS**

IMPRINT

DATE | TIME | AM | PM

**PHYSICIAN'S SIGNATURE:**

**TELEPHONE ORDER / VERBAL ORDER**
SIGNATURE

68

## AMBULATORY SURGERY DEPARTMENT
## PATIENT DISCHARGE INSTRUCTIONS

...sume you usual activities.
...today, tomorrow you may resume your usual activities.

_____

...sume your usual diet.
...with clear liquids such as soft drinks, tea, apple juice, then advance to soup and crackers.
...ally work up to solid foods.

_____

**...TIONS:**
...ption(s) given to patient: _*per orders*_ _____

_____
_____
_____

...dication Instruction Sheet(s) given: _____

**...NGS:**
...eep your dressing clean and dry until you see your physician.
...emove your dressing _____
...ther _*Change dsng daily - sutures out 8-10 days*_

**...RY TO A LIMB:**
...Keep limb elevated.
...Use an ice bag over your incision or _____
...iggle fingers or toes of affected limb.

**...L INSTRUCTIONS:**
...u may take a shower _*tomorrow*_ _____
...may drive _____
...l your physician if unable to urinate by _____

_____
_____
_____

**...NSTRUCTION SHEET(S) GIVEN:** _____

**...hysician's office the next business day to make your follow-up appointment for** _____

_____

...fice #: _____ **After Hours #:** _____
...y questions, call *353-0331* weekdays or *353-0430* weekends or evenings.

_____          _*B Littlefield R*_ _____
**...Person Receiving Instructions**          **Person Giving Instructions**

_*8-03*_
_____

...amb-10

0005007220 UNKNOWN_ROOM UNKNOWN_BED
AMBULATORY SURGERY
*BERCHIOLLY, THOMAS   52Y
   11/03/1950
REID, WALTER          Male
MR# 0000330609

69

# PEKIN HOSPITAL
## PATHOLOGY CONSULTATION REPORT
DEPARTMENT OF PATHOLOGY AND LABORATORY MEDICINE 600 S. 13TH ST, PEKIN,IL 61554
*PHONE (309) 353-0434 * FAX (309) 353-0767 * MEDICAL DIRECTOR: KATHRYN O. KRAMER,M.D.
CLIA#: 14DO431708

| | | |
|---|---|---|
| NAME: BERCHIOLLY, THOMAS | ADMISSION#: 5007220 | HISTORY#: 330609 |
| ROOM: AMB | BIRTHDATE: 11/03/1950 | AGE: 53  SEX: M |
| COLLECTION DATE: 11/18/2003 | RECEIPT DATE: 11/18/2003 | LAB #S: S-3442-2003 |

ORDERING DOCTOR: W. Scott Reid, D.O.
REFERRING DOCTOR(S): W. Scott Reid, D.O.
PERFORMING DOCTOR: W. Scott Reid, D.O.

CLINICAL INFORMATION:     LESION, RIGHT TEMPLE

SPECIMEN SUBMITTED:     LESION, RIGHT TEMPLE

GROSS:
Received in formalin and labeled with the patient's name and "lesion, right temple", the specimen consists of an elliptical fragment of skin and subcutaneous tissue measuring 2.2 x 1.1 x 1.0 cm. Identified on the epithelial surface is a polypoid exophytic lesion measuring 1.0 cm in greatest dimension. The surgical margins are inked black. The specimen is serially sectioned and entirely submitted in one cassette for microscopic examination.

RC:tmg
11/18/03

MICROSCOPIC:
A microscopic examination has been performed.

DIAGNOSIS:

SKIN, RIGHT TEMPLE, EXCISION:

-    INVASIVE SQUAMOUS CELL CARCINOMA, THE LINES OF EXCISION ARE NEGATIVE
     FOR CARCINOMA

KOK:ksl
11/19/03

SIGNED_____
         Kathryn O. Kramer, M.D., Pathologist

1

PEORIA-TAZEWELL PATHOLOGY GROUP, S.C.

PAS # 9
SKINOTH

70

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Records / Miss O | 11 - 25 - 03 |
| FROM: Tom Berchiolly | REGISTER NO.: 98369-024 |
| WORK ASSIGNMENT: Orderly | UNIT: IL ~1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I want a copy of the biopsy that was taken from the growth on
my face on 11-18-03. I need the doctors name and mailing
address. I want any and all evaluations, opinions, conclusions
any medical reports from him that pertain to me and the
growth they removed!

