E-FILED
Monday, 12 June, 2006  03:33:11 PM
Clerk, U.S. District Court, ILCD

BP-S148.055  **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Mr HANSEN / PA | 3-8-04 |
| FROM: Tom Berchiolly | REGISTER NO.: 98369-024 |
| WORK ASSIGNMENT: Orderly | UNIT: IL-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

A second request to be scheduled for A
complet physical!
Also on the 19th I will hAve completed A two week
course of EFUDEX, (A medication used to kill
eArly stAges of SKIN CANCER) At thAt time
I Am to be exAmined by someone quAlified
to see if the treAtment worked or if I
need A second one. Will someone quAlified
to mAke thAt judgement be AvAilAble on the
19th? PleAse reply in writing this time so thAt
I will know whAt is going on.
Copy 1 of 3
CCI                    (Do not write below this line)

DISPOSITION: We discussed this during your last chronic
care clinic which I feel is a more appropriate
way to monitor your health status. However,
your name has been placed on the list

_____
        Signature Staff Member
        _____ PAC

| Date |
|---|
| 3-31-04 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

76

SF_513

**FCI/FPC Pekin**
2600 s. 2nd st.
Pekin , Il. 61554  309-346-8588

513-110

NSN 7540-00-634-4127

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

To: _Dr Sutherland_

FROM:_ (Requesting physician or activity) _Dr. Dalmasi_

DATE OR REQUEST _3-3-04_

**REASON FOR REQUEST** (Complaints and findings , to include lab and x-ray findings. Be specific.)

_Recommend excision of (R) Temple lesion_

PROVISIONAL DIAGNOSIS: _R temple lesion_

DOCTOR'S SIGNATURE _O. DALMASI, M.D._
_MEDICAL OFFICER_

APPROVED

PLACE OF CONSULTATION

☐ BESIDE   ☐ ON CALL

☐ ROUTINE   ☐ TODAY
☐ 72 HOURS   ☐ EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED ☐ YES ☐ NO     PATIENT EXAMINED ☐ YES ☐ NO

_3/12/04_

UPS MEETS

APPROVES/DENIES/DEFERS _____

LEVEL _2_ PRIORITY _2_

_O. DALMASI, M.D._
_MEDICAL OFFICER_

(Continue on reverse side)

_3-12-04_

SIGNATURE AND TITLE

DATE

PATIENT'S IDENTIFICATION

Name: _Berchiolly Thomas_

Reg. No.: _98369-028_

DOB: _11-3-50_

(This form may be replicated via WP)

CONSULTATION SHEET
Medical Record

77

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

# Utilization Review
## ACTION REQUEST

The following are guidelines which help the committee evaluate the level of care required and assesses options, with the goal of eliminating over-and underutilization of services and inefficient scheduling. These guidelines assist medical personnel in determining the level and extent of care, particularly in surgical intervention.

NAME: _Berchiolly, Thora_     REG. NO: _98369-024_

GENDER: _M_ F     AGE/DOB: _11-3-50_

PRIMARY DIAGNOSIS: _Right temp. lesion 4x6mm_

PROCEDURE REQUESTED: _Excism of right temp. lesion_

**NARRATIVE SUMMARY:** (CONCISE)

(EXPLAIN IN DETAIL INCLUDING, PT'S AGE, WT. ,ESTIMATED DURATION OF TREATMENT, LATEST PERTINENT LAB, DIAGNOSTIC PROCEDURES NEEDED,TEST AND RESULTS COMPLETED, CURRENT MEDICATIONS, SYMPTOMS AND DURATION, PROPOSED TREATMENT GOALS, ETC.)

Level 1    Medically mandatory - immediate, urgent or emergency care required to maintain or treat a life threatening illness or injury.

Level 2    Presently medically necessary - routine care/treatment that cannot be reasonably delayed without the risk of further complication, serious complication, significant pain or discomfort, provided to maintain a chronic non-life threatening condition.

Level 3    Medically acceptable - but not medically necessary is treatment that is not exclusively for the convenience of the patient (routine hernia repair, noncancerous skin lesions, etc).

Level 4    Exclusively for the convenience of the inmate - may include, but not limited to, tattoo removal, minor nasal reconstruction, other cosmetic surgery, elective circumcision.

