E-FILED
Monday, 12 June, 2006 03:33:35 PM
Clerk, U.S. District Court, ILCD

BP-S148.055   **INMATE REQUEST TO STAFF** CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISO

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Dr. Ortiz | 10-22-02 |
| FROM: Tom Berchiolly | REGISTER NO.: 98369-024 |
| WORK ASSIGNMENT: Orderly | UNIT: IL-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action bei
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Per my conversation with Mr Samalio I need AN Appointmen
to see PA Jackson so thAt he may examine A growth
on my Forehead. Mr. Samalio seems to think it may be
skin cancer!) Please schedule me for a appointment
soon as possible.

Please reply in writing

(Do not write below this line)

DISPOSITION:   Appt given for 11-4-02   10:30

101

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**

**FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| PA Jackson | 7-7-03 |
| FROM: Tom Berchiolly | REGISTER NO.: 98369-024 |
| WORK ASSIGNMENT: Orderly | UNIT: IL-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I have two concerns. One is the growth on the side of my face. It has doubled in size in the last month and it hurts. It also bleeds sometimes. It's important that you take a look at it ASAP! (Please) Also, I have some concern about the cholestrol medication I am taking. I talked to Dr. Ortiz and he said, there is something other than a statin that I can take to lower my cholestrol given all the concerns about the statins raising toxic levels in the liver & kidneys. Please schedule me for an appointment ASAP! Thank you

by 1 of 3 (Please reply in writing)
========= (Do not write below this line)

DISPOSITION:

Seen 7-12-07 for skin lesion

Seen by Dr. Ortiz 7-16-03

102

| Signature Staff Member | Date |
|---|---|
| | 7-16-03 |

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: 9-22-03 |
|---|---|
| Dr. Ortiz | |
| FROM: Tom Berchiolly | REGISTER NO.: 98369-024 |
| WORK ASSIGNMENT: Orderly | UNIT: IL-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I have written you several cop-out asking for your Advice
and some information about my health. Why Are you not Answering
my request? Can you show me in writing where it says I no longer
red to take my cholesterol medicine? Should I of not been
taking it for the past 7 years and has it done my liver
and kidnies Any harm? Also what can I do about the
pain in my hips, left knee, And lower back? Am I still
going to have the growth by my right eye removed
this week As I was told by you on the 3rd of Sept.

( Please reply in writing )

(Do not write below this line)

DISPOSITION:

103

| Signature Staff Member | Date |
|---|---|

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Name:** BERCHIOLLY, Thomas
**Register Number:** 98369-024
**Admin Remedy Number:** 312419-R1

This is in response to your Regional Administrative Remedy Appeal, in which you allege insufficient medical care for a growth on your face. For relief, you request to have the growth removed and a biopsy.

We have reviewed the documentation related to your appeal, to include your history of BOP medical encounters. Our review revealed staff have provided you appropriate evaluations and treatments over the years. We learned your facial growth was recently removed and are pleased no cancer cells were found on the margins. We trust you will closely monitor this area and alert staff of any changes. Your patience and cooperation with staff will enhance their ability to continue providing you essential medical care.

Based on the above, your request was appropriately addressed at the institution level. This response is for informational purposes only.

12/15/03
Date

for: G. L. HERSHBERGER, Regional Director

**104**

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: Berchiolly, Thomas, A     98369-024     IL-1     FCI Pekin
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A—REASON FOR APPEAL**

See Attachments

1-02-04
DATE

*Thomas Berchiolly*
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

DATE

GENERAL COUNSEL

CASE NUMBER: 312419-A1

SECOND COPY: REGIONAL FILE COPY

**Part C—RECEIPT**

CASE NUMBER:

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION
                                                                      105
SUBJECT:

DATE

SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)
APRIL 1982

USP LVN

To whom it may concern.

I want the growth on my face removed properly before it can get any larger and do even more damage. By neglecting to remove it for so long they have done me a lot of unnecessary damage, both physically and mentally! This cruel and unusual punishment and I also believe I have suffered a lot of unnecessary emotional stress! I want the growth on my face removed and biopsied and I want to know the results of the biopsy as soon as possible!

