IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| THOMAS BERCHIOLLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 04-1318 |
| ) | |
| EDDIE SOMOLIO[1], et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO SUBSTITUTE

Now come the defendants, by and through their attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Gerard A. Brost, Assistant United States Attorney, and hereby move this Court to substitute the attached Declaration of Dr. Angel Ortiz for the Declaration previously filed in the Appendix attached to the defendants' statement of undisputed facts (R.36,App.132-135).  In support thereof, the defendants state as follows:

On June 12, 2006, defendants filed their motion to dismiss and/or for summary judgment, memorandum in support, and statement of undisputed facts with an attached appendix. (R.33,R.34,R.36)  As part of the appendix, defendants attached the Declaration of Dr. Angel Ortiz. (R.36,App.132-135)  After the pleadings were filed, counsel for the defendants received a revised Declaration from Dr. Ortiz.  The only difference between the original Declaration and the Declaration defendants seek to substitute, is that in paragraph 8, Dr. Ortiz indicated the specific medical treatment that the plaintiff received on various dates for conditions other than the one complained of in his complaint.

---

[1] The correct spelling is Samalio.

WHEREFORE, defendants respectfully request this Court enter an order substituting the attached Declaration of Dr. Ortiz (App.132-135b) for the previously filed Declaration of Dr. Ortiz. (App.132-135)

                                                    Respectfully submitted,

                                                  RODGER A. HEATON
UNITED STATES ATTORNEY

/s/Gerard A. Brost
Gerard A. Brost
Assistant United States Attorney
211 Fulton Street, Suite 400
Peoria, Illinois 61602
Telephone: (309) 671-7050

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2006, I electronically filed the foregoing Motion to Substitute and Attachment with the Clerk of the Court using the CM/ECF system, and I hereby certify that a copy of the Motion has been made on the plaintiff by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

Thomas Berchiolly
Reg. No. 98369-024
FPC Leavenworth
P.O. Box 1000
Leavenworth, KS 66048

/s/ Stephanie Pennington
Paralegal Specialist