E-FILED
Friday, 07 July, 2006 10:23:32 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

THOMAS BERCHIOLLY, )
  Plaintiff, )
)
Vs. ) Case No. 04-1318
)
Ashcroft, et al., )
  Defendants. )

FILED
JUL 7 - 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

**Comes Now,** plaintiff Berchiolly, acting Pro Se in the above entitled, and pursuant to Rule 7(a) and (b)(1) of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court for an extension of time in which to file a response to the defendants' "Motion to Dismiss and/or for Summary Judgement. In support of this motion, plaintiff states as follows:

(1)   Plaintiff's response is due July 3, 2006.

(2)  No prior extensions of time have been requested or received.

(3)  Plaintiff states that the Federal Prison Camp's Law Library is very limited on law books from which he can draw resources for this case.

(4)  Plaintiff has requested several case laws from the Kansas University School of Law which are unavailable in this Prison Camp Law Library. These have not arrived at this time.

(5)  Plaintiff states the fact that the number of hours that he has access to the Prison's Law Library are very limited.

## CONCLUSION

Wherefore, on the facts and for the reasons set forth herein, plaintiff Berchiolly moves this Honorable Court for an extension of time, up to and including Wednesday, August 2, 2006 in which to submit his response to the defendant's "Motion to Dismiss and/or for Summary Judgement."

Respectfully Submitted,

*Thomas Berchiolly*
Thomas Berchiolly, Pro Se
Reg. No. 98369-024

-2-

## CERTIFICATE OF SERVICE

I, Thomas Berchiolly, swear under the penalty of perjury that the original and one (1) copy of the foregoing Motion for Enlargement of Time, are being sent to the Clerk of the District Court of Illinois. That I have also sent one (1) additional copy of the above mentioned document(s) to the Assistant of the United States Attorney. These document(s) are being placed in the United States, first-class Mail, postage prepaid, on this 1st day of July, 2006.

Pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, said document(s) is deemed filed at the time it is delivered to prison authorities for forwarding <u>Houston v. Lack</u>, 487 U.S. 266 (1988), upon inmate Berchiolly placing same in a sealed, postage prepaid envelope addressed to:

| | |
|---|---|
| U.S. District Court<br>Central Dist. of IL.<br>Officer of the Clerk<br>Room 309<br>Federal Building<br>100 N.E. Monroe<br>Peoria, Illinois 61602 | Assistant U.S. Attorney<br>Gerard A. Brost<br>211 Fulton Street<br>Suite 400<br>Peoria, Illinois 61602 |

and depositing same in the United States Postal Mail at the Federal Prison Camp, Leavenworth, Kansas 66048, on this 1st, day of July, 2006.

Respectfully Submitted,

*Thomas Berchiolly*
Thomas Berchiolly, Pro Se
Reg. No.98369-024
Federal Prison Camp
P.O. Box 1000
Leavenworth, Kansas 66048