UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

THOMAS A. BERCHIOLLY, )
  Plaintiff, )
)
Vs. )
)
Ashcroft, et al., )
  Defendants. )

FILED
AUG 2 - 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

04-1318

**PLAITIFF'S
MOTION FOR ADDITION TIME**

**Comes Now**, the plaintiff, acting pro se in the above entitled case, and pursuant to Rule 7(a) and (b)(1) of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court for additional time in which to submit a Memorandum of Law in opposition to the "Defendants' Motion to Dismiss and/or Summary Judgement." In Support of the instant Motion, plaintiff states as follows:

(1)  Plaintiff response was due July 3, 2006.

-1-

(2) On July 1, 2006, plaintiff submitted a Motion for Enlargement of Time, in which he requested until August 2, 2006 to submit his response in opposition.

(3) On July 28, 2006, plaintiff submitted an Affidavit in Opposition to the "Defendants' Motion to Dismiss and/or Summary Judgement."

(4) Plaintiff however, was unable to complete the Memorandum of Law in Opposition to the "Defendants' Motion to Dismiss and/or Summary Judgement."

(5) Plaintiff states that he is currently enrolled in a 500 hour residential drug program (DAP). Sometimes taking most the day. Also, plaintiff must work in his assigned duties within the Bureau of Prisons, leaving him little or no time at all to work on these legal papers.

(6) In order to properly litigate this case, the plaintiff should be granted additional time.

**CONCLUSION**

**Wherefore,** on the facts and for the reasons set forth

herein, plaintiff moves this Honorable Court for additional time, up to and including Wednesday, August 16, 2006 in which to submit his Memorandum of Law in opposition to the "Defendants' Motion to Dismiss and/or for Summary Judgement."

Respectfully Submitted,

*Thomas Berchiolly*
Thomas A. Berchiolly, Pro Se
Reg. No.98369-024
Federal Prison Camp
P.O. Box 1000
Leavenworth, Kansas 66048

## CERTIFICATE OF SERVICE

I, Thomas A Berchiolly, swear under penalty of perjury that the original and one (1) copy of the foregoing Motion for Additional Time, are being sent to the Clerk of the District Court of Illinois. That I have also sent one (1) additional copy of the above mentioned document(s) to the Assistant of the United States Attorney. These document(s) are being placed in the United States, first-class Mail, postage prepaid, on this 28th day of July, 2006.

Pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, said document(s) is deemed filed at the time it is delivered to prison authorities for forwarding <u>Houston v. Lack</u>, 487 U.S. 266 (1988), upon inmate Berchiolly placing same in a sealed, postage prepaid envelope addressed to:

| | |
|---|---|
| U.S. District Court<br>Central Dist. of Il.,<br>Office of the Clerk<br>Room 309<br>Federal Building<br>100 N.E. Monroe<br>Peoria, Illinois 61602 | Assistant U.S. Attorney<br>Gerard A. Brost<br>211 Fulton Street<br>Suite 400<br>Peoria, Illinois 61602 |

and depositing same in the United States Postal Mail at the Federal Prison Camp, Leavenworth, Kansas 66048, on this 28th day of July, 2006.

Respectfully Submitted,

*Thomas Berchiolly*
Thomas A. Berchiolly, Pro Se
Reg. No.98369-024
Federal Prison Camp
P.O. Box 1000
Leavenworth, Kansas 66048