August 28, 2006

Federal Building
Room 309
100 N E Monroe Street
Peoria, IL 61602

FILED

AUG 3 0 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RE: Thomas Berchiolly Reg. No. 98369-0241
    Federal Prison Camp
    Box 1000
    Leavenworth, Kansas 66048

04-1318

To Whom It May Concern,

This letter is being written in hopes of asking that you please help with the request for a furlough that my brother Tom Berchiolly has been seeking. I understand that he was recently denied a furlough to come home and stay with me at my house.

We are hoping that he will soon be able to come home and visit with my father, Sam Berchiolly who is now almost 84 years old and not of the best health. My dad needs to see Tom. My dad cannot make the trip there to see Tom. Please, help us with this request.

Tom has done many things while he has been in the Prison System for over 13 years. Tom was furloughed to your facility without incident Tom has no infractions on his record during his entire time of been incarcerated. His record should speak for itself in that matter. Tom has changed his life and is truly sorry for the crime that he committed. He has learned that no good comes from the Drug Trafficking that he was involved with.

Tom has made every attempt to better himself. He has taken many classes, college courses, attending the RDAP program and should graduate from that program very soon.

I am under that belief that part of a reason why Tom wasn't allowed a furlough as of yet, is because of a two point enhancement that Tom was illegally charged with in regards to the gun that Nate Malone had in his possession at the time of their arrest.

I believe that Tom will return to society a better person. Tom plans to make a difference in the lives of many people and help with the crimes against drugs.

I am willing to have Tom stay with me at my home in Rockford when he is finally released from prison... I would love to see him have a furlough ASAP to allow him to see our Dad, Toms two children and the rest of our family. Please, try to help us with this plea. Thank you so much for your time and consideration of this request.

Sincerely,

*Jackie Berchiolly Fasula*

Jackie Berchiolly Fasula    3212 N. Church St. Rockford, IL 61103        cc: Tom Berchiolly