Federal Building
Room 309
100 NE Monroe Street
Peoria, IL 61602

FILED
AUG 3 1 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

04-1318

RE: Thomas Beschially Reg No 98309-024
Federal Prison Camp
Box 1000
Leavenworth, Kansas 66048

To Whom it May Concern –
~~Sir Tom's~~ Father Marine Code #5145
Samuel C. Beschially 84 ajac Oct 30th
I'm a 100% Disabled Veteran for our
W W II Marine South Pacific –
Wounded on Tarawa. Gilbert Island –
Nov. 21-1943 – Wounded June 16-1944
on Saipan Marinas Islands – South Pacific
Came home on President Truman's two
wound law in 1945 –
I have (2) Purple Hearts – 1 Victory
medal – 1 ~~Alicate~~ Pacific medal with (3)
    Asiatic
Bronze stars – The Presidental Unit

citation ribbon for outstanding service while facing the enemy in combat, A service recognition certificate from Governor Geier from state of Illinois —

I've seen fear in the face of the enemy during battle but never said any thing to any one including my family as they grew up — It finally got the best of me and I had a lot of bad times and not enough time spent with my children. Tom was and still is my fishing buddy.

All I ask is too please give Tom a furlough for a little time so I can see & love him. The V.A. of Rockford Ill & Madison Wis are taking good care of me but it would mean more too me than all my medals — too spend some time with my son —

Please

Sam Tom's Dad

I miss and I love him — Please