September 5, 2006

Federal Building
Room 309
100 N E Monroe Street
Peoria, IL  61602

Re:   Thomas Berchiolly
      Reg #98369-024
      Federal Prison Camp D2
      Box 1000
      Leavenworth, KS  66048

04-1318

FILED
SEP -8 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To Whom It May Concern:

I am writing to you on behalf of my brother, Tom Berchiolly. Since he has been moved to Kansas it has been more difficult for his family and children to travel to visit him on a regular basis. Tom has not seen any family members for over a year now. Tom has been a model prisoner. During his time in prison he has done everything in his power to become a better person. Our father is 83 years old now and has several health issues. He has had open heart and carotid artery surgery; he has a prolactinoma tumor in his brain, is loosing the peripheral vision in his right eye and suffers from kidney disease. We fear Dad may not be here when Tom is released next year. We pray that you will allow him the opportunity to come home for a short visit. It would mean so much to all of us.

Respectfully,

*Lorrie Bondick*

Lorrie Bondick
5153 Diane Ct.
Rockford, IL  61108