# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**THOMAS BERCHIOLLY**

vs.

**JOHN ASHCROFT, etal**

Case Number: **04-1318**

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that on 11/8/4 Defendants Lappin, Ashcroft & Hastings are dismissed for failure to state a claim. On 3/6/7 motion to dismiss is entered in favor of Defendant William Gould and against the Plaintiff and summary judgment is entered in favor of Defendants Samalio, Ortiz, Hansen & Jackson and against the Plaintiff, parties to bear their own costs.

ENTER this 6th day of March, 2007.

JOHN M. WATERS, CLERK

s/ H. Kallister
BY: DEPUTY CLERK