(Do not write below this line)

DISPOSITION:

I made copies for you, However I can not
Release the DR's Address to you. If you have concern's
You need to Address them with our medical Staff.

| Signature Staff Member | Date |
|---|---|
| S. DeStity | 12-1-03 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

71

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
| --- | --- |
| *PA HANSEN/Medical* | *12-08-03* |
| FROM: *Tom Berchiolly* | REGISTER NO.: *98369-024* |
| WORK ASSIGNMENT: *Orderly* | UNIT: *IL-1* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

*For over 1½ months I have been experiencing dizziness. I feel as
though my balance is all out of wack. I have had two episodes
where the whole room was spinning. I went to sick call,
they told me it was just an inner Ear infection and that
it would go away. That was 1½ months ago and it remains
the same. Could the dizziness be caused by the growth
that was removed? Could there be a more serious problem?
I am very concerned about this!*

*( Please reply in writing )*

Copy 1-4
cc:                      (Do not write below this line)

DISPOSITION:

*You were treated for this complaint by
Dr Dalwase on 12/15/03. If you have
further concerns you wish to discuss, sign
up for sick call.*

| Signature Staff Member | Date | |
| --- | --- | --- |
| *Hansen PAC* | *12-24-03* | **72** |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)         This form replaces BP-148.070 dated Oct 86

SF_513

**FCI/FPC Pekin**
2600 s. 2nd st.
513-110          Pekin, Il. 61554  309-346-8588

NSN 7540-00-634-4127

| MEDICAL RECORD | | CONSULTATION SHEET |

## REQUEST

TO: Dr. Reed

FROM: (Requesting physician or activity)
FCI Pekin

DATE OR REQUEST
1-12-04

**REASON FOR REQUEST** (Complaints and findings, to include lab and x-ray findings. Be specific.)

53 y/o Concernion I/m c̄ H/o Squamous cell CA @ ® temple. States similar lesion, some area ↑ in size 3x over past 3 mnths tender occ bleeding when washed. ~3x5mm sl raised flesh-color lesion to ® temple, irregular smooth borders. Please do biopsy

PROVISIONAL DIAGNOSIS:  R/O  Squamous  cell  CA

DOCTOR'S SIGNATURE
*O. Dalmasi, M.D.*
**O. DALMASI, M.D.**
MEDICAL OFFICER

APPROVED

PLACE OF CONSULTATION

☐ BESIDE  ☐ ON CALL

☐ ROUTINE  ☐ TODAY
☐ 72 HOURS  ☐ EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED  ☐ YES  ☐ NO          PATIENT EXAMINED  ☑ YES  ☐ NO

53 y/o male c̄ lesion Rt Temple
4x6MM.
Bridge of nose 3x4MM - verticle orientation
will likely need skin graft at location.
Discussed option 5-FU cream.
① Plan excise Rt Temple lesion.
② Efudex 5% cm TO Nose

*[signature]*
3/3/04

*Sutherland*
3 Mar 04

(Continue on reverse side)

SIGNATURE AND TITLE                                    DATE

PATIENT'S IDENTIFICATION
Name:  Berchialla, Thomas
Reg. No.:  98369-024
DOB:  11-3-50

(This form may be replicated via WP)

CONSULTATION SHEET
Medical Record

**FCI PEKIN**

73

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

P-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Dr. DALMASI | 3-2-04 |
| FROM: Tom Berchiolly | REGISTER NO. 98369-024 |
| WORK ASSIGNMENT: Orderly | UNIT: IL-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

MAM, on 3-1-04 I WAS seen by you. We discussed
my cholesrol, the spots on my FACE, And my pAiN in
my right Knee becAuse I hAve A torn tendon.
For the cholestrol you said I would receive lovAstAtiN,
I did. For the spots on my face possible SKIN CANCER
you said I would receive A biopsy, thAt AN Appointment
wAs mAde. I Am wAitNg for thAt.
For my torn tendon in my right Knee, (thAt is very
pAiNful) you sAid I would receive #30 400 motrin
15 dAys, 2 pills A dAy. This I did Not receive. Will
you pleAse fill this mediation As you sAid you would.
(ThANK you) PleAse reply in writiNg!        copy 1 of 3
                                                       cc:
_(Do not write below this line)_

DISPOSITION:

Dr Dalmasi wrote the medication
order and it is available for pickup
at pill line

| Signature Staff Member | Date | |
|---|---|---|
| (signature) RN | 3/2/04 | **74** |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)        This form replaces BP-148.070 dated Oct 86

BP-S148.055 **INMATE REQUEST . . STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Mrs O / med Records | 3 - 3 - 04 |
| FROM: | REGISTER NO.: |
| Tom Berchiolly | 98369 - 024 |
| WORK ASSIGNMENT: | UNIT: |
| Orderly | IL -1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I Am requesting A copy of Dr Sutherlands
evaluation, findings And recommendation
concerning the SKIN CANCER on my fAce
It was done on 3-2-04.

    Thank You

    PleAse reply in writing

Copy 1 of 3
CC:

━━━━━(Do not write below this line)━━━━━

DISPOSITION:

YOUR NAME HAS BEEN PLACED ON THE
WAITING LIST. WATCH FUTURE CALLOUTS.

| Signature Staff Member | Date |
|---|---|
|  | /4/ |

Record Copy - File; Copy - Inmate                    **75**
(This form may be replicated via WP)        This form replaces BP-148.070 dated Oct 86
                                            and BP-S148.070 APR 94