Priority 1 within 14 days     Priority 2 within 30 days     Priority 3 within 60 days     Priority 4 within 90 days

Note: An approved consultation designated as a level 3, priority 3 or 4, extends the time frame to the following:

Level 3    Priority 3 within 120 days
Level 3    Priority 4 within 180 days

**APPROVED**    Level 1 (2) 3  4     Priority 1 (2) 3  4        **DENIED**        **DEFERRED**

PLAN of TREATMENT :

O. DALMAU, M.D.
MEDICAL DIRECTOR
DR. ANGEL ORTIZ , CLINICAL DIRECTOR

3-12-04

UTILIZATION REVIEW DATE

78



UNITED STATES GOVERNMENT

# memorandum

*FEDERAL CORRECTIONAL INSTITUTION*
*PEKIN, ILLINOIS*

**DATE:**  3-16-04

**REPLY TO**
**ATTN OF:**  Clinical Director, Health Services Department

**SUBJECT:**  Decision regarding treatment with a local physician

**TO:**  Berchiolly, Thomas  98369-024    IL-1

On 3-12-04, your medical file was presented to the Utilization Review Committee for review of a recommendation for treatment with a local physician. The committee, composed primarily of members of the health services department, is designed to assist health services staff in determining the level and extent of treatment needed in a particular situation. In your case, a recommendation was made that you be examined by an outside physician for your  excision Lesion Left temple

After reviewing your file, the committee determined the following:

X    Review of your condition by an outside consultant is warranted. You will be scheduled for an appointment.

\_\_\_\_    Review of your condition by an outside consultant is not warranted at this time. Medical staff will continue to monitor your situation and recommend appropriate treatment. You will be scheduled for a follow-up visit with either the staff physician or the Clinical Director. Please watch the call-out sheet for this appointment.

If you have particular questions with regard to this issue, please contact the health services department. If your condition changes prior to your scheduled appointment, please sign up for sick call.

cc:    Medical File

79



## PHYSICIAN'S
# PROGRESS NOTES

| 4 May 04 0730 | Patient had been using 5-FU cream — Resolution of lesion RT Temple and Bridge of nose, No evidence of a lesion at this time, Surgery cancelled. To return to living location. Cautioned w/peg have other cancers. _Jim Waters_ |
|---|---|

O. PALMER, M.D.
ICAL OFFICE?
5/18/04

Form #N-96
Revised: 3/98

**ADDRESSOGRAPH**

0006056644 UNKNOWN_ROOM UNKNOWN_BED
AMBULATORY SURGERY
*BERCHIOLLY, THOMAS   63Y
11/03/1950
SUTHERLAND, PAUL          Male
MR#: 0000330609

PEKIN HOSPITAL
600 SOUTH 13TH STREET
PEKIN, ILLINOIS 61554-4969

Berchiolly

80

1P-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: 9-7-04 |
|---|---|
| Mr. Somolia/Med Director | |
| FROM: Thomas Berchiolly | REGISTER NO.: 98369-024 |
| WORK ASSIGNMENT: Orderly | UNIT: IL-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I am requesting to be transferred to Rochester
Minn. for medical reasons. I have SKIN CANCER. I
have had four outbreaks in the past. One
Squamous cell Carcinoma and three Basil cell
Carcinoma. I now have four more areas that have
broken out on my face and two more on my arms.
I need to go somewhere that has knowledge about how
to treat SKIN CANCER. (I am presently running a
2 week course of EFudex. The two weeks will be up
the 12th so I am asking that you hold my request until
then. Then on the 12th please notify Mr. Rush my case
manager.) Thank you!