I would like to see the people responsible for this neglect held responsible and accountable.

Mr Samalio
Mrs Ortiz
Mrs Gregory

Thomas Berchiolly 98369-024
10-27-03

106

This is the date I first brought the growth on my face to Mr.
Samalio's attention  10-22-02.

Today is 10-27-03 and still nothing has been done!
If it is some type of cancer then through the medical staff here at
and their neglect it has had over a year to grow and spread
By Mr Samalio's own words back around 10-22-02 he says it may
be some type of skin cancer. Is it right or proper to wait
over a year to do something about the problem?

107

BP-S148.055    INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISON

| TO:(Name and Title of Staff Member) | DATE: |
| Dr. Ortiz | 10-22-02 |
| FROM:    Tom Berchiolly | REGISTER NO.:    98369-024 |
| WORK ASSIGNMENT:    Orderly | UNIT:    IL-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

Per my conversation with Mr Samalio I need AN appointment
to see PA Jackson so that he may examine A growth
in my forehead. Mr.Samalio seems to think it may be
skin cancer!) Please schedule me for A Appointment as
soon as possible.

Please reply in writing

_____(Do not write below this line)_____

DISPOSITION:    Appt given for 11-4-02        10:00 =

108

There were many visits to medical between these dates, all of them were pleas asking that something to be done about the growth on my face. I could dig through my medical records and produce quite a few more if needed.

109

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| PA Jackson | 7-7-03 |
| FROM: | REGISTER NO.: |
| Tom Berchiolly | 98369-024 |
| WORK ASSIGNMENT: | UNIT: |
| Orderly | IL-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I have two concerns. One is the growth on the
side of my face. It has doubled in size in the last
month and it hurts. It also bleeds sometimes. It's
important that you take a look at it A.S.A.P.! (Please)
Also, I have some concern about the cholestrol
medication I am taking. I talked to Dr. Ortiz
and he said, there is something other than a
statin that I can take to lower my cholestrol
given all the concerns about the statins raising
toxic levels in the liver & kidneys. Please schedule me
for an appointment A.S.A.P! Thank You
1 of 3 (Please reply in writing)
──────────── (Do not write below this line)

DISPOSITION:

Seen 7-12-07 for skin lesion
Seen by Dr. Ortiz 7-18-03

110

| Signature Staff Member | Date |
|---|---|
|  | 4-18-07 |

Here is yet another time that I was told that I would receive a biopsy on the growth on my face. Again it never happend! I was also lead to believe that they would remove the growth on my face.

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) Dr Ortiz | DATE: 8-29-03 |
|---|---|
| FROM: Tom Berchiolly | REGISTER NO. 98369-024 |
| WORK ASSIGNMENT: Orderly | UNIT: IL-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

The spot on my FACE is once AGAIN growing. It hurts AND bleeds every time I wash my FACE (which is daily!) I have been told by PA Jackson, Mr Somalian Mr Gould that it may be some type of cancer I've done some studies and as cancer grows on the surface it inlarges even more below the surface. In other words if it is ignored (as it is being) it will contin to grow AND cause even more complications & damage. The larger it gets the harder it will be to remove!

c:
1 of 3

(Please reply in writing)

(Do not write below this line)

DISPOSITION:

You have been scheduled to be seen by general surgeon for Bx of this skin lesion

| Signature Staff Member | Date 9/3/03 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94                    **112**

After 11 months and many pleas and visits to medical they agree to do a biopsy, however, once again this was never done as promised! So now I'm still left to worry about what I have growing on my face!