(Do not write below this line)

DISPOSITION:
9/13/04

Per the Clinical Director, Dr. Dalmasi,
your Medical condition does not warrant a
transfer to a Medical Center & your needs
can & will be met here.

| Signature Staff Member | Date 9-17-04 | **81** |
|---|---|---|
| Sikelman RN | | |

Record Copy - File; Copy - Inmate

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Mr. Samolio / Med Head | DATE: 10-8-04 |
|---|---|
| FROM: Tom Berchiolly | REGISTER NO.: 98369024 |
| WORK ASSIGNMENT: Orderly | UNIT: FL-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I have been to sick call twice trying to get
some advise about my SKIN CANCER. The first
time no one could tell me anything! The second
I was told I would see P.A. JACKSON soon. It
has been 3 weeks and I still haven't seen
anyone that has knowledge of skin cancer or
how to use the Efudex ointment! I was told
by Mr. Samolio and the Associate Warden that
my cancer could and would be treated here
in a correct and timely manner. Why isn't
this being done? I have areas that I need
advise on! Please reply in writing        copy 1 of 3
                                                        cc:
(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | **82** |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)        This form replaces BP-148.070 dated Oct 86
                                            and BP-S148.070 APR 94

# Utilization Review
## ACTION REQUEST

The following are guidelines which help the committee evaluate the level of care required and assesses options, with the goal of eliminating over-and underutilization of services and inefficient scheduling. These guidelines assist medical personnel in determining the level and extent of care, particularly in surgical intervention.

NAME: _Berchiolly, Thomas_    REG. NO: _98369 - 024_

GENDER: X M _ F    AGE/DOB: _53 / 11-3-50_

PRIMARY DIAGNOSIS: _R/O Squamous cell CA_

PROCEDURE REQUESTED: _Excisional biopsy_

**NARRATIVE SUMMARY:** (CONCISE)

(EXPLAIN IN DETAIL INCLUDING, PT'S AGE, WT. ,ESTIMATED DURATION OF TREATMENT, LATEST PERTINENT LAB, DIAGNOSTIC PROCEDURES NEEDED,TEST AND RESULTS COMPLETED, CURRENT MEDICATIONS, SYMPTOMS AND DURATION, PROPOSED TREATMENT GOALS, ETC.)

_H/o Squamous cell CA to (R) temple (L) temple 4/18/03 by_
_excisional bx c̄ clean margins. ℅ similar lesion same_
_area ↑ in size 3x in past 3 months. tender on_
_bleeding when washed. ~ 3 x 5 mm sl raised flesh-colored lesion_
_irregular smooth borders_

---

**Level 1** _Medically mandatory_ - immediate, urgent or emergency care required to maintain or treat a life threatening illness or injury.

**Level 2** _Presently medically necessary_ - routine care/treatment that cannot be reasonably delayed without the risk of further complication, serious complication, significant pain or discomfort, provided to maintain a chronic non-life threatening condition.

**Level 3** _Medically acceptable_ - but not medically necessary is treatment that is not exclusively for the convenience of the patient (routine hernia repair, noncancerous skin lesions, etc).

**Level 4** _Exclusively for the convenience of the inmate_ - may include, but not limited to, tattoo removal, minor nasal reconstruction, other cosmetic surgery, elective circumcision.

**Priority 1** within 14 days    **Priority 2** within 30 days    **Priority 3** within 60 days    **Priority 4** within 90 days

**Note:** An approved consultation designated as a level 3, priority 3 or 4, extends the time frame to the following:

Level 3    Priority 3   within 120 days
Level 3    Priority 4   within 180 days

---

APPROVED    Level 1  2  3  4        Priority 1  2  3  4        **DENIED**        **DEFERRED**

PLAN of TREATMENT : _____

_____

_____

DR. ANGEL ORTIZ , CLINICAL DIRECTOR        UTILIZATION REVIEW DATE

```
   CSTD6          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-18-2005
PAGE 001 OF                                                         13:40:15
     FUNCTION: L-P SCOPE: REG    EQ 98369-024    OUTPUT FORMAT: UNSAN_____
------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _              RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: _____ _____ _____ _____ _____ _____
        TYPE: ____      ____      ____      ____      ____      ____
EVNT FACL: EQ _____
RCV  FACL.: EQ _____     ____      ____      ____      ____      ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ _____      ____      ____      ____      ____      ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




    G0002        MORE PAGES TO FOLLOW . . .
```