113

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: 9-22-03 |
| Dr. Ortiz | |
| FROM: Tom Berchiolly | REGISTER NO.: 98369-024 |
| WORK ASSIGNMENT: Orderly | UNIT: IL-1 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I have written you several cop-outs asking for your Advice
and some information about my health. Why Are you not Answering
my request? Can you show me in writing where it says I no longer
need to take my cholesterol medicine? Should I of not been
taking it for the past 7 years And has it done my liver
and kidnies any harm? Also what can I do about the
pain in my hips, left knee, And lowerback? Am I still
going to have the growth by my right eye removed
this week As I was told by you on the 3'd of Sept.?

(Please reply in writing!)

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
| | **114** |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

This is the finding from the general surgeon's examination done on 9-30-03. He was supposed to do a biopsy. That is what I was nce again told both verbaly and in writing. As you can read for yourselves once again it did not happen.

His provisional diagnosis however, was bazel carcenoma which o a type of skin cancer.

Level 2 Priority 1

**115**

FCI/FPC Pekin
2600 s. 2nd st.
Pekin, Il. 61554  309-346-8588

513-110

EDICAL RECORD                    **CONSULTATION SHEET**                    NSN 7540-00-634-4127

### REQUEST

To: *Dr. Reed*

FROM: (Requesting physician or activity)        DATE OR REQUEST

REASON FOR REQUEST (complaints and findings, to include lab and x-ray findings. Be specific.)

*Please evald the nod of 8 w*
*(Rec) lens Nb Basel Cell Carcinoma*
*r BP*

PROVISIONAL DIAGNOSIS: *Basel Cell Carcinoma*

DOCTOR'S SIGNATURE        APPROVED    PLACE OF CONSULTATION        ☐ ROUTINE  ☐ TODAY
                                      ☐ BEDSIDE  ☐ ON CALL         ☐ 72 HOURS ☐ EMERGENCY

### CONSULTATION REPORT

RECORD REVIEWED  ☑ YES  ☐ NO        PATIENT EXAMINED  ☑ YES  ☐ NO

**URC MEETS**

(APPROVES)/DENIES/DEFERS _____

LEVEL **2** PRIORITY **1**

A. ORTIZ, M.D.
9/11/03

*Approx date raised 1&v lesn @ temple.*
*hard: Rg (R)*
*L: cm 1/c*
*nb sft.*
*suggest excision*

PALMASI, M.D.
___ OFFICER
10-3-03

(Continue on reverse side)

SIGNATURE AND TITLE        DATE  9/29/03

PATIENT'S IDENTIFICATION

Name: *Berchielli T*

Reg. No.: *98369-024*

DOB: *11/3/50*

CONSULTATION SHEET
Medical Record

116

**Level 1** Medically mandatory - Immediate, urgent or emergency care required to maintain or treat a life threatening illness or injury.

**Level 2** Presently medically necessary - routine care/treatment that cannot be reasonably delayed without the risk of further complication, serious complication, significant pain or discomfort, provided to maintain a chronic non-life threatening condition.

**Level 3** Medically acceptable - but not medically necessary is treatment that is not exclusively for the convenience of the patient (routine frenia repair, noncancerous skin lesions, etc).

**Level 4** Exclusively for the convenience of the inmate - may include, but not limited to, tattoo removal, minor nasal reconstruction, other cosmetic surgery, elective circumcision.

Priority 1 within 14 days    Priority 2 within 30 days    Priority 3 within 80 days    Priority 4 within 90 days

Note: An approved consultation designated as a level 3, priority 3 or 4, extend the time frame to the following:

     Level 3    Priority 3 within 120 days

     Level 3    Priority 4 within 180 days

117

Administrative Remedy No. 312419-A1
Part B - Response

You request surgical removal of a lesion on your right temple.
As relief, you request the lesion be tested to determine if it is
cancerous.

Review of your medical record reveals surgical removal of the
right temple lesion was performed on November 18, 2003. A biopsy
was performed on the lesion which showed invasive squamous cell
carcinoma. Fortunately, the surgical margins were free of
cancer. The record reflects you received appropriate medical
care and treatment in a timely fashion.

Based on the above information your appeal is moot.