**84**

```
CSTD6              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     10-18-2005
PAGE 002 OF        *              UNSANITIZED FORMAT              *    13:40:15

REMEDY-ID        REG        NAME                    ORIG UNIT OR LOC/QTRS/FACL
                 STATUS-DATE    STATUS    DATE-RCV   RCV-OFC  RCV-FACL  EVNT-FACL
                 SUBJ1/SUBJ2 ------------------ABSTRACT------------------------

133272-F1        98369-024  BERCHIOLLY, T           ILLINOIS   IL 1241L   PEK
                 05-02-1997      REJ    05-01-1997     PEK       PEK       PEK
                 12DM/      WANTS TO BE REINSTATED AT PREVIOUS PAY GRADE

133272-F2        98369-024  BERCHIOLLY, T           ILLINOIS   IL 1241L   PEK
                 05-30-1997      CLD    05-13-1997     PEK       PEK       PEK
                 12DM/      WANTS TO BE REINSTATED AS REC ORDERLY WITH GRADE

154800-F1        98369-024  BERCHIOLLY, T
                 03-18-1998      VOD    03-18-1998     PEK       PEK       PEK
                 25CM/      ALLEGES STAFF ARE NOT ENFORCING SMOKING POLICY

154831-F1        98369-024  BERCHIOLLY, T           ILLINOIS   IL 1241L   PEK
                 03-18-1998      REJ    03-18-1998     PEK       PEK       PEK
                 25CM/      ALLEGES STAFF ARE NOT ENFORCING SMOKING POLICY

154831-F2        98369-024  BERCHIOLLY, T           ILLINOIS   IL 1241L   PEK
                 04-14-1998      CLG    03-24-1998     PEK       PEK       PEK
                 25CM/      ALLEGES STAFF ARE NOT ENFORCING SMOKING POLICY

154831-A1        98369-024  BERCHIOLLY, T           ILLINOIS   IL 1241L   PEK
                 04-28-1998      REJ    04-28-1998     BOP       PEK       PEK
                 25CM/      ALLEGES STAFF ARE NOT ENFORCING SMOKING POLICY

154831-R1        98369-024  BERCHIOLLY, T           ILLINOIS   IL 1241L   PEK
                 06-09-1998      CLD    05-15-1998     NCR       PEK       PEK
                 25CM/      ALLEGES STAFF ARE NOT ENFORCING SMOKING POLICY

154831-A2        98369-024  BERCHIOLLY, T           ILLINOIS   IL 1241L   PEK
                 07-01-1998      REJ    07-01-1998     BOP       PEK       PEK
                 25CM/      ALLEGES STAFF ARE NOT ENFORCING SMOKING POLICY

176360-F1        98369-024  BERCHIOLLY, T           ILLINOIS   A02-241L   PEK
                 01-21-1999      CLO    01-04-1999     PEK       PEK       PEK
                 25CM/      ALLEGES SMOKING POLICY IS NOT ENFORCED IN RECREATION

176884-F1        98369-024  BERCHIOLLY, T           ILLINOIS   A02-241L   PEK
                 01-27-1999      CLO    01-08-1999     PEK       PEK       PEK
                 34CM/      ALLEGES SOR DISCRIMINATES AGAINST WHITE INMATES

176884-R1        98369-024  BERCHIOLLY, T           ILLINOIS   A02-241L   PEK
                 02-22-1999      CLD    02-03-1999     NCR       PEK       PEK
                 34CM/      ALLEGES SOR DISCRIMINATES AGAINST WHITE INMATES


G0002          MORE PAGES TO FOLLOW . . .
```