_February 5, 2004_
Date

Harrell Watts, Administrator
National Inmate Appeals

**118**

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINIS. ATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _Borowthy, Thomas_  _90364 054_  _2 1-1_  _FCI Pekin_

LAST NAME, FIRST, MIDDLE INITIAL            REG. NO.            UNIT            INSTITUTION

**Part A– INMATE REQUEST**

_See attachment._

_11-01-04_

DATE                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

DATE                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE

CASE NUMBER: _____

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL            REG. NO.            UNIT            INSTITUTION

SUBJECT: _____

DATE                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

BP-229(13)
APRIL 1982 **119**

____Warden Hastings or to whom this may concern,____
____On Friday the 29th of Oct 2004 I went to medical to be
evaluated by Dr Dalmasi in regards to my Skin Cancer
problems. During that evaluation Dr Dalmasi told me
that she didn't know whether or not the EFudex cream
had worked on the Skin Cancer areas that I used it on.
She also told me she could not determine (did not know
whether the sores on my forehead and face were in fact
Skin Cancer or not. She told me to just put some of
the EFudex cream on it although no one made a
definite determination that what I have is even Skin
Cancer! She told me just try it it won't hurt you. It clearly
says on the Drug Data Sheet not to over use and also
not to under use. No one here can tell me with any
certainty if the EFudex has run its course and worked or
whether I need to use it for a longer period of time. On the
drug data sheet it says to use it for different periods
of time for different kinds of Skin Cancer and then be
examined by a doctor who can simply look at the
treated areas and make that determination.____
____I am no doctor so I leave these important medical
ddecisions up to the medical staff here. However they leave it
to me to determine whether I have Skin Cancer or not,
whether to use the EFudex or not and whether the EFudex has
worked or not. I am not getting propper medical treatment
in a timely manner at this facility. Does it sound like
propper medical care to you?
                              Thomas Berckholly 98369-021
                              IL-1   11-01-04
I still haven't received anything in writing in regards to
the evaluation given the week of 10-10-04 by PA Jackson/Samolis

120

# FEDERAL CORRECTIONAL INSTITUTION
## PEKIN, ILLINOIS

## INMATE ATTEMPT AT INFORMAL RESOLUTION
**************************************************************

In accordance to Bureau of Prison's Program Statement 1330.11 Administrative Remedy for Inmates, any inmates attempting to seek formal review of a complaint must first attempt to resolve the complaint by presenting it to a staff member. The staff member must attempt to resolve the matter prior to the issuance of a Request for Administrative Remedy (BP-9) to the inmate.
**************************************************************

1. Briefly explain the nature of your complaint. You must include all pertinent details and facts that support your case.

During the week of 10-10-04 I was examined for SKIN CANCER. I was (told) that I was clean of any cancer by PA Jackson and Mr. Somelio. They couldn't find my med records to put it down in writing, so now I want a copy of their findings and evaluation in written form. Also, I need some one to look at the areas that I used the EFUDex on to determine if I need to run another course or not.

2. What action do you wish to be taken to resolve this matter?

I want a qualified medical person to explain how I determine wheather or not the EFUDex worked or not. And how I determine wheather I need to use it a second time.

Tom Berchiolly 98369-024

Inmate's Name & Reg. No.

IL-1
Unit

10-19-04
Date

**************************************************************

3. The staff member attempting to resolve this matter will indicate below the steps taken and will return this to the inmate.

I scheduled an appt with Dr Dalmasi for 10/29/04 9:30 AM to assist you in your request.

Staff Member's Name & Title

10/22/04
Date

Comments of Reviewing Official:

Please refer to above comments

Reviewed by: _____ UM
Signature & Title of reviewing official

10-26-04
Date

121

This is in response to your Request for Administrative Remedy in which you state you are not receiving proper medical care for sores on your forehead. You claim the doctor could not determine whether it was cancer or not.