85

```
CSTD6              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-18-2005
PAGE 003 OF        *                 UNSANITIZED FORMAT               *      13:40:15

REMEDY-ID      REG        NAME                          ORIG UNIT OR LOC/QTRS/FACL
               STATUS-DATE      STATUS    DATE-RCV    RCV-OFC  RCV-FACL  EVNT-FACL
               SUBJ1/SUBJ2 ------------------ABSTRACT------------------------

176360-R1      98369-024  BERCHIOLLY, T            ILLINOIS   A02-241L   PEK
               02-25-1999      CLD     02-03-1999     NCR       PEK        PEK
               25CM/      ALLEGES SMOKING POLICY IS NOT ENFORCED IN RECREATION

176884-A1      98369-024  BERCHIOLLY, T            ILLINOIS   A02-241L   PEK
               05-10-1999      CLD     03-15-1999     BOP       PEK        PEK
               34CM/      ALLEGES SOR DISCRIMINATES AGAINST WHITE INMATES

176360-A1      98369-024  BERCHIOLLY, T            ILLINOIS   A02-241L   PEK
               05-12-1999      CLD     03-17-1999     BOP       PEK        PEK
               25CM/      ALLEGES SMOKING POLICY IS NOT ENFORCED IN RECREATION

304007-F1      98369-024  BERCHIOLLY, T            ILLINOIS   A01-124L   PEK
               07-09-2003      CLO     07-07-2003     PEK       PEK        PEK
               34CM/      REC SUPV FAVORS BLACK INMATES OVER ALL OTHERS

304007-R1      98369-024  BERCHIOLLY, T            ILLINOIS   A01-124L   PEK
               07-25-2003      CLO     07-17-2003     NCR       PEK        PEK
               34CM/      REC SUPV FAVORS BLACK INMATES OVER ALL OTHERS

305432-F1      98369-024  BERCHIOLLY, T            ILLINOIS   A01-124L   PEK
               07-22-2003      REJ     07-22-2003     PEK       PEK        PEK
               26BM/      WANTS KNEE SURGERY

305432-F2      98369-024  BERCHIOLLY, T            ILLINOIS   A01-124L   PEK
               08-08-2003      CLG     07-23-2003     PEK       PEK        PEK
               26BM/      WANTS KNEE SURGERY

305432-R1      98369-024  BERCHIOLLY, T            ILLINOIS   A01-124L   PEK
               09-24-2003      CLO     08-21-2003     NCR       PEK        PEK
               26BM/      WANTS KNEE SURGERY

312419-F1      98369-024  BERCHIOLLY, T            ILLINOIS   A01-124L   PEK
               10-17-2003      CLO     10-01-2003     PEK       PEK        PEK
               26BM/      WANTS BIOPSY OF GROWTH ON FACE/EXAMINE FOR CANCER

305432-A1      98369-024  BERCHIOLLY, T            ILLINOIS   A01-124L   PEK
               12-01-2003      CLO     10-21-2003     BOP       PEK        PEK
               26BM/      WANTS KNEE SURGERY

312419-R1      98369-024  BERCHIOLLY, T            ILLINOIS   A01-124L   PEK
               12-15-2003      CLO     10-31-2003     NCR       PEK        PEK
               26BM/      WANTS BIOPSY OF GROWTH ON FACE/EXAMINE FOR CANCER


G0002          MORE PAGES TO FOLLOW . . .
```

86

```
  CSTD6            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-18-2005
PAGE 004 OF        *                UNSANITIZED FORMAT            *      13:40:15

REMEDY-ID      REG      NAME                        ORIG UNIT OR LOC/QTRS/FACL
               STATUS-DATE    STATUS    DATE-RCV    RCV-OFC  RCV-FACL  EVNT-FACL
               SUBJ1/SUBJ2 -------------------ABSTRACT------------------------

312419-A1    98369-024   BERCHIOLLY, T                ILLINOIS  A01-124L    PEK
             02-05-2004      CLO      01-13-2004       BOP      PEK       PEK
             26BM/    WANTS BIOPSY OF GROWTH ON FACE/EXAMINE FOR CANCER

322455-F1    98369-024   BERCHIOLLY, T                ILLINOIS  A01-124L    PEK
             01-22-2004      REJ      01-22-2004       PEK      PEK       PEK
             26BM/    WANTS KNEE SURGERY

322455-F2    98369-024   BERCHIOLLY, T                ILLINOIS  A01-124L    PEK
             02-10-2004      CLD      01-26-2004       PEK      PEK       PEK
             26BM/    WANTS KNEE SURGERY

322455-R1    98369-024   BERCHIOLLY, T                ILLINOIS  A01-124L    PEK
             03-01-2004      REJ      03-01-2004       NCR      PEK       PEK
             26BM/    WANTS KNEE SURGERY

331940-F1    98369-024   BERCHIOLLY, T                ILLINOIS  A01-124L    PEK
             04-23-2004      REJ      04-23-2004       PEK      PEK       PEK
             26ZM/    CLAIMS MEDICAL STAFF IMPROPERLY INFLUENCING GOVYOT

357456-F1    98369-024   BERCHIOLLY, T                ILLINOIS  A01-124L    PEK
             11-04-2004      REJ      11-04-2004       PEK      PEK       PEK
             26AM/    COMPLAINS OF MEDICAL TREATMENT.

357456-F2    98369-024   BERCHIOLLY, T                ILLINOIS  A01-124L    PEK
             12-01-2004      CLO      11-04-2004       PEK      PEK       PEK
             26AM/    COMPLAINS OF MEDICAL TREATMENT.

359088-F1    98369-024   BERCHIOLLY, T                JAIL SENT H03-010U    CCC
             11-29-2004      CLD      11-19-2004       CCC      CCC       CCC
             26BJ/    NOT ABLE TO RECEIVE MEDICAL TRATMENT TIMELY

364597-F1    98369-024   BERCHIOLLY, T                UNIT A    A09-116L    WAS
             02-01-2005      VOD      01-18-2005       WAS      WAS       WAS
             30EM/    EARLY RELEASE ELIGIBILITY

364597-F2    98369-024   BERCHIOLLY, T                UNIT A    A09-116L    WAS
             02-01-2005      REJ      01-18-2005       WAS      WAS       WAS
             30EM/    EARLY RELEASE ELIGIBILITY

364597-F3    98369-024   BERCHIOLLY, T                UNIT A    A09-116L    WAS
             02-24-2005      CLD      02-08-2005       WAS      WAS       WAS
             30EM/    EARLY RELEASE ELIGIBILITY


  G0002        MORE PAGES TO FOLLOW . . .
```