An investigation into this matter reveals that you were evaluated on October 29, 2004 by the Clinical Director for the lesion on your forehead. With the clinical findings, she determined the necessity to provide treatment. She prescribed a medication cream to treat your medical condition. The medication, Effudex, is an anti-neoplastic (anti-cancer) cream clinically indicated for superficial basal cell carcinoma. The treatment was prescribed for three weeks to be applied twice a day with a scheduled clinical follow-up in four weeks. Your follow-up appointment was scheduled but you have since transferred from this institution. Follow-up treatment will be done at your new institution. Based on this investigation, the Clinical Director was providing essential and timely medical care to manage your medical condition.

This response is provided for informational purposes only. If you are not satisfied with this response, you may appeal on the appropriate form to the Regional Director within twenty days from the date of this response.

_____                    _12/1/04_
Suzanne R. Hastings, Warden                  Date

122

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Berchiolly Thomas, A    94369-024    23        MCC**
LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

**Part A– INMATE REQUEST**

I have Active Skin Cancer And I Am Not Able t
receive propper medical treatment in A time
manner At this facility. There was A bus tha
left here going North to Wauseca last monda
I am concerned because I was not on it, T
longer I am held here the deeper the cance
will go causing me even more damage!

11-17-04
DATE

*Thomas Berchiolly*
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____          _____
DATE                         WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE            CASE NUMBER: 359086-F1

                                      CASE NUMBER: 359088-F1

**Part C– RECEIPT**            RECEIVED NOV 1 9 2004

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____        123

_____          ⊛          _____
DATE                                     RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(1
APRIL 19

**NOTICE TO INMATE:** You are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-9, you must attempt to informally resolve your complaint through your correctional counselor. Briefly state complaint below and list what efforts you have made to resolve your complaint informally. Also, please state names of staff contacted.

Date Informal Resolution Form issued by Correctional Counselor: _____

Inmates' Name: _Tom Berchially_    Number: _98369024_    Quarters: _2_

1. Complaint: _HAVE medical issues / untreated SKIN CANCer that is spreading. I need to get to WAUSeCA to stArt medical treatment. I AM being denied medical treatment_

2. Efforts made to informally resolve: _talked to Mrs MArtinez_

_____

_____

3. Names of staff contacted: _____

_____

Date returned to Correctional Counselor: _____

Inmates' signature and number

**CORRECTIONAL COUNSELORS COMMENTS:**

1. Efforts made to informally resolve: _The movement coordinator has been contacted Regarding your travel plans to WAS. You have been scheduled on the next available trip._

2. Names of staff contacted: _Robert Martinez - Movement Coordinator - Mcc Chicago_

Date informally resolved: _____    Signature: _____
OR
Date BP-9 issued: _1-17-04_    Correctional Counselor

Distribution:    I.    If complaint is informally resolved, forward original to AW(O)
                        (Attent) AW(O) Secretary) and copy to Warden.

                II.   If complaint is NOT informally resolved, forward original to
                        attached BP-9 form to AW(O) (Attention: AW(O) Secretary).

124

TOTAL P.04

PART B - RESPONSE TO ADMINISTRATIVE REMEDY INDEX NO. 359088-F1
BERCHIOLLY, Thomas Allen, Register Number 98369-024

This is in response to your administrative remedy , receipted November 19, 2004, in which you state your medical needs have not been timely and you are concerned that you were not on a recent bus transfer to FCl Wauseca. You arrived at MCC Chicago on November 11, 2004, and are scheduled to be transferred within the near future. You will not be assigned to MCC Chicago long enough to obtain a consultation as to the proper treatment of your skin problems. Therefore, you should discuss your medical problems, including skin issues, with the Health Services professional who performs your intake screening at your final destination.

Regarding the timing of your transfer, please note that the exact date of any transfer, including yours, is determined after considering many factors. The fact that you were not on a specific bus should not be viewed with alarm.

Based upon a thorough review of facts involved in your case, your Request for Administrative Remedy is therefore denied.

Contact Kenneth F. Sample, HSA , should you have any further questions regarding your medical care while assigned to MCC Chicago.


J. F. Graber
Warden

11-29-2004
Date

125