87

```
CSTD6            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     10-18-2005
PAGE 005 OF 005 *                UNSANITIZED FORMAT               *     13:40:15

REMEDY-ID        REG       NAME                     ORIG UNIT OR LOC/QTRS/FACL
                 STATUS-DATE      STATUS      DATE-RCV   RCV-OFC  RCV-FACL  EVNT-FACL
                 SUBJ1/SUBJ2 ------------------ABSTRACT------------------------

364597-R1        98369-024  BERCHIOLLY, T             UNIT A    A09-116L   WAS
                 03-16-2005       CLD      03-07-2005    NCR      WAS      WAS
                 30EM/     EARLY RELEASE ELIGIBILITY

364597-A1        98369-024  BERCHIOLLY, T             UNIT A    A09-116L   WAS
                 07-06-2005       CLD      04-18-2005    BOP      WAS      WAS
                 30EM/     EARLY RELEASE ELIGIBILITY




                    35 REMEDY SUBMISSION(S) SELECTED
     G0000          TRANSACTION SUCCESSFULLY COMPLETED
```

88

IL-1

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

## REQUEST FOR ADMINISTRATIVE REMEDY

*Type or use ball point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Berchiolly, Thomas, A    98369-024    IL-1    FCI Pekin
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

Please see Attachments

9-30-03
DATE

Thomas Berchiolly
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE**

CASE NUMBER: _____

CASE NUMBER: 312419-1-1
c 5 / H 5

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL.    REG NO    UNIT    INSTITUTION

SUBJECT _____

DATE

USP LVN

RECIPIENT'S SIGNATURE (STAFF MEMBER)
*Previous editions not usable*

89

To whom it may concern,

This reply by Mr Samalis is not true. He was not present during my examinations so how could he make such a statement.

I asked the Doctor who examined me if the growth on my face was cancerous and he told me he could not tell me at this time. That he did not know. He also stated that he would byopsy it after it was removed to see if it was cancerous. The medical staff here at FCI Pekin has a history of fabricating the truth!

Tom Berchiolly 98369-024

90

Rev'd 03
9-30-03 sju

PEK 1330.7
09-15-1994
Attachment 1

## FEDERAL CORRECTIONAL INSTITUTION
### PEKIN, ILLINOIS

### INMATE ATTEMPT AT INFORMAL RESOLUTION

*****************************************************************

In accordance to Bureau of Prisons' Program Statement 1330.11, Administrative Remedy for Inmates, any inmate attempting to seek formal review of a complaint must first attempt to resolve the complaint informally by presenting it to a staff member. The staff member must attempt to resolve the matter prior to the issuance of a Request for Administrative Remedy (BP-9) to the inmate.

*****************************************************************

1. Briefly explain the nature of your complaint. You must include all pertinent details and facts that support your request.

    _I have been told on several occasions that I would receive a biopsy on the growth on my face by my right eye to determine if it is some type of skin cancer. I was scheduled for 9-30-03 at 8:30am to have this done and once again it was not done. I am left to worry even longer as to whether I have some type of skin cancer or not._

2. What action do you wish to be taken to resolve this matter?

    _I want a biopsy so that I can know what I am dealing with. I want the growth removed before it gets any larger causing me even greater damage. It is already 10 times larger than when I first brought it to your attention on 10-22-02_

_Tom Berchill_, 96369-024     IL-1                    9-30-03
Inmate Name & Reg. No.              Unit                       Date

*****************************************************************

3. The staff member attempting to resolve the matter will indicate the steps taken and provide to the inmate.

    _ACCORDING TO THE CLINICAL DIRECTOR THE GENERAL SURGEON EVALUATED (4/3) THIS FASCIAL LESION AND DETERMINED THAT AN EXCISIONAL BIOPSY IS INDICATED. PRELIMINARY ___ IS THAT ITS NOT MALIGNANT ___ EXCISED FOR FURTHER CLASSIFICATION AND DIAGNOSIS. This_

91

To whom it may concern,

I am also sending copies of these records and this letter to my family and my senator.

Thomas Berchiolly IL-1
98369-024

September 30, 2003

Thomas Berchiolly IL-1
Reg. No. 98369-024
Federal Correctional
Institution - Pekin
P.O. Box 5000
Pekin, IL. 61555-5000

To whom it may concern,

My second concern is a growth on the side of my face by my right eye. I first brought this to the medical staff's attention on 10/22/02. I was told at that time that it may be some type of skin cancer.

At that time this was a very small spot on my face. I have been told several times that I would receive a byopsy and that this growth would be removed.

I have saved some of the many request forms I have submitted pleading for attention. It has been around a year and the growth on my face is now 10 times larger than when I first brought it to the attention of the medical staff.

I was told both verbaly and in writing that on 9/30/03 at 8:30 AM that I would be given a byopsy by a general surgeon so that me and my family could know what I am dealing with and stop worrying that it may be the worst.

Once again I was mislead. I was not given the byopsy and I have not been told when it will be done. Once again we are left to worry.

The longer this is ignored (as it is being) the larger it is getting, the more damage it is causing and the more difficult it will be when it is finally removed.

Cancer is not something that should be toyed around with. It is a very serious problem. Some types of skin cancer can be deadly!

A whole year has past and the medical staff here at Pekin can not tell me just what I have growing on my face! Could this be becuase they are neglecting to realize the potential seriousness of my problem? If this is some type of skin cancer . they have allowed it to grow and spread for the past year and have continued to neglect my health concerns.

On 9/30/03 I was told by Mr. Samalio that because of the size of the growth they could no longer do the byopsy here. That I now need to be sent out to get the byopsy. It took a year of neglect to get to the size it is now. The longer it is neglected the more damage it is going to cause.

P.A. Jackson told me this could have been done here several months ago by him. Why was it not done then? The whole thing about any type of cancer is to catch it as soon as possible, I did and still nothing has been done.

Sincerely,

Thomas Berchiolly
Thomas Berc

93

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| TO: (Name and Title of Staff Member)<br>Dr Ortiz | DATE:  8 - 29 - 0 3 |
| FROM: Tom Berchiolly | REGISTER NO. 98369 -024 |
| WORK ASSIGNMENT: Orderly | UNIT:  IL - 1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

The spot on my face is once again growing. It
hurts And bleeds every time I wash my face (which
is daily) I have been told by PA Jackson, Mr Somalio an
Mr Gould that it may be some type of cancer. I've
done some studies And as cancer grows on the
surface it inlarges even more below the surface. In
other words if it is ignored (As it is being) it will contin
to grow And cause even more complications & damage.
The larger it gets the harder it will be to remove!

!C:        (Please reply in writing)
, of 3

(Do not write below this line)

DISPOSITION:

You have been scheduled to see
see a general surgeon for Bx of the
skin lesion

| Signature Staff Member | Date |
|---|---|
| | 9/3/03 |

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: 10-22-02 |
| Dr. Ortiz | REGISTER NO.: 98369-024 |
| FROM: Tom Berchiolly | |
| WORK ASSIGNMENT: Orderly | UNIT: IL-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

Per my conversation with Mr Samalio I need AN Appointment
to see PA Jackson so that he may examine A growth
on my Forehead. Mr. Samalio seems to think it may be
'skin cancer') Please schedule me for a Appointment as
soon as possible.

Please reply in writing

(Do not write below this line)

DISPOSITION: Appt given for 11-4-02    10;02am

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) PA Jackson | DATE: 7 - 7 - 03 |
|---|---|
| FROM: Tom Berchiolly | REGISTER NO.: 48369 - 024 |
| WORK ASSIGNMENT: Orderly | UNIT: IL - 1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

I have two concerns. One is the growth on the R/ side of my face. It has doubled in size in the last month and it hurts. It also bleeds sometimes. It's important that you take a look at it ASAP! (Please) Also, I have some concern about the cholestrol medication I am taking. I talked to Dr. Ortiz and he said, there is something other than a statin that I can take to lower my cholestrol given all the concerns about the statins raising toxic levels in the liver & kidneys. Please schedule me for an appointment ASAP! Thank you

cc: copy 1 of 3 (Please reply in writing)
⎯⎯ (Do not write below this line)

DISPOSITION:

Seen 7-12-07 in she room
seen by Dr Ortiz 7-18-05

| Signature Staff Member | Date 8-8-07 |
|---|---|

**96**

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE

**FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: 9-22-03 |
|---|---|
| Dr. Ortiz | |
| FROM: Tom Berchiolly | REGISTER NO.: 98369-024 |
| WORK ASSIGNMENT: Orderly | UNIT: IL-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I have written you several cop-out asking for your advice
and some information about my health. Why are you not answering
my request? Can you show me in writing where it says I no longer
need to take my cholesterol medicine? Should I of not been
taking it for the past 7 years And has it done my liver
and kidnies any harm? Also what can I do about the
pain in my hips, left knee, And lower back? Am I still
going to have the growth by my right eye removed?
this week as I was told by you on the 3rd of Sept?

Please reply in writing!

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

97

Part B - Response
Administrative Remedy #312419-F1

This is in response to your Inmate Request for Administrative Remedy, which alleges
Health Services staff have failed to properly treat a growth on your face. You believe this
growth could be cancerous and request a biopsy be done immediately.

An investigation of this matter revealed you have been approved and scheduled in the near
future for excision of the lesion on your face. Once this procedure is completed, the tissue
will be tested for any abnormalities. I would encourage you to continue to work with Health
Services staff regarding any of your medical problems.

This response is provided for informational purposes only. If you are not satisfied with this
response, you may appeal on the appropriate form to the Regional Director within twenty
days from the date of this response.


_____
Suzanne R. Hastings, Warden

_____10/16/03_____
Date

98

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP–DIR–9 including any attachments must be submitted with this appeal.

From: Berchially, Thomas, A.    98369-024    IL-1    FCI Pekin
_____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL**

See Attachments.

10-27-03
DATE

*Thomas Berchially*
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

DATE    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY    CASE NUMBER: 312419-R1

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

USP LVN    DATE    Previous editions not usable    SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)
APRIL 1982

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: 8-29-03 |
|---|---|
| Dr Ortiz | REGISTER NO. 98369-024 |
| FROM: Tom Berchiolly | |
| WORK ASSIGNMENT: Orderly | UNIT: IL-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

The spot on my face is once again growing. It
hurts and bleeds every time I wash my face (which
is daily) I have been told by PA Jackson, Mr Somalian
Mr Gould that it may be some type of cancer I've
done some studies and as cancer grows on the
surface it inlarges even more below the surface. In
other words if it is ignored (as it is being) it will contin
to grow and cause even more complications & damage.
The larger it gets the harder it will be to remove!

c: (PLEASE reply in writing)

1 of 3

(Do not write below this line)

DISPOSITION:

You have been scheduled to be
seen by general surgeon for B & off the
skin lesion

| Signature Staff Member | Date 9/3/03 | 100 |
|---